ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6199

CIV - GRAHAM

MAGISTRATE JUDGE
~~JUDGE~~
TURNOFF

FORD MOTOR CREDIT COMPANY,
                    Plaintiff,

v.

THOMAS BRONKOVIC,
            Pro Se Defendant.
----------------------------------

**TRIAL BY JURY**
**DEMANDED**

**NOTICE OF REMOVAL**
**PURSUANT TO 28 U.S.C. § 1441(a) and (b)**

Pursuant to 28 U.S.C. § 1441(a) and (b), Pro Se Defendant, Thomas Bronkovic ("BRONKOVIC") files his Notice of Removal of this action designated as Case No. 00-00194 60 COSO in the County Court In And For Broward County, Hollywood, Florida, and as grounds therefore asserts:

1.   This action seeks contract damages while alleging compliance with, inter alia, the Fair Credit Reporting Act ("FCRA")[15 U.S.C. §§ 1681 et seq.], the Federal Debt Collection Practices Act ("FDCPA") [15 U.S.C. § 1692] and the Federal Consumer Leasing Act ("FCLA") [15 U.S.C. §§ 1601 et seq.].

2.   This action is brought pursuant to 15 U.S.C. §§ 1681 et seq., 15 U.S.C. § 1692, 15 U.S. §§ 1601 et seq., and 28 U.S.C. § 1331 and this Court has ORIGINAL FEDERAL jurisdiction of the claim herein pursuant to the provisions of 15 U.S.C. §§ 1681 et

1

seq., 15 U.S.C.§ 1681(p), 15 U.S.C. § 1692, 15 U.S.C. §
1692(k)(d), 15 U.S. §§ 1601 et seq., 15 U.S.C. § 1667(d)(c) and
28 U.S.C. § 1331 [Federal Question].

3.    There is a pending related case in the United States
District Court - Middle District of Florida - Orlando Division
under Case Number  6:00-CV-151-Orl-19-C in the case styled
"Thomas Bronkovic v. Ford Motor Credit Company".  (**SEE ATTACHED**)

4.    The Orlando Federal Court case seeks to adjudicate all of
the disputes between BRONKOVIC and FMCC under the FCRA, FDCPA,
FCLA and RICO [18 U.S.C. § 1961 et seq.], including those claims
set forth in this removed state court action.

5.    FMCC's removed action seeks a declaratory determination
as to whether FMCC complied with its obligations under various
Acts of Congress including, but not limited to, the FCRA, FDCPA
and the FCLA.

6.    Clearly, the U.S. District Court has original, if not
exclusive, jurisdiction over the claims involved in both related
actions based upon the aforesaid acts of Congress.

7.    The state court Complaint may be removed to this Court
pursuant to 28 U.S.C. § 1441 (a) and (b) because it is a civil
action over which the United States District Court for the
Southern District of Florida has original jurisdiction and this
District Court embraces the place in which the state court
action is now pending.

8.    Contemporaneously filed herewith is BRONKOVIC's
responsive pleading seeking, inter alia, to (a) DISMISS the
action, (b) TRANSFER the action to the Middle District of
Florida where all the parties can be found, (c) CONSOLIDATE the
action with the pending Orlando action and/or (d) STAY the
proceedings pending final determination of the Orlando Court as

to the amount and validity of claims of FMCC and against FMCC
and as to whether the instant action and FMCC's collection
activity was barred by FMCC's violations of FCRA, FDCPA, FCLA
and RICO.

9.   At all relevant times, BRONKOVIC (a) was a citizen of the
State of Florida, (b) resided in the Middle District of Florida
and (c) maintained no ties or contacts with the Southern
District of Florida.

10.   BRONKOVIC maintains his principal place of business
within the state of Florida at 12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836.

11.   Defendant is a citizen of the State of Michigan.

12.   Defendant is a corporation duly organized and
incorporated under the laws of the state of Michigan and
Defendant maintains its principal place of business in Dearborn,
Michigan at the following address: FMCC P.O. Box 1732 Drop #
7420 Dearborn, Michigan 48121-1732 Attn:  Phillipe Paillart,
Chairman & CEO.

13.   FMCC maintains its sole and principal office in the
Middle District of Florida at 1060 Maitland Center Commons
Maitland, Florida  32751.

14.   FMCC's Complaint was served upon BRONKOVIC on January 20,
2000.

15.   No other process, pleadings or orders were served upon
BRONKOVIC.

16.   The time for BRONKOVIC to answer, file this Notice Of
Removal or otherwise move or file responsive pleadings to the
Complaint has not yet expired.

3

I DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WHEREFORE, Pro Se Defendant, Thomas Bronkovic, petitions this Court for removal of State Case No. 00-00194 60 COSO in the County Court In And For Broward County, Hollywood, Florida to this Court pursuant to 28 U.S.C. § 1441(a).

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this _8+h_ day of February, 2000 to

(1)  William A. Ingraham, Jr. P.A. (Counsel for Plaintiff)
3050 Biscayne Blvd, Suite 400
Miami, Florida 33137
Attn: William A. Ingraham, Jr., Esq.

(2)  Clerk of the County Court In and For Broward County
County Courthouse
3550 Hollywood Blvd.
Hollwood, Florida  33021

(3)  Clerk's Office
United States District Court SDFL
301 N. Miami Avenue
Miami, Florida   33128

Respectfully Submitted,

Thomas Bronkovic, Pro Se Defendant
12179 S Apopka-Vineland Rd # 604
Orlando, Florida   32836
TEL:  407 226 9168
FAX:  407 226 9309

4

IN THE COUNTY COURT IN AND FOR BROWARD
COUNTY, HOLLYWOOD, FLORIDA

CASE NUMBER:    00-00194 60 COSO

FORD MOTOR CREDIT COMPANY,
                        Plaintiff,

v.                                          **TRIAL BY JURY**
                                            **DEMANDED**

THOMAS BRONKOVIC,
                Pro Se Defendant.
-----------------------------------

**NOTICE OF FILING (1) NOTICE OF REMOVAL OF ACTION AND
(2) DEFENDANT'S COMBINED MOTION, DECLARATION AND MEMORANDUM
OF LAW TO DISMISS, TRANSFER, CONSOLIDATE OR STAY THE ACTION
DUE TO MORE COMPREHENSIVE LITIGATION IN THE USDC MDFL IN ORLANDO**

Pro Se Defendant, Thomas Bronkovic ("BRONKOVIC") hereby files
a copy of his Notice of Removal pursuant to 28 U.S.C. §
1441(a)(b) which authorizes removal of state court actions which
could have been brought under the original jurisdiction of the
United States District Court, specifically for the removal of
the above-described case 00-00194 60 COSO to the United States
District Court, Southern District of Florida, Miami Division.

Pro Se Defendant also files a copy of his responsive pleading
seeking, inter alia, to dismiss, transfer, consolidate or stay
the case due to a more comprehensive action addressing ALL
DISPUTES of the parties pending in the U.S. District Court –
Middle District of Florida – Orlando Division in the case styled
"Thomas Bronkovic v. Ford Motor Credit Company" under Case
Number 6:00-CV-151-ORL-19-C.

1

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this 8th day of February, 2000 to

(1)   William A. Ingraham, Jr. P.A. (Counsel for Plaintiff)
3050 Biscayne Blvd, Suite 400
Miami, Florida 33137
Attn: William A. Ingraham, Jr., Esq.

(2)   Clerk of the County Court In and For Broward County
County Courthouse
3550 Hollywood Blvd.
Hollwood, Florida   33021

(3)   Clerk's Office
United States District Court SDFL
301 N. Miami Avenue
Miami, Florida   33128


Respectfully Submitted,

Thomas Bronkovic, Pro Se Defendant
12179 S Apopka-Vineland Rd # 604
Orlando, Florida   32836
TEL:  407 226 9168
FAX:  407 226 9309

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: *6:00-CV-151-ORL-19-C*

*JUDGE FAWSETT*

*MAGISTRATE GLazeBROOKE*

THOMAS BRONKOVIC,
      Pro Se Plaintiff,

v.

FORD MOTOR CREDIT COMPANY,
               Defendant.

------------------------------------------

**TRIAL BY JURY**
**DEMANDED**

## COMPLAINT

Pro Se Plaintiff, Thomas Bronkovic, files his Complaint against Defendant, Ford Motor Credit Company ("FMCC"), and alleges upon information and belief:

**OVERVIEW AND SUBJECT MATTER JURISDICTION**

1.    This action seeks damages, declaratory, injunctive and other relief due to FMCC's willful, malicious and intentional violations of, inter alia, the Fair Credit Reporting Act ("FCRA") [15 U.S.C. §§ 1681 et seq.], the Federal Debt Collection Practices Act ("FDCPA") [15 U.S.C. § 1692], the Racketeer Influenced and Corrupt Organizations Statute ("RICO") [18 U.S.C. §§ 1961 et seq.] and the Federal Consumer Leasing Act ("FCLA") [15 U.S.C. §§ 1601 et seq.].

2.    This action is brought pursuant to 15 U.S.C. §§ 1681 et seq., 15 U.S.C. § 1692, 18 U.S.C. §§ 1961 et seq., 15 U.S. §§ 1601 et seq., and 28 U.S.C. § 1331 and this Court has jurisdiction of the claim herein pursuant to the provisions of

l

15 U.S.C. §§ 1681 et seq., 15 U.S.C.§ 1681(p), 15 U.S.C. § 1692, 15 U.S.C. § 1692(k)(d), 18 U.S.C. §§ 1961 et seq., 18 U.S.C. § 1964(c), 15 U.S. §§ 1601 et seq., 15 U.S.C. § 1667(d)(c) and 28 U.S.C. § 1331 [Federal Question].

3.    Jurisdiction is also founded on Diversity of Citizenship and Amount of Controversy pursuant to 28 U.S.C. § 1332.

4.    Plaintiff is a citizen of the state of Florida.

5.    Plaintiff resides at and maintains his principal place of business within the state of Florida at 12179 S. Apopka-Vineland Rd # 604 Orlando, Florida  32836.

6.    Defendant is a citizen of the State of Michigan.

7.    Defendant is a corporation duly organized and incorporated under the laws of the state of Michigan and Defendant maintains its principal place of business in Dearborn, Michigan at the following address: FMCC P.O. Box 1732 Drop # 7420 Dearborn, Michigan 48121-1732 Attn:  Phillipe Paillart, Chairman & CEO.

8.    The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars ($75,000).

**VENUE**

9.    Venue is proper under, inter alia, 28 U.S.C. § 1965(a) and 28 U.S.C. § 1391 as Defendant resides, is found, has an agent, and transactions its affairs in the Middle District of Florida and a substantial part of the events or omissions giving rise to the claim occurred in this District.

**THE CAUSE OF ACTION**

10.    During May, 1994, Plaintiff purchased a 1994 Ford Taurus ("VEHICLE 1") with financing directly or indirectly provided by FMCC.

11.   During May 1994, Plaintiff leased another 1994 Ford
Taurus ("VEHICLE 2") for 24 months with $220 monthly payments
from Mullinax Ford South, Inc. ("MULLINAX") which lease was
subsequently assigned to FMCC by the MULLINAX.

12.   On or about January 14, 1996, Plaintiff leased a 1996
Ford Explorer Eddie Bauer Edition ("VEHICLE 3") for 24 months
with $631.94 monthly payments from MULLINAX which lease was
subsequently assigned to FMCC by MULLINAX.

13.   Incorporated in the transaction for the leasing of
VEHICLE 3, Plaintiff (a) sold VEHICLE 1 to MULLINAX and paid off
the outstanding balance of the loan FMCC loan, and (b) paid the
3 remaining payments purportedly owed to FMCC for VEHICLE 2 and
turned in VEHICLE 2 to MULLINAX, as agents for FMCC, in complete
satisfaction of the lease.

14.   On or about October 1, 1996, Plaintiff leased a 1997 Ford
Explorer ("VEHICLE 4") for 24 months with $335.71 monthly
payments from MULLINAX which lease was subsequently assigned to
FMCC by MULLINAX.

15.   On or about June 24, 1997, Plaintiff leased a 1998 Ford
Taurus ("VEHICLE 5") for 24 months with $318.72 monthly payments
from MULLINAX which lease was subsequently assigned to FMCC by
MULLINAX.

16.   On or about January 6, 1998, Plaintiff leased a 1999 Ford
Explorer ("VEHICLE 6") for 24 months with $412.98 monthly
payments from MULLINAX which lease was subsequently assigned to
FMCC by MULLINAX.

17.   Incorporated in the transaction for the leasing of
VEHICLE 6, Plaintiff turned in VEHICLE 3 to MULLINAX, as agents
for FMCC, in complete satisfaction of the lease.

18.  Plaintiff made all of the scheduled payments for VEHICLES 1, 2 and 3 on or before the scheduled due dates.

19.  Plaintiff is in receipt of a settled class action lawsuit against FMCC which demonstrates that Plaintiff overpaid FMCC on VEHICLES 2 and 3 and Plaintiff is entitled to a refund and an accounting.

20.  During September 1994, FMCC inaccurately reported to credit reporting agencies that Plaintiff's high credit for VEHICLE 2 was $5,304 while the balance, after making 4 lease payments of $220, was $3961.

21.  During May 1995, FMCC, to defraud consumers and control their finances, illegally changed credit reporting methods and inaccurately reported to credit reporting agencies that Plaintiff's high credit for the same VEHICLE 2 was $22,000 while the balance after making 12 lease payments was $17,000.

22.  Unearned future lease payments claimed by FMCC for VEHICLES 2, 3, 4, 5 and 6 during the pendency of the lease are not DEBT permitting, at most, the reporting of a $0 balance or high credit until 30 days after a payment is missed and earned.

23.  Plaintiff never disclosed in any contract that it would report a balance on Plaintiff's credit report and FMCC was not justified in changing its reporting methods to reports inflated balances exceeding the value of the VEHICLES.

24.  FMCC's reporting of lease balances on credit reports is limited to that which may be listed as debt on a balance sheet pursuant to Generally Accepted Accounting Principles.

25.  Under FMCC's practices, FMCC would report the value of a $50,000 vehicle as a balance on the consumer's credit report for

4

a 1 day lease/rental even when the vehicle is prepaid and returned within 24 hours.

26.    Beginning almost 2 years ago, Plaintiff began disputing ALL of the data reported by FMCC on Plaintiff's credit reports with EQUIFAX, EXPERIAN, TRANS UNION, CREDIT DATA SERVICES, INC. and MERCHANTS ASSOCIATION CREDIT BUREAU, INC. for each and every one of the 6 VEHICLES.    (**SEE EXHIBITS 1001**, attached hereto for a partial list of extensive demands to require FMCC to correct inaccurate data as required by the FCRA).

27.    In complete violation of the FCRA, FDCPA, FCLA and RICO, FMCC, with the malicious and willful intent to injure Plaintiff, refused to correct and process billing disputes involving disputed inaccurate data with each of the credit reporting agencies by continuing to report and falsely certifying accuracy of (a) inaccurate high or original credit amounts, (b) inaccurate current balances, (c) inaccurate or omitted terms including monthly payments and 24 month lease terms, and (d) the status of accounts, either closed, paid, disputed, voluntarily terminated or otherwise.

28.    To reduce the length of my specific allegations, all of the facts and argument alleged in my annexed disputes are realleged by reference as if specifically set forth at length herein.

29.    FMCC has never formally responded to Plaintiff as required by 15 U.S.C. § 1666. - Correction of billing errors - and FMCC forfeited any right to collect or proceed to collect the disputed obligations under the leases for VEHICLES 4, 5 and 6.    See 15 U.S.C. § 1666.a(e).

30. FMCC has maliciously reported to Credit Reporting Agencies disputed inaccurate data barred by the FCRA and FCLA, 15 U.S.C. § 1666a.- Regulation of credit reports -, without ever meeting the requirements of 15 U.S.C. § 1666.

31. FMCC's failure to meet the requirements of 15 U.S.C. § 1666 has enlarged the time for Plaintiff to make payments under any senario for at least 18 months once FMCC complies with its requirements. See 15 U.S.C. 1666a.(a).

32. Accordingly, FMCC has no valid or enforceable collection, lawsuit, repossession or other remedy unless and until FMCC complies with the above acts and gives such additional time to make payment.

33. Any collection, negative credit reporting, notice, demand, lawsuit, communication by Debt Collectors, threat, repossession or any attempt to collect the debt disputed by Plaintiff is NULL and VOID, ab initio, by operation of law.

34. For VEHICLES 4, 5 and 6, FMCC has erroneously and inaccurately reported a BARRED and INVALID REPOSSESSION on Plaintiff's credit reports refusing to delete the inaccurate and disputed data.

35. The annexed documentation discloses hundreds of individual violations of the FCRA, FDCPA, FCLA and RICO by FMCC for willful, negligent and malicious noncompliance with such acts for continuing to report inaccurate, prohibited and USURIOUS data for a sinister purpose to control the finances of Plaintiff and consumers similarly situated to overstate debt and lock consumers into future leases with FMCC.

36. While Plaintiff owed $0 to FMCC, with advance payments current on VEHICLES 4, 5 and 6, FMCC reported balances owed of

6

almost $100,000 to the major national credit reporting agencies
and their contract servicers.

37.  Not only did FMCC overstate balances on existing leases
but FMCC failed to report balances of $0 on paid VEHICLES 1, 2,
and 3.

38.  In days of computerized credit scoring, such malicious
overstatement of debt by FMCC was intended to significantly
reduce credit scoring to prevent customers from obtaining
vehicles and other credit except from FMCC.

39.  The actual monthly billing statements for VEHICLES 4, 5
and 6 showed a $0 balance while Plaintiff's credit reports
showed outstanding unpaid balances of approximately $100,000 for
paid and current VEHICLES 1 thru 6.

40.  Such contradiction of balances claimed by FMCC
constituted a bona fide billing dispute.

41.  As a result of the written disputes, Plaintiff stopped
paying FMCC, commencing June and/or July 1998, on Leases for
Vehicles 4, 5 & 6 unless and until FMCC formally responded to
Plaintiff's disputes made pursuant to the FCRA and FCLA, 15
U.S.C. § 1666 [Correction of billing errors] and § 1666a
[Regulation of credit reports].

42.  FMCC never responded to any Plaintiff's disputes as
required under the FCRA and Sections 1666 and 1666a of the FCLA.

43.  In retaliation, FMCC criminally seized VEHICLE 6 in the
early morning on or about September 11, 1998 without legal
justification and in malicious violation of the aforesaid acts.

44.  Several hours later that morning, FMCC's attorney and
Debt Collector called Plaintiff, demanding the immediate return
of the other 2 lease VEHICLES 4 and 5, in complete satisfaction

of any and all indebtness, threatening Plaintiff, inter alia, with illegal future expensive litigation if the offer from FMCC's Debt Collector to satisfy all debt was not accepted.

45.  FMCC's attorney refused to consider the written dispute or give any time to pay.

46.  FMCC's Debt Collector stated that REPOSSESSION and lawsuits would be filed forthwith, the next day, unless payments of the disputed amounts were paid that day, September 11, 1998.

47.  Plaintiff accepted FMCC's Debt Collector's proposed offer to retain the VEHICLES 4, 5 & 6 in satisfaction of all debts by returning VEHICLES 4 and 5 to the address specified by FMCC's Debt Collector.

48.  Plaintiff returned the remaining VEHICLES 4 & 5 the next day to FMCC's agent and obtained a receipt.

49.  Accordingly, on September 12, 1998, Plaintiff was relieved of any and all indebtness and liability under the leases for VEHICLES 4, 5 and 6.

50.  The lease for VEHICLE 4 expired on September 30, 1998 and the offer to waive all debt, about 3 months payments, for voluntary early termination, 18 days early, was fair consideration for such early termination. [My Trans Union Credit Report as of September 30, 1999 shows $1421 past due].

51.  Similarly, the agreed early VOLUNTARY SURRENDER of VEHICLES 5 and 6 in satisfaction of all debt constituted fair value to Plaintiff and FMCC since Plaintiff paid over $2,500 in up front lease payments to keep the lease payments low. [My Trans Union credit report as of September 30, 1999 show $1001 past due for VEHICLE 5 and $1277 past due for VEHICLE 6].

52. Clearly, as of September 12, 1998, Plaintiff was relieved of ALL debt, if any, to FMCC relying on the representations of FMCC's Debt Collector made pursuant to Section 9-505 of the Uniform Commercial Code.

53. Despite these facts, FMCC continued thru the filing of this lawsuit to falsely report inaccurate, unreasonable, BARRED, and PROHIBITED data on Plaintiff's credit reports in malicious violation of the FCRA, FDCPA, FCLA and RICO.

54. Plaintiff seeks an award against FMCC for over $20,000,000 by computing $1,000 for each and every day that the specific noncompliance and violations of the FCRA, FDCPA and FCLA remain uncorrected.

55. Moreover, FMCC is a racketeering enterprise for seeking and demanding illegal and USURIOUS debt in violation of Chapters 687, 772 and 895 of the Florida Statutes.

56. This Complaint describes the at least 5 separate transactions were illegal debts were purported or claimed by FMCC

57. The Attorney General of the State of Florida has issued press releases about similar practices of FMCC CHEATING customers in leases. (**SEE EXHIBIT 1002**, attached hereto).

58. Cleary, the acts of demanding or reporting credit data for over 100 times the actual debt constitutes USURY under Federal and Florida Usury and RICO statutes.

59. FMCC has derived income from a pattern of racketeering activity by fraudulently overcharging customers.

60. Plaintiff has been injured by the racketeering enterprise and Plaintiff is entitled to statuatory 11 fold damages of at

least $1,000,000 to be applied to the amounts of FMCC's reported balances of about $100,000.

61.   FMCC, by and through its Debt Collector, violated the FDCPA, 15 U.S.C. § 1692(g), by its initial September 11, 1998 phone communication, by failing to adequately advise Plaintiff of his rights, because the thirty (30) day validation notice required by 15 U.S.C. § 1692(g) was not placed on or discussed anywhere in the demand for payment of the alleged debt. [The communication was also barred due to the disputes filed under the FCRA, FCLA and FDCPA].

62.   Plaintiff reasonably believed by the conduct of FMCC's Debt Collector that the consumer debt had been paid and satisfied as agreed and represented since FMCC's Debt Collector did not send the requisite written notice within five days after the initial communication as required by 15 U.S.C. § 1692(g)(a).

63.   FMCC's Debt Collector also violated the FDCPA, 15 U.S.C. § 1692(g), by its initial communication because said communication contradicts the requirement that the Plaintiff be advised of and be given a thirty (30) day period in which to dispute the purported debt.

64.   FMCC's Debt Collector also violated the FDCPA since the Debt Collector by its initial communication failed to disclose clearly that the Defendant was attempting to collect a debt, and that any information obtained would be used for that purpose, as required by 15 U.S.C. § 1692(e)(11).

65.   FMCC's Debt Collector also violated the FDCPA since the Debt Collector's initial communication contained threats to take actions that could not legally be taken, or that were not intended to be taken, in violation of 15 U.S.C. § 1692(e)(5).

66. FMCC's Debt Collector also violated the FDCPA since the Debt Collector used false and deceptive bait and switch representations to collect or attempt to collect the debt or to obtain information from a consumer. 15 U.S.C. § 1692(e)(10).

67. FMCC's Debt Collector also violated the FDCPA since the Debtor Collector made false representations or implications that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to lose any claim or defense to payment of the debt. 15 U.S.C. § 1692(e)(6).

68. FMCC's Debt Collector also violated the FDCPA since the Debt Collector made false representations of the character, amount, or legal status of any debt. 15 U.S.C. § 1692(e)(2).

69. FMCC's Debt Collector also violated the FDCPA since the Debt Collector engaged in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of a disputed debt. 15 U.S.C. 1692(d).

70. FMCC's Debt Collector also violated the FDCPA since the Debt Collector stated that Plaintiff owed debt in violation of 15 U.S.C. § 1692(b)(2).

71. FMCC's Debt Collectors also violated the FDCPA since Debt Collectors communicated with consumer reporting agencies in violation of 15 U.S.C. § 1692(c)(b)

72. FMCC's Debt Collector also violated the FDCPA since the Debt Collector used unfair or unconscionable means to collect or attempt to collect the illegal debt by taking or threatening to take any nonjudicial action to effect dispossession or disablement of property if there is no present right to possession of the property claimed as collateral through an enforceable security interest. 15 U.S.C. §1692(f)(6).

73.   Despite having actual knowledge that collection action
for VEHICLES 4, 5 and 6 was barred, FMCC violated the FDCPA by
sending additional prohibited correspondence, after the debt
discharge of September 12, 1998, threatening to sell VEHICLES 4,
5 and 6 and hold Plaintiff responsible for any purported barred
deficiency.

74.   Such threat of liability and legal action demonstrates
that FMCC's Debt Collector falsely and deceptively represented
an offer for a sinister purpose in violation of the aforesaid
acts.

75.   Subsequent to the return of VEHIVLES 4, 5 and 6 to FMCC
in satisfaction of all debt, FMCC, purportedly, in further
violation of the aforesaid acts of Congress, held a PRIVATE and
commercially unreasonable sale and sold VEHICLES 4, 5 and 6 to
others while later falsely reporting a REPOSSESSION deficiency
of at least 5 times the purported past due payments on
Plaintiff's credit reports.

76.   Such VEHICLES 4, 5 and 6 were USED requiring a secured
party exercising permissible rights to conduct a PUBLIC sale.

77.   A PRIVATE sale of VEHICLES 4, 5 and 6 is not commercially
reasonable since Plaintiff contracted for the VEHICLES at retail
and FMCC has access to both wholesale and retail markets.

78.   Even if there was no bar to any auction, the private sale
cannot form the basis of the indebtness claimed and reported on
Plaintiff's credit reports since the sale was not commercially
reasonable.

79.   Even if there was no bar to holding Plaintiff liable for
damages based on the auction results, FMCC's purported auction
is invalid under the UCC since the requisite proper notices of

default, cure, sale, redemption and auction were never provided
to or received by Plaintiff.

80.    FMCC's purported UCC sale of VEHICLES 4, 5 and 6 is
invalid and null and void, ab initio.

81.    FMCC's failure to comply with the aforesaid acts of
Congress and the UCC, entitles Plaintiff to recover damages.

82.    Based upon FMCC's actions, FMCC illegal converted
VEHICLES 4, 5 and 6, entitling Plaintiff to damages and a
outright release of all of the obligation under the leases.

83.    The failure of FMCC to comply with the aforesaid acts and
UCC prevent the subsequent deficiency claims which FMCC seeks to
collect from Plaintiff.  See UCC 9-507.

84.    Based upon the aforesaid facts, there was a stated
presumption, even by FMCC's Debt Collector, that proceeds from
any sale equal the balance of the obligations owing.

85.    FMCC's sole default notice was the initial communication
of FMCC's Debt Collector on September 11, 1998

86.    Since said notice was barred and invalid, such notice
cannot form the basis of an Article 9 UCC foreclosure and FMCC's
purported deficiency and auction is invalid in violation of the
aforesaid acts of Congress.

87.    The amounts claimed to be due by FMCC for VEHICLES 4, 5
and 6 are many times higher than the remaining payments.

88.    FMCC has overcharged and cheated Plaintiff by seeking
more than the remaining unpaid payments under the lease.

89.    FMCC's scheme is to collect more than the payments
provided for in leases for an illegal and usurious windfall
profit.

90. Since FMCC's purported REPOSSESSION and PRIVATE sale is invalid, Plaintiff cannot be liable for lease payments or a deficiency for unearned payments after the September 12, 1998 delivery of VEHICLES 4, 5 and 6 to FMCC.

91. FMCC apparently bases the amounts owed by an artificially set low auction prices significantly less than the agreed value of the vehicles in the future under the lease contracts.

92. The lease contractually implies the STIPULATED market value of the VEHICLES at beginning and end of lease which can be reasonably computed with accuracy based on the money factor, the beginning and ending stipulated values, and the time when the VEHICLE was delivered to FMCC.

93. In no case can a lessee be responsibly expected to pay more than the remaining payments due when the lease is early terminated since the ending market value is fixed at a minimum requiring adjustments upward for early terminations while considering the money factor and value and use of the vehicle by lessee after the vehicle return.

94. As documented by charges from Florida's Attorney General, FMCC is cheating customers thru lease schemes.

95. Leases for VEHICLES 4, 5 and 6 violate the letter and intent of 15 U.S.C. § 1667a - Consumer lease disclosures -  for, inter alia, failing to reasonably provide an understandable, fair, accurate and computable method of determining remaining balances upon termination as required by 15 U.S.C. § 1667(a)(11).

96. Plaintiffs have made extensive complaints to credit reporting agencies, FMCC, the Federal Trade Commission,

Florida's Attorney General and others setting forth the
violations of the Acts set forth above.

97.  All FCRA disputes to Credit Reporting Agencies were made
directly to FMCC and FMCC falsely certified accuracy of data to
the Credit Reporting Agencies.

98.  FMCC has failed to correct the inaccurate credit
reporting and failed to ever provide Plaintiff with the
requested requisite written statements and explanations of their
purported claims.

99.  FMCC and its Debt collectors have viewed copies of my
credit report at least 10 times since I first made complaints
under the FCRA in March 1998.

100.  FMCC and its Debt Collectors had actually and
constructive notice that inaccurate data existed on my credit
report but they refused to make the requisite corrections.

101.  FMCC has maliciously further harassed Plaintiff by
deleting some paid accounts for VEHICLES 1, 2 and 3 while
continuing to falsely report negative data on VEHICLES 4-6.

102.  In further violation of the aforesaid acts of Congress,
FMCC has had other Debt Collectors write to me in the last 12
months to harass me knowing that such communications were
barred.

103.  Such Debt Collectors have also pulled copies of my
credit reports, without justification and without any legitimate
purpose entitling me for relief from this Court.

104.  One of FMCC's Debt Collector's also filed suit against
me for a deficiency judgment barred by the aforesaid acts.

105.  Each and every one of such acts constituted a separate and distinct violation of the aforesaid Acts, including the FCRA, FDCPA, FCLA and RICO.

106.  The aforesaid schemes of FMCC constitute racketeering activity entitling Plaintiff and those similarly situated for forfeiture of debt and 11 fold damages under State and Federal RICO statutes set forth above based upon the high amounts usuriously claimed.

107.  Plaintiff is entitled to equitable relief including declaratory and injunctive relief to prevent further damage to a consumer and to prevent an unreasonable multiplication of barred proceedings including the dissemination of false, inaccurate and prohibited data on Plaintiff's credit reports.

108.  Plaintiff is entitled to punitive damages without regard to the existence of actual damages against FMCC for recklessly trampling on the rights of Plaintiff for its ulterior motive.

109.  All of the facts and data set forth herein demonstrate with absolute certainty that FMCC acted with malice or willful intent to injure Plaintiff by taking the aforesaid actions knowing they were barred and prohibited.

110.  FMCC has retaliated against Plaintiff for making Complaints to its Chief Executive and for filing Complaints with regulatory agencies trying to stop FMCC's cheating of customers.

111.  Sufficient grounds exist to enable this Court to direct FMCC to delete all negative entries from Plaintiff's credit report for VEHICLES 4, 5 and 6 and or to report such items as paid, close, never later and paid as agreed without any negative implication.

112. Sufficient grounds exist to bar any further collection efforts by FMCC, including litigation in state courts, pending adjudication of the rights and obligations of the parties herein.

WHEREFORE, Pro Se Plaintiff, Thomas Bronkovic, demands Order and Judgment against Defendant, Ford Motor Credit Company:

(a) Assuming jurisdiction of this case;

(b) Appointing a Receiver, Administrator, Referee and/or Special Master, to be paid by Defendant, pursuant to this Court's equitable powers to report on the factual and legal issues involved in this lawsuit in the light most favorable to the Plaintiff, and to assist the Court in formulating, implementing, enforcing and monitoring Defendant's compliance with the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, the Federal Consumer Lease Act and such orders and judgments as are issued in connection with the relief prayed for herein;

(c) Declaring that Defendant is in negligent, willful and maliciously noncompliance with the FCRA, FDCPA and the FCLA by specifying each and every specific violation of such Acts of Congress;

(d) Declaring the amount, validity and enforceability of liability of Plaintiff to Defendant under the leases for VEHICLES 4, 5 and 6;

(e) Declaring that the leases made by Plaintiff to Defendant and/or Defendant's predecessors for VEHICLES 4, 5 and 6 are null and void, ab initio;

(f) Declaring that, after Plaintiff disputed balances claimed
owed before June 1, 1998 when no balances were owed,
Defendant's collection activity (credit reporting of
negative data, demands for payments, Debt Collector
communications, repossession(s), notices, sale, auction,
lawsuit(s), and any deficiency) was invalid as barred by
operation of law;

(g) Directing Defendant to forthwith delete any and all direct
or indirect negative data from the credit reports of
Plaintiff for Vehicles 4, 5 and 6 and to forthwith report
said accounts as Closed by Consumer, Paid, Paid As Agreed,
Never Late, $0 Balance with no implied or stated
repossession or involuntary termination;

(h) Declaring that Defendant maliciously and intentionally
materially overstated lease balances and high balances on
credit reports of the Plaintiff and consumers similarly
situated for the sinister purpose of controlling the
finances of said consumers to reduce consumers' credit
scores and credit rating and to thwart and eliminate
interstate commerce and competition from other vehicles
lessors;

(i) Declaring that a constructive trust was deemed created by
and held by Defendant for the benefit of Plaintiff when
Defendant sought and received return of VEHICLES 4, 5 and
6, said amount of the constructive trust equal to or
greater than the remaining payments or obligation claimed
by Defendant;

(j) Declaring that Plaintiff's obligations were discharged
under UCC § 5-505 under any senario when Plaintiff

accepted Defendant's Bill Collector's offer to return
VEHICLES 4,5 & 6 in complete satisfaction of Debt under
the leases;

(k) Declaring that Defendant's private auction was not
commercially reasonable, under any senario, as Defendant
was required to hold a public auction;

(l) Declaring that Defendant's notice(s), repossession, sale
and auction were all fatally defective, invalid and null
and void, ab initio, under any senario;

(m) Declaring that there is a presumption that any proceeds
from any sale for VEHICLES 4, 5 and 6 are equal or exceed
the balance of the obligations of Plaintiff under the
leases;

(n) Declaring that the failure of Defendant to comply with all
applicable acts of Congress, including default, cure, sale
auction, redemption or other notices required by the UCC
and other statutes results in an absolute bar from
recovering a deficiency, if any, from Plaintiff;

(o) Declaring that any rights of claims of Plaintiff far
exceed and outweigh any deficiency claim of Defendant;

(p) Permanently enjoining and restraining Defendant and it
successors, assigns, attorneys, Debt Collectors, agents,
dealers or otherwise from directly  or indirectly
harassing, threatening, intimidating or otherwise
retaliating against Plaintiff including the commencement,
service, or continuation of any action against Plaintiff
in any state court or other court;

(q) Declaring as Null and Void, ab initio, any lawsuit(s)
filed by Defendant against Plaintiff to enforce collection

19

on claims made by Defendant on leases for VEHICLES 4, 5, and 6;

(r) Declaring Defendant a racketeering enterprise under Federal and State RICO related statutes for reporting and/or demanding claims at a rate in excess of 100% interest per annum;

(s) Declaring that Plaintiff is entitled to at least 11 fold damages applied to the balance amounts reported by Defendant on credit reports which exceeded the actual earned lease payments due and owing;

(t) Declaring that Defendant forfeited its claims on the leases for VEHICLES 4, 5 and 6 when it violated FCRA, FDCPA, FCLA and/or RICO;

(u) Declaring and construing the rights of the parties consistent with declaratory and injunctive relief and the rights of the parties under the FCRA, FDCPA, FCLA, UCC, RICO (including FS §§§ 687, 772 and 895) and other relevant codes, statutes or acts of Congress;

(v) Adjudging and entering judgment for $30,000,000 in favor of Plaintiff against Defendant for actual damages, punitive damages (without regard to actual damages), statuatory damages, special and discretionary damages, costs, disbursement and reasonable attorneys fees;

(w) For such other relief that this Court deems just, proper and equitable.


Dated:   February 1, 2000

Thomas Bronkovic, Pro Se Plaintiff
12179 S Apopka-Vineland Rd # 604
Orlando, Florida    32836
TEL:    407 226 9168

20

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332  TF
ATLANTA GA  30353-5332

066119-B153

Area Code:  800    Telephone No.:    727-7000

If you have any questions on your account, contact the above office

Account No.    TF N160 TYH8

THOMAS  BRONKOVIC
12179 #604 S APOPKA VINEL
ORLANDO  FL  32836

**LEASE-END DATE: 07/24/99**

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 97 | TARUS | 1FALP51UXVA223113 |

| Billing Date | DUE DATE |
|---|---|
| 06/01/98 | 06/20/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | CURRENT CHARGES | |
|---|---|---|---|---|
| Date | Amount | Code | Description | Amount |
| | | | LEASE PAYMENT | 300.68 |
| | | | TAX | 18.04 |
| | | | | |
| All Past Due Amounts and Late Charges are Due Immediately. Code explanations and other information are on reverse side. | | | | $318.72 |

*1001 - 1*

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332  TF
ATLANTA GA  30353-5332

039720-B167

LEASE-END DATE: 02/05/00

Area Code:  800   Telephone No.:   727-7000

Account No.   TF N160 HU67

THOMAS  BRONKOVIC
12179 S APOPKA VNLD#604
ORLANDO  FL  32836-6802

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 98 | EXPLR | 1FMZU32E3WZA22449 |

| Billing Date | DUE DATE |
|---|---|
| 06/15/98 | 07/04/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | CURRENT CHARGES | |
|---|---|---|---|---|
| Date | Amount | Code | Description | Amount |
| | | | LEASE PAYMENT | 389.60 |
| | | | TAX | 23.38 |

All Past Due Amounts and Late Charges are Due Immediately.
Codes, explanations and other information are on reverse side.

$412.98

*1001- 1*



**FORD MOTOR CREDIT COMPANY**
PO BOX 105332   TF
ATLANTA GA  30353-5332

025205-B161

Area Code:    800    Telephone No.:    727-7000

If you have questions on your account contact the above office

Account No.:   TF N160 45JP

THOMAS  BRONKOVIC
12179 #604 S APOPKA VINEL
ORLANDO  FL  32836

hahhahhahhahhahh

LEASE-END DATE: 10/30/98

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 97 | EXPLR | 1FMDU32X4VZA18646 |

| Billing Date | DUE DATE |
|---|---|
| 06/10/98 | 06/30/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | CURRENT CHARGES | |
|---|---|---|---|---|
| Date | Amount | Code | Description | Amount |
| 05 12 98 | 335.71 | CP | PAST DUE AMOUNT | 335.71 |
| 06 10 98 | 15.83 | LC | LATE CHARGES | 31.66 |
| | | | LEASE PAYMENT | 316.71 |
| | | | TAX | 19.00 |

All Past Due Amounts and Late Charges are Due Immediately.
Other explanations and other information are on reverse side.

$703.08

WE HAVE NOT RECEIVED YOUR LAST PAYMENT DUE. IF YOU HAVE NOT ALREADY MAILED
YOUR PAYMENT, PLEASE SEND IT IMMEDIATELY OR CALL US AT THE NUMBER
INDICATED ABOVE.

*1001- 1*

*Please address all future*
*correspondence to this address* ◆

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 7-0256
ATLANTA, GA 30374

(800)261-5876

THOMAS BRONKOVIC
60 ROYAL PALM DR
FORT LAUDERDALE FL 33301

DATE **10/14/94**
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 02/28/49

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date Of Last Activity | Hugt. Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FMC LEASE | TFN16OY65F | I | 05/94 | 04 | 09/94 | 5304 | 220 | 3961 | | I 1 | 09/94 |
| FMC AUTO | TFA124YO9N | I | 05/94 | 03 | 09/94 | 22K | 373 | 20K | | I 1 | 09/94 |

1001- 2

Please address all future
correspondence to this address ▶

EQUIFAX CREDIT INFORMAT.0N SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)303-6653

THOMAS BRONKOVIC
3034 PARKWAY BV APT 204
KISSIMMEE FL 34747

DATE  07/19/95
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 02/28/49

# CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due / Status | |
| M.B.N.A AMER CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4800125365086353 | I | 02/94 | 16 | 06/95 | 6800 | 112 | 6306 | R1 | 06/95 |
| FIRST DEPOSIT SECURED AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4121370999900650 | I | 02/94 | 17 | 06/95 | 389 | 15 | 27 | R1 | 07/95 |
| DISCOVER CARD CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 6011004736515921 | J | 10/91 | 38 | 06/95 | 5400 | 85 | 3042 | R1 | 07/95 |
| CAPITAL ONE | 4121741297850682 | J | 12/93 | 17 | 06/95 | 1120 | 10 | 324 | R1 | 06/95 |
| CITIBANK - VISA | 4128002040442662 | A | 11/89 | 13 | 06/95 | 5300 | | 1404 | R1 | 06/95 |
| BANK ONE COLUMBUS L CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4310041160017514 | J | 12/93 | 18 | 05/95 | 1600 | | 1267 | R1 | 06/95 |
| BURDINES/F..CS CHARGE AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 3593117902 | I | 10/93 | 20 | 05/94 | 1200 | | O | R1 | 07/95 |
| HOUSEHOLD CREDIT SER CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5437000303630778 | A | 10/92 | 33 | 06/95 | 3000 | 29 | 1243 | R1 | 07/95 |
| PEOPLES BANK H/E SECURED | 4217790090475564 | I | 02/94 | 16 | 06/95 | 418 | 11 | 353 | R1 | 06/95 |
| UNIVERSAL BANK-CUSTO CREDIT CARD | 5398400025922114 | I | 09/94 | 09 | 05/95 | 1439 | 30 | 1439 | R1 | 06/95 |
| FORD MOTOR CREDIT AUTO LEASE | TFN160Y65F | I | 05/94 | 12 | 05/95 | 16K | 220 | 13K | I1 | 05/95 |
| FORD MOTOR CREDIT AUTO | TFA124Y09N | I | 05/94 | 12 | 05/95 | 22K | 373 | 17K | I1 | 05/95 |

1001- 3

Please address all future
correspondence to this address ▸

PLEASE INVESTIGATE ERRONEUS ITEMS
+ S~D UPDATED CREDIT REPOT

| EQUIFAX CREDIT INFORMATION SERVICES |
| P O BOX 740256 |
| ATLANTA, GA 30374 |
| T |
| (800)270-3435 |

THOMAS BRONKOVIC
12179 S APOKA VINELAND RD  #604
ORLANDO FL 32836

DATE  02/04/98
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 02/28/49

Thos Bro~ 2/14/98
Thomas B~~

TELEPHONE (407) 397-0099

| FORD MOTOR CREDIT | | TFN16045JP | I | 09/96 | 15 | 12/97 | 29K | 335 | 23K | | I1 | 12/97 |
| LEASE | DELETE ERRONEUS ACCUUT | | | | | | | | | | | |
| AUTO | | | | | | | | | | | | |

| FORD MOTOR CREDIT | | TFN16O1F5M | I | 01/96 | 23 | 11/97 | 39K | 631 | 0 | | I1 | 12/97 |
| PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | | |
| LEASE | | | | | | | | | | | | |

| FORD MOTOR CREDIT | | TFN16OTYH8 | I | 06/97 | 06 | 12/97 | 19K | 318 | 17K | | I1 | 12/97 |
| LEASE | DELETE ERRONEUS ACCU~T | | | | | | | | | | | |
| AUTO | | | | | | | | | | | | |

1001- 4

P O Box 740256
Atlanta, GA 30374

March 20, 1998

000031391-983   7    81
Thomas Bronkovic
12179 S Apopka Vineland Rd # 604
Orlando, FL  32836-6802

Dear Thomas Bronkovic:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file.
Equifax contacted each source directly and our investigation is now completed.  Enclosed is an updated copy of
your credit file.

**We have researched the credit account.  The results are:**

Ford Motor Credit            Account Number: TFN16045JP
44410 N State Rd #7
Ft Lauderdale, FL 33311

   THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THIS ACCOUNT BELONGS TO YOU. THIS CREDITOR HAS VERIFIED TO
   EQUIFAX THAT THE ACCOUNT INFORMATION IS BEING REPORTED CORRECTLY.

**We have researched the credit account.  The results are:**

Ford Motor Credit            Account Number: TFN160TYH8
44410 N State Rd #7
Ft Lauderdale, FL 33311

   THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THIS ACCOUNT BELONGS TO YOU. THIS CREDITOR HAS VERIFIED TO
   EQUIFAX THAT THE ACCOUNT INFORMATION IS BEING REPORTED CORRECTLY.

1001 - 5

RETAILS ASSOCIATION CREDIT BURE          PAGE   1 OF   9
.S. TAMPA, .O.BOX 5507                    DATE THIS REPORT PRINTED: 02/20/1998
MPA, FL. 33601
8 273-1866                                SOCIAL SECURITY NUMBER: 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
                                          BIRTH DATE:            01/1975
                                          YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
                                          PHONE:      807-0000

*PLEASE make the Required* DELETIONS/Changes after
*Checking with the Source* + Send me an updated
*Credit report.* *John Brook*
*Thomas Brooktown  3/20/98*

ONSUMER REPORT FOR:

OAS7967O1
FRD MOTOR CR    *Delete AS ERRONEOUS*  # TFN16OTYH8       INSTALLMENT ACCOUNT
                                                          AUTO LEASE
  VERIF'D  08/1997   BALANCE:    $18120   INDIVIDUAL ACCOUNT
  OPENED   06/1997   MOST OWED:  $19070   PAY TERMS: 24 MONTHLY .515
  STATUS AS OF 08/1997: PAID AS AGREED
  IN PRIOR 03 MONTHS FROM DATE VERIF'D NEVER LATE

OAS7967O1
FRD MOTOR CR                    # TFN1601F5M       INSTALLMENT ACCOUNT
                                                   AUTO LEASE
  VERIF'D  07/1997   BALANCE:    $23788   INDIVIDUAL ACCOUNT
  OPENED   07/1996   MOST OWED:  $23788   PAY TERMS: 24 MONTHLY. YOU
  STATUS AS OF 07/1997: PAID AS AGREED
  IN PRIOR 10 MONTHS FROM DATE VERIF'D NEVER LATE

*Delete AS ERRONEOUS*

OAS7967O1
FRD MOTOR CR    *Delete AS ERRONEOUS*  # TFN16045JP       INSTALLMENT ACCOUNT
                                                          AUTO LEASE
  VERIF'D  07/1997   BALANCE:    $20599   INDIVIDUAL ACCOUNT
  OPENED   07/1996   MOST OWED:  $20600   PAY TERMS: 24 MONTHLY
  STATUS AS OF 07/1997: PAID AS AGREED
  IN PRIOR 11 MONTHS FROM DATE VERIF'D NEVER LATE

*1001- 6*

P.O. Box 6508
Mesa, AZ 85216-6508
(800) 732-2264

FEBRUARY 03, 1999

BRONKOVIC        THOMAS
12179 S APOPKA VNLD#604
ORLANDO        FL 32836

RE:   Account With: Ford Motor Credit Company
Outstanding Account Balance: $6,178.68
60% Settlement Offer: $3,707.21
Account No: TFN160HJ67

Dear Sir or Madam,

We would like to provide you with an opportunity to bring this matter to conclusion at a significant savings.

If you will remit to American Road Recovery, L. L. C., within 5 days of receipt of this letter, the settlement amount indicated above, the creditor on your account will consider the debt satisfied and will notify the major credit bureaus that $0 balance is owed on this account. Please note that this represents a saving to you of 40%.

If however you are unable to take advantage of this offer, please contact us immediately so that we may find a satisfactory arrangement to conclude this account.

Failure to either remit the settlement amount or contact us may result in further collection activity.

American Road Recovery, L.L.C., is a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.

Sincerely,
American Road Recovery
Account Representative
1-800-732-2264 EXT. 240

Hours of Operation
Monday - Friday
8:00 am - 5:00 pm MST
7318AR60

- - - - - - - - - - - - ******Detach and Return This Stub In The Enclosed Envelope****** - - - - - -

Current Address_____

Current Phone#_____       Account Number:  TFN160HJ67

AMERICAN ROAD RECOVERY, LLC          BRONKOVIC        THOMAS
DEPT 140201
PO BOX 55000
DETROIT MI 48255-1402                Total Paid  $_____
lılıllılıllılılılılıllıllılıllılllıllıllılıl

DO NOT WRITE BELOW THIS LINE

*1001 - 7*

2226346557176704851767700617868222

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836


March 30, 1999


Equifax Credit Information Services
P.O. Box 740256
Atlanta, GA  30374


Attached is a copy of my credit report which **inaccurately**
reports the following Ford Motor Credit account # TFN160....
for the following reasons:
(1)  high credit of $19k is incorrect;
(2)  balance of $5834 is incorrect;
(3)  status of I8 is incorrect; I VOLUNTARILY turned
     in the lease vehicle before the lease expiration;
(4)  There was no "INVOLUNTARY REPOSSESSION" rather I
     voluntarily terminated the lease by turning in
     the vehicle before the lease expiration.

Please send me an updated copy of my credit report after
you delete this account.


Sincerely,

Thomas Bronkovic


*1001 - 8*



**EQUIFAX**

Please address all future
correspondence to:
Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 882-0648

## CREDIT FILE - Confirmation Number: 906127362

**Personal Identification Information**                                    *March 24, 1999*

Thomas Bronkovic
12179 S Apopka Vineland Rd No 604
Orlando, FL 32836

Social Security #: 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
Date of Birth: February 28th, 1949

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ford Motor Credit   INVOLUNTARY REPOSSESSION | TFN160**** | I | 06/97 | 14 | 04/98 | $19K | 318 | $5834 | I8 | 03/9 |
| Ford Motor Credit | TFN160*** | I | 09/96 | 23 | 05/98 | $29K | 335 | $5035 | I8 | 10/9 |
| Ford Motor Credit   PAID ACCOUNT/ZERO BALANCE   LEASE | TFN160**** | I | 01/96 | 24 | 11/97 | $38953 | 631 | $0 | I1 | 01/9 |
| Ford Motor Credit   PAID ACCOUNT/ZERO BALANCE   AUTO | TFA124**** | I | 05/94 | 22 | 03/96 | $22421 | 373 | $0 | I1 | 03/9 |
| Ford Motor Credit   PAID ACCOUNT/ZERO BALANCE   AUTO | TFN160**** | I | 05/94 | 20 | 01/96 | $15702 | 220 | $0 | I1 | 01/96 |



Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836


February 20, 1999


EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949


SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747


Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated herein.

To wit, item 26 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
1/13/96] **inaccurately** reports the following:
  (1) an original amount of $38,953 constituting Federal and
      State USURY violations;
  (2) report fails to disclose the monthly payment;
  (3) the report fails to disclose my OVERPAYMENT and amounts
      due to me by FORD.

It is appropriate to accurately report this item or delete
it.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.


Sincerely,

Thomas Bronkovic


1001- 9

···

| ACCOUNT | DESCRIPTION |
|---|---|

23    CHEVRON U S A                         THIS CREDIT CARD ACCOUNT WAS OPENED 05/01/97 AND HA
        PO BOX 5010                          REVOLVING REPAYMENT TERMS. YOU HAVE USE OF THIS
        CONCORD CA 94524                   ACCOUNT. HIGH BALANCE: $134.
        OIL COMPANIES
        ACCT #
        121652XXXX

AS OF 06/15/97, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME.
BALANCE $43 ON 10/30/98. MONTHS REVIEWED: 17.
Balance History: Between 07-98 and 09-98 your credit limit/high balance was $134. In 06-
your credit limit/high balance was $112. In 04-98 your credit limit/high balance was $84.
In 04-98 your credit limit/high balance was $57. In 02-98 your credit limit/high balance
was $54. Between 06-97 and 01-98 your credit limit/high balance was $47. Your balance wa
09/30/98 - $64, 08/31/98 - $85, 07/31/98 - $106, 07/01/98 - $134, 06/02/98 - $112,
04/30/98 - $84, 04/02/98 - $57, 02/28/98 - $54, 01/31/98 - $36, 07/31/97 - $0,
06/30/97 - $20.

24    FORD MOTOR CREDIT CORP           THIS AUTO LOAN WAS OPENED 05/02/94 AND HAS 60 MONTH
        PO BOX 60279                       REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
        FORT MYERS FL 33906            FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR I'
        FINANCE                            PAYMENT. ORIGINAL AMOUNT: $22,421.
        ACCT #
        TFA124XXXX

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE (
TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 22.

25    FORD MOTOR CREDIT CORP           THIS LEASE WAS OPENED 05/18/94 AND HAS 24 MONTH
        PO BOX 60279                       REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
        FORT MYERS FL 33906            FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR IT
        FINANCE                            PAYMENT. ORIGINAL AMOUNT: $15,702.
        ACCT #
        TFN160XXXX

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE O
TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 21.

26    FORD MOTOR CREDIT CORP           THIS AUTO LEASE WAS OPENED 01/13/96 AND HAS 24 MONTH
        PO BOX 60279                       REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
        FORT MYERS FL 33906            FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS
        FINANCE                            PAYMENT. ORIGINAL AMOUNT: $38,953.
        ACCT #
        TFN160XXXX

AS OF 12/15/97, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ON
TIME. MONTHS REVIEWED: 24.
Balance History: The original amount of this account was $38953. Your balance was:
11/30/97 - $24417, 10/31/97 - $25049, 09/30/97 - $25681, 08/31/97 - $23786,
07/31/97 - $23786, 06/30/97 - $27577, 05/31/97 - $28209, 04/30/97 - $28841,
03/31/97 - $29473, 02/28/97 - $30105, 01/31/97 - $30737, 12/31/96 - $31369.

# 1001- 9

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 19, 1999

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949

SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747

Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 25 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
5/18/94] **inaccurately** reports the following:
   (1) an original amount of $15,702 constituting Federal and
       State USURY violations;
   (2) report fails to disclose the monthly payment;
   (3) the report fails to disclose my OVERPAYMENT and amounts
       due to me by FORD.

It is appropriate to accurately report this item or delete
it.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.

Sincerely,

Thomas Bronkovic

1001- 10

| **ACCOUNT** | **DESCRIPTION** |
|---|---|

23    CHEVRON U S A             THIS CREDIT CARD ACCOUNT WAS OPENED 05/01/97 AND HAS
      PO BOX 5010               REVOLVING REPAYMENT TERMS. YOU HAVE USE OF THIS
      CONCORD CA 94524          ACCOUNT. HIGH BALANCE: $134.
      OIL COMPANIES
      ACCT #
      121652XXXX

AS OF 06/15/97, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME.
BALANCE $43 ON 10/30/98. MONTHS REVIEWED: 17.
Balance History: Between 07-98 and 09-98 your credit limit/high balance was $134. In 06-9
your credit limit/high balance was $112. In 04-98 your credit limit/high balance was $84.
In 04-98 your credit limit/high balance was $57. In 02-98 your credit limit/high balance
was $54. Between 06-97 and 01-98 your credit limit/high balance was $47. Your balance wa
09/30/98 - $64, 08/31/98 - $85, 07/31/98 - $106, 07/01/98 - $134, 06/02/98 - $112,
04/30/98 - $84, 04/02/98 - $57, 02/28/98 - $54, 01/31/98 - $36, 07/31/97 - $0,
06/30/97 - $20.

24    FORD MOTOR CREDIT CORP    THIS AUTO LOAN WAS OPENED 05/02/94 AND HAS 60 MONTH
      PO BOX 60279              REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
      FORT MYERS FL 33906       FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR IT
      FINANCE                   PAYMENT. ORIGINAL AMOUNT: $22,421.
      ACCT #
      TFA124XXXX

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE O
TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 22.

25    FORD MOTOR CREDIT CORP    THIS LEASE WAS OPENED 05/18/94 AND HAS 24 MONTH
      PO BOX 60279              REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
      FORT MYERS FL 33906       FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR IT
      FINANCE                   PAYMENT. ORIGINAL AMOUNT: $15,702.
      ACCT #
      TFN160XXXX

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE
TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 21.

26    FORD MOTOR CREDIT CORP    THIS AUTO LEASE WAS OPENED 01/13/96 AND HAS 24 MONTH
      PO BOX 60279              REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
      FORT MYERS FL 33906       FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS
      FINANCE                   PAYMENT. ORIGINAL AMOUNT: $38,953.
      ACCT # .
      TFN160XXXX

AS OF 12/15/97, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ON
TIME. MONTHS REVIEWED: 24.
Balance History: The original amount of this account was $38953. Your balance was:
11/30/97 - $24417, 10/31/97 - $25049, 09/30/97 - $25681, 08/31/97 - $23786,
07/31/97 - $23786, 06/30/97 - $27577, 05/31/97 - $28209, 04/30/97 - $28841,
03/31/97 - $29473, 02/28/97 - $30105, 01/31/97 - $30737, 12/31/96 - $31369.

1001- 10

**Thomas Bronkovic**
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida   32836

February 18, 1999

Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida  33601-3301

Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) and page 3 of my report **inaccurately**
reporting the following on Ford Motor Cr account  # TFN160HJ67
     (1) BALANCE: $27490 is inaccurate;
     (2) MOST OWED: $26113 is inaccurate;

Please send me an updated copy of my credit report after
the requisite changes are made.

Sincerely,

Thomas Bronkovic

```
QA3796701
FRD MOTOR CR              # TFN160HJ67          INSTALLMENT ACCOUNT
>REPOSSESSION<                                 AUTO LEASE
  VERIF'D  09/1998    BALANCE:      $27490     INDIVIDUAL ACCOUNT
  OPENED   01/1998    MOST OWED:    $26113     PAY TERMS: 24 MONTHLY $412
  CLOSED   09/1998  >PAST DUE:       $1277<
>STATUS AS OF 09/1998: REPOSSESSION<
  IN PRIOR 07 MONTHS
```

*1001- 11*

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 12, 1999

Equifax Credit Information Services
P.O. Box 740256
Atlanta, GA  30374

Attached is a copy of my credit report which **inaccurately**
reports the following Ford Motor Credit account # TFN16045JP
for the following reasons:
  (1)  high credit of $29k is incorrect;
  (2)  balance of $5035 is incorrect;
  (3)  status of I8 is incorrect; I turned in the lease
       vehicle 15 days before the lease expiration

Please send me an updated copy of my credit report after
the requisite changes are made.

Sincerely,

Thomas Bronkovic

| Ford Motor Credit | TFN16045JP | I | 09/96 | 23 | 05/98 | $29K | 335 | $5035 | 18 |

1001- 12

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 13, 1999

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949

SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747

Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 12 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
9/30/96] **inaccurately** reports the following:
  (1) an original amount of $28,657 constituting Federal and
      State USURY violations;
  (2) all balances reported including the balance due of
      $22,183 on 9/18/98 are FRIVOLOUS and USURIOUS;
  (3) a "REPOSSESSION"; There was no repossession rather
      I returned the vehicle in perfect condition 15 days
      before the lease expiration date;

It is appropriate to delete this USURIOUS INVALID DEBT from
my credit report as null and void ab initio.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.

Sincerely,

Thomas Bronkovic

1001- 13

```
12  * FORD MOTOR CREDIT CORP          THIS AUTO LEASE WAS OPENED 09/30/96 AND HAS 24 MONTH
      PO BOX 60279                    REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
      FORT MYERS FL 33906             FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR !
      FINANCE                         PAYMENT. ORIGINAL AMOUNT: $28,657.
      ACCT #
      TFN160XXXX
```

AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE D!
PREVIOUSLY WAS 90 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 05/12/98. BALANCE
$22,183 ON 09/16/98. PAST DUE: $1,421. MONTHS REVIEWED: 23.
PAYMENT HISTORY: 821CCCCCCCCCC CCCCCCCCCC
TIMES LATE: 30=1, 60=1, 90+=1, DEROG=1.
Balance History: The original amount of this account was $28657. Your balance was:
07/31/98 - $22278, 06/30/98 - $22278, 05/31/98 - $22278, 04/30/98 - $22614,
03/31/98 - $22949, 02/28/98 - $23285, 01/31/98 - $23285, 12/31/97 - $23285,
11/30/97 - $23957, 10/31/97 - $24292, 09/30/97 - $24628, 08/31/97 - $24964,
07/31/97 - $20599, 06/30/97 - $25635, 05/31/97 - $25971, 04/30/97 - $26307,
03/31/97 - $26642, 02/28/97 - $26978, 01/31/97 - $27314, 12/31/96 - $27649.

1001- 13

```
                        Thomas Bronkovic
             12179 S. Apopka-Vineland Rd # 604
                   Orlando, Florida  32836


                              February 13, 1999


      Equifax Credit Information Services
      P.O. Box 740256
      Atlanta, GA  30374


      Attached is a copy of my credit report which **inaccurately**
      reports the following Ford Motor Credit account # TFN160TYH8
      for the following reasons:
         (1)  high credit of $19k is incorrect;
         (2)  balance of $5449 is incorrect;
         (3)  status of I8 is incorrect; I turned in the lease
              vehicle whereby the lease expired.

      Please send me an updated copy of my credit report after
      the requisite changes are made.


      Sincerely,


      Thomas Bronkovic
```

| Ford Motor Credit | TFN160TYH8 | I | 06 97 | 14 | 04 98 | $19K | 318 | $5449 | 18 |

1001 - 14



Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida   32836

February 14, 1999

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas   75013-0949

SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747

Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 10 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
6/24/96] **inaccurately** reports the following:
   (1) an original amount of $19,076 constituting Federal and
      State USURY violations;
   (2) all balances reported including the balance due of
      $15,636 on 9/16/98 are FRIVOLOUS and USURIOUS;
   (3) a "REPOSSESSION"; There was no repossession rather
      I returned the vehicle in perfect condition
      before the lease expiration date;

It is appropriate to delete this USURIOUS INVALID DEBT from
my credit report as null and void ab initio.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.

Sincerely,

Thomas Bronkovic

1001 - 15

```
10  *  FORD MOTOR CREDIT CORP        THIS AUTO LEASE WAS OPENED 06/24/97 AND HAS 24 MONTH
       PO BOX 60279                  REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
       FORT MYERS FL 33906           FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR I'
       FINANCE                       PAYMENT. ORIGINAL AMOUNT: $19,076.
       ACCT #
       TFN160XXXX
    AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE DUE
    PREVIOUSLY WAS 60 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 04/25/98. BALANCE
    $15,636 ON 09/16/98. PAST DUE: $1,001. MONTHS REVIEWED: 14.
    PAYMENT HISTORY: 81CCCCCCCCCCC C
    TIMES LATE: 30=1, 60=1, 90+=0, DEROG=1.
    Balance History: The original amount of this account was $19076. Your balance was:
    07/31/98 - $15889, 06/30/98 - $15889, 05/31/98 - $11427, 04/30/98 - $15889,
    03/31/98 - $16207, 02/28/98 - $16526, 01/31/98 - $16526, 12/31/97 - $16845,
    11/30/97 - $17482, 10/31/97 - $17482, 09/30/97 - $17801, 08/31/97 - $18120,
    07/31/97 - $18438.
```

*1001- 15 .*

CONSUMER CREDIT REPORT (CDF) P-144492209          09/98 12:02:00          Page    4

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836


February 14, 1999


Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida  33601-3301


Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) **inaccurately** reporting a $23786 balance
on Ford Motor Cr account  # TFN1601F5M at Page 7.   Please
contact the source to correct ALL of the the inaccurate data
on such entry.

Please send me an updated copy of my credit report after
the requisite changes are made.


Sincerely,

Thomas Bronkovic


2A3796701
FRD MOTOR CR                # TFN1601F5M         INSTALLMENT ACCOUNT
                                                 AUTO LEASE
VERIF'D  07/1997    BALANCE:                      INDIVIDUAL ACCOUNT
OPENED   01/1996    MOST OWED:      $23786        PAY TERMS: 24 MONTHLY
STATUS AS OF 07/1997: PAID OR PAYING AS AGREED
IN PRIOR 12 MONTHS FROM DATE VERIF'D NEVER LATE
                    *INACCURATE*


1001- 16

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 14, 1999

Equifax Credit Information Services
P.O. Box 740256
Atlanta, GA  30374

Attached is a copy of my credit report which **inaccurately** reports the following Ford Motor Credit account # TFN160HJ67 for the following reasons:
   (1)  high credit of $30k is incorrect;
   (2)  balance of $6178 is incorrect;
   (3)  status of I8 is incorrect.

Please send me an updated copy of my credit report after the requisite changes are made.

Sincerely,

Thomas Bronkovic

| d Motor Credit | TFN160HJ67 | I | 01/98 | 7 | 05/98 | $30K | 412 | $6178 | I8 | 1( |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Previous Payment History: 1 Time 30 days late
Previous Status: 08/98 - I2
LEASE
AUTO

1001- 17



Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 15, 1999

Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida  33601-3301

Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) **inaccurately** reporting and/or implying
an outstanding $19087 balance on Ford Motor Cr account  #
TFN1601F5M at Page 8.  To wit, the last update disclosed was
11/95.  Moreover, this account is not mine.  Please contact
the source to correct and delete ALL of the the inaccurate
data on such entry.

Please send me an updated copy of my credit report after
the requisite changes are made.

Sincerely,

Thomas Bronkovic

```
QA3796701
FRD MOTOR CR              # TFN160PP7Y        INSTALLMENT ACCOUNT
                                              AUTOMOBILE
  VERIF'D  11/1995                            INDIVIDUAL ACCOUNT
  OPENED   09/1995   MOST OWED:    $19087     PAY TERMS: 24 MONTHLY $350
STATUS AS OF 11/1995: NO RATING
IN PRIOR 02 MONTHS FROM DATE VERIF'D NEVER LATE
```

1001- 18

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida   32836

February 16, 1999

Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida   33601-3301

Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) **inaccurately** reporting the following  on
Ford Motor Cr account  # TFN16045JP at Page 3:
    (1) REPOSSESSION -  I turned in the vehicle and terminated
        the lease 15 days before the end of the lease.  Please
        delete any reference to REPOSSESSION.
    (2) BALANCE: $22183 is inaccurate;
    (3) MOST OWED: $23925 is inaccurate;
    (4) TERM OF LEASE NOT SPECIFIED.

Please send me an updated copy of my credit report after
the requisite changes are made.

Sincerely,

Thomas Bronkovic

QA3796701
FRD MOTOR CR
>REPOSSESSION<                  # TFN16045JP          INSTALLMENT ACCOUNT
    VERIF'D  10/1998    BALANCE:        $22183        AUTO LEASE
    OPENED   09/1996    MOST OWED:      $23925        INDIVIDUAL ACCOUNT
                        >PAST DUE:        $1421<      PAY TERMS: MONTHLY $335
>STATUS AS OF 10/1998: REPOSSESSION<
 IN PRIOR 11 MONTHS

1001- 19

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836


February 17, 1999


EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949


SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747


Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 11 FORD MOTOR CREDIT CORP [AUTO LEASE – OPENED
1/5/98] **inaccurately** reports the following:
  (1) an original amount of $30,000 constituting Federal and
      State USURY violations;
  (2) all balances reported including the balance due of
      $27,490 on 9/11/98 are FRIVOLOUS and USURIOUS;
  (3) a "REPOSSESSION"; There was no repossession rather
      the lease was terminated before the lease expiration.

It is appropriate to delete this USURIOUS INVALID DEBT from
my credit report as null and void ab initio.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.


Sincerely,

Thomas Bronkovic

1  * FORD MOTOR CREDIT CORP          THIS AUTO LEASE WAS OPENED 01/05/98 AND HAS 24 MONTH
     PO BOX 60279                     REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
     FORT MYERS FL 33906              FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS
     FINANCE                          PAYMENT. ORIGINAL AMOUNT: $30,000.
     ACCT #
     TFN160XXXX
AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE DUE.
PREVIOUSLY WAS CURRENT BUT HAD BEEN 30 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN:
05/12/98. BALANCE $27,490 ON 09/11/98. PAST DUE: $1,277. MONTHS REVIEWED: 7.
PAYMENT HISTORY: 8CCCCCC
TIMES LATE: 30=1, 60=0, 90+=0, DEROG=1.
Balance History: The original amount of this account was $30000. Your balance was:
07/31/98 – $27934, 06/30/98 – $27934, 05/31/98 – $27934, 04/30/98 – $28347,
03/31/98 – $28760, 02/28/98 – $29173.

*1001- 20*

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836


February 17, 1999


Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida  33601-3301


Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) and page 3 of my report **inaccurately**
reporting the following on Ford Motor Cr account  # TFN160TYH8
   (1) REPOSSESSION -  I turned in the vehicle and terminated
       the lease earlier.  Please delete any reference to
       REPOSSESSION.
   (2) BALANCE: $15636 is inaccurate;
   (3) MOST OWED: $16104 is inaccurate;

Please send me an updated copy of my credit report after
the requisite changes are made.


Sincerely,

Thomas Bronkovic

QA0786701
FRD MOTOR CR                    # TFN160TYH8              INSTALLMENT ACCOUNT
>REPOSSESSION<                                            AUTO LEASE
  VERIF'D  10/1998    BALANCE:       $15636         INDIVIDUAL ACCOUNT
  OPENED   06/1997    MOST OWED:     $16104         PAY TERMS: 24 MONTHLY $318
             >PAST DUE:     $1001<
>STATUS AS OF 10/1998: REPOSSESSION<
  IN PRIOR 03 MONTHS

1001- 21

**30**

P. O. Box 105518
Atlanta, GA 30348

March 24, 1999

000111524-1208  8    149
Thomas Bronkovic
12179 S Apopka Vineland Rd # 604
Orlando FL 32836-6802

Dear Thomas Bronkovic:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file.  Equifax
contacted each source directly and our investigation is now completed.  Enclosed is an updated copy of your credit file.

**esults of Your Investigation**

**We have researched the credit account.  The results are:**

Ford Motor Credit                Account Number:       TFN160****
44410 N State Rd #7
Ft Lauderdale, FL 33311

THE BALANCE OF THIS ACCOUNT HAS BEEN UPDATED. THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THE CURRENT
STATUS IS BEING REPORTED CORRECTLY. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE
REGARDING THIS ITEM.  SEE ENCLOSED CREDIT FILE.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256

*1001- 22*

LAW OFFICE OF

# WILLIAM A. INGRAHAM, JR.
### AND ASSOCIATES, P.A.
SUITE 400

3050 BISCAYNE BOULEVARD

MIAMI, FLORIDA 33137

TELEPHONE - 305 – 576-5840                                              FAX NUMBER - 305 – 576-6174

APR 19 1999

THOMAS BRONKOVIC
12179 S. APOPKA VINELAND
ROAD #640
ORLANDO   FL 32836

- - - -

RE: FORD MOTOR CREDIT COMPANY; TFN160TYH8; FILE #3524010.00
    BALANCE $5674.11 + INTEREST

Your account has been referred to us. Our client advises us that you are
indebted to them in the above amount. We are sure you are most anxious
to    settle your account and protect your credit.

Please contact   JANICE GALLAGHER at 305-576-5840 Monday -Friday,
9:00am-5:00pm. If you fail to do so legal action may be brought against
you.

Unless you dispute the validity of this debt in writing within thirty
days (30) after receipt of this Notice, we will assume the debt is
valid.

If you notify us within thirty days (30) from receipt of this letter
that the debt or any portion thereof is disputed, we will obtain
verification of the debt and furnish you with a copy of such
verification. If appropriate and upon your written request, we will
furnish you with name and address of the original creditor if different
from the current creditor.

If you notify us in writing within (30) days from receipt of this letter
that the debt is disputed or that you request the name and address    of
the original creditor, we will cease collection of that debt or any
disputed portion thereof until we obtain verification of the debt of the
name and address of the original creditor and such is mailed to you.
Your    failure to dispute the validity of a debt under this section may
not be construed by a Court as an admission of your liability.

Yours/Truly,

William A. Ingraham, Jr., P.A.
Attorney for FORD MOTOR CREDIT COMPANY

*1001- 23*

THIS IS AN ATTEMPT TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE
**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

LAW OFFICE OF

## WILLIAM A. INGRAHAM, JR.

### AND ASSOCIATES, P.A.

SUITE 400

3050 BISCAYNE BOULEVARD

TELEPHONE · 305 – 576-5840                              Miami, Florida 33137                              FAX NUMBER · 305 – 576-6174

APR 1 3 1999

THOMAS BRONKOVIC
12179 S APOPKA VNLD#604
ORLANDO  FL 32836


- - - -

RE: FORD MOTOR CREDIT COMPANY; TFN160HJ67; FILE #3524501.00
    BALANCE $6178.68 + INTEREST

Your account has been referred to us. Our client advises us that you are
indebted to them in the above amount. We are sure you are most anxious
to    settle your account and protect your credit.

Please contact  JANICE GALLAGHER at 305-576-5840 Monday -Friday,
9:00am-5:00pm. If you fail to do so legal action may be brought against
you.

Unless you dispute the validity of this debt in writing within thirty
days (30) after receipt of this Notice, we will assume the debt is
valid.

If you notify us within thirty days (30) from receipt of this letter
that the debt or any portion thereof is disputed, we will obtain
verification of the debt and furnish you with a copy of such
verification. If appropriate and upon your written request, we will
furnish you with name and address of the original creditor if different
from the current creditor.

If you notify us in writing within (30) days from receipt of this letter
that the debt is disputed or that you request the name and address    of
the original creditor, we will cease collection of that debt or any
disputed portion thereof until we obtain verification of the debt of the
name and address of the original creditor and such is mailed to you.
Your    failure to dispute the validity of a debt under this section may
not be construed by a Court as an admission of your liability.

Yours truly,

1001 - 24

William A. Ingraham, Jr., P.A.
Attorney for FORD MOTOR CREDIT COMPANY

THIS IS AN ATTEMPT TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

P. O. Box 105518
Atlanta, GA 30348

April 29, 1999

000119501-6249  37    136
Thomas Bronkovic
12179 S Apopka Vineland Rd Apt 604
Orlando FL 32836-6802

Dear Thomas Bronkovic:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file.  Equifax contacted each source directly and our investigation is now completed.  Enclosed is an updated copy of your credit file.

## Results of Your Investigation

**We have researched the credit account.  The results are:**

Ford Motor Credit              Account Number:        TFN160****
44410 N State Rd #7
Ft Lauderdale, FL 33311

THE BALANCE OF THIS ACCOUNT HAS BEEN UPDATED. THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THE RETURN OF PURCHASE WAS INVOLUNTARY.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256

*1001 - 25*

# experian

**Prepared for**
THOMAS BRONKOVIC
**Report number**
0161720005-01449Z2209

**Report date**
April 15, 1999

**Page 1 of 22**

**Credit Data Services, Inc.**
800 N. Magnolia Av
Orlando FL 32803

## Correction Summary

### About our verification process

The following shows the revision(s) made to your file as a result of our verification.

If you still question an item, then you may want to contact the source of the information personally.

The federal Fair Credit Reporting Act states that you may:

— request a description of how we verified the information, including the business name and address contacted and the telephone number, if reasonably available;

— add a statement disputing the accuracy or completeness of the information, and

— request that we send these results to organizations who have reviewed your report in the past two years for employment purposes or six months for any other purpose (twelve months for residents of Colorado, Maryland, and New York).

••••••••••••••••• 3-DIGIT 328
1152 3 AF 0.664 F 135
THOMAS BRONKOVIC
12179 S APOPKA VINELAND RD # 604
ORLANDO FL 32836-6802

**Items we reinvestigated**

| Items | Outcome |
|---|---|
| **Credit information about you** | |
| FORD CRED TFN160I.... | Remains |
| FORD CRED TFN160H... | Remains |
| FORD CRED TFN160I.... | Remains |

TO EXPERIAN:

PLEASE INVESTIGATE + MAKE the
APPROPRIATE DELETIONS / UPDATES / CHAN...
+ Send me AN UPDATED COPY OF
my credit report

Thomas Bronkovic

5/1/99

1001 - 26

# experian

**Prepared for**
THOMAS BRONKONE

**Report number**
0161720005-014492209

**Report data**
April 15, 1999

**Questions?**
Call 407 246-7620

## Credit information about you *continued*

| vrte/ court number (except last few digits) | Date opened/ Reported since | Date of initial Last reported | Type/ Terms/ Scheduled payment | Responsibility | Credit limit or original amount/ High balance | Most recent balance | Comments |
|---|---|---|---|---|---|---|---|
| **FORD MOTOR CREDIT CORP** PO BOX 60279 FORT MYERS FL 33906 TFA124Y | 5-1994/ 5-1994 | 1-1996/ 1-1996 | Installment/ 60 Months/ $0 | Individual | $22,421/ $0 | $0 as of 1-1996 | Status: paid/never late. This account is scheduled to continue on record until 1-2003. |
| **FORD MOTOR CREDIT CORP** TFN160Y | 5-1994/ 5-1994 | 1-1996/ 1-1996 | Installment/ 24 Months/ $0 | Individual | $15,702/ $0 | $0 as of 1-1996 | Status: paid/never late. This account is scheduled to continue on record until 1-2003. |
| **FORD MOTOR CREDIT CORP** TFN160T | 1-1996/ 1-1996 | 12-1997/ 12-1997 | Installment/ 24 Months/ $0 | Individual | $38,953/ $0 | NA | Status: paid/never late. This account is scheduled to continue on record until 12-2004. This item was verified on 4-1999 and remained unchanged |

*(Handwritten annotations):*
(FAIR CREDIT REPORTING ACT IS SILENT AS TO PAID/NEVER LATE ACCOUNTS)
PAID ACCOUNTS REMAIN INDEFINITELY DELETE 2 LINE CONTENT
PAID ACCOUNTS REMAIN INDEFINITELY DELETE 2 LINE CONTENT
PAID ACCOUNTS REMAIN INDEFINITELY DELETE CHANGE TO $ 0 AS OF 12/ 2 LINES

1001-26

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

April 30, 1999

Honorable Bob Butterworth, Attorney General of State of Florida
Office of Attorney General
The Capital  Tallahassee, Florida  32399-1050

Office of Attorney General of State of Florida
110 S.E. 6th Street  9th Floor
Fort Lauderdale, Fl  33301
Attn:  Jack Norris, Chief of Multi-State Litigation

Honorable Eliot Spitzer, Attorney General of State of New York
State of New York; Office of the Attorney General
120 Broadway    New York, NY  10271

Federal Trade Commission
600 Pennsylvania Ave NW    Washington, DC  20580
Attn:  David Medine, Associate Director
       Division of Financial Practices

Federal Trade Commission
600 Pennsylvania Ave NW    Washington, DC  20580
Attn:  Sally Pitofsky, Staff Attorney
       Division of Financial Practices

Ford Motor Credit Company    ("FMCC")
P.O. Box 1732  Drop # 7420
Dearborn, MI  48121-1732
Attn:  Phillipe Paillart, Chairman & CEO

MULLINAX Ford South   ("Lessor")
5401 W Copans Rd
Margate, Florida

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas

RE:  COMPLAINT AGAINST FORD MOTOR CREDIT AND EXPERIAN FOR
     SYSTEMATIC WILLFUL NON-COMPLIANCE WITH THE FAIR CREDIT
     REPORTING ACT ("FCRA") WITH DEMAND FOR IMMEDIATE
     GOVERNMENTAL INTERVENTION

Gentlemen:

On November 20, 1998, Florida Attorney General Bob Butterworth
issued a News Release regarding investigations by Florida and 21
other states of widespread fraudulent and deceptive practices by

-1-

*1001 - 27*



FMCC regarding FMCC's Red Carpet Lease Program.

This COMPLAINT is intended to SUPPLEMENT such investigation
with other separate and distinct more important issues.
Annexed are 5 letters to EXPERIAN documenting the FCRA violations
by FMCC. (SEE EXHIBIT A, attached hereto). Such 5 letters are
realleged by reference as if specifically set forth at length
herein. The following senarios are illustrated to demonstrate how
frivolous FMCC's credit reporting is.

## SENARIO # 1
I rent a NEW car worth $40,000 for 1 day at a rate of $40 for
1 day. I pay for the rental in advance with CASH and provide
a credit card imprint. What balance can be reported on my credit
report. The answer is $0 since the rental is paid for and no
additional sums are owed.  FMCC and EXPERIAN would frivolously
report the balance of $40,000 for the 1 day car rental and
they would conveniently fail to follow up to report a $0
balance with the return of the vehicle.

## SENARIO # 2
I rent a HOTEL ROOM NEW worth $200,000 for 1 night at a rate of $100
for 1 night. I pay for the rental in advance with CASH and provide
a credit card imprint. What balance can be reported on my credit
report. The answer is $0 since the rental is paid for and no
additional sums are owed.  FMCC and EXPERIAN would frivolously
report the balance of $200,000 for the 1 night HOTEL RENTAL and
they would conveniently fail to follow up to report a $0
balance with the checkout of the HOTEL ROOM.

## SENARIO # 3
I rent a HOUSE worth $1,000,000 for 30 days at a rate of $3,000
for the  30 days. I pay for the rental in advance with CASH and
I provide a security deposit of $3,000. What balance can be
reported on my credit report. The answer is $0 since the rental
is paid for and no additional sums are owed.  FMCC and EXPERIAN
would frivolously report the balance of $1,000,000 for the 30 day
HOUSE RENTAL and they would conveniently fail to follow up to
report a $0 balance when the HOUSE is voluntarily vacated on or
before the 30 days lease termination date.

If FMCC was the renter of the Rental Car, Hotel Room and House,
FMCC would frivolously report credit balances of **$1,240,000**
[$40,000], $200,000 and $1,000,000] on my credit report.
Moreover, FMCC would even report a REPOSSESSION despite the
fact that the property was returned voluntarily on or before
the due date.

## AFFECTS OF POLICY OF FRIVOLOUSLY INFLATING BALANCES
Regardless of a person's credit history, the reporting of such
inaccurate and erroneous balances of $1,240,000 will irreparably
destroy any person's credit history and computerized FICO CREDIT

-2-

*1001- 27*



SCORE. The fraudulent intent of FMCC is to inflate consumers'
credit files with exhorbitant and frivolous balances to reduce
credit scores and to prevent consumers from obtaining other credit
[to enhance collection by FMCC by limiting credit of consumers]
and to force such consumers to return to FMCC for additional cars
since such consumers have no other place to return to and FMCC
knows that FMCC balances have been frivolously inflated. FMCC has
sought to maliciously control finances of its customers.

## AUTO LEASE SENARIO
I lease an new auto from FMCC with a value of $50,000 for a lease
term of 24 months with a payment of $300 per month paying the first
month in advance. I put down $2,500 at lease inception to reduce my
lease payments. What is the balance at inception and what would my
CPA state as the balance on my balance sheet? The Answer is $0 or
$-2,800 to reflect the prepayment in accordance with Generally
Accepted Accounting Principles. At most, my CPA would footnote that
I have 23 remaining UNEARNED lease payments of $300 each. However,
FMCC frivolously reports to credit reporting agencies that the
balance owed is the STICKER PRICE of $50,000 less a portion of
payments received. FMCC's credit reporting is INFINITELY
INFLATED for a sinister and illegal racketeering purpose. In the
past FMCC also improperly reported the balance as the remaining
payments left on a lease. For example, if 5 payments for
$300/month were left, FMCC would report a balance of $1,500. While
this technique is used by other lessors, it is also inaccurate.
However, FMCC has conspired to control the auto market, reduce
competition and damage consumers by falsely reporting inaccurate
credit balances. FMCC's actions are nothing less than USURIOUS.
Applicable Florida Statute violations include Florida Statutes 687,
772 and 895, not to mention the related Federal RICO Statute.
MULLINAX, my actual LESSOR, is also guilty for conspiring with
FMCC to corner the market by exploiting consumers. FMCC and
EXPERIAN have willfully tramped state and federally protected
rights by failing to correct the inaccurate credit reporting on
my credit report. All lease consumers in Florida, New York and
nationwide are similarly situated and you must not permit such
consumers to be irreparbly damaged. At a minimum, you should
file a CLASS ACTION suit against FMCC, EXPERIAN and other national
credit reporting agencies seeking, inter alia, Temporary and
Permanent injunctive relief to prevent further willful and inaccurate
INFLATED reporting to credit reporting agencies by FMCC.

## FMCC'S CHANGE IN REPORTING FROM 1994 to 1995
I had a FMCC lease which was opened in 5/94 where I put down
$2,500 and I signed a lease for 24 months payments of $220 per
month. My EXPERIAN credit report dated 11/30/94 (**SEE EXHIBIT B**,
attached hereto) showed the lease with 24 monthly payments of
$220 and stated:
   "AS OF 10/94 THIS ACOUNT IS CURRENT AND ALL PAYMENTS HAVE
   BEEN PAID ON TIME. YOUR BALANCE AS OF 10/31/94 is **$3,752**."
   [approximately 18 remaining payments of $220]

-3-

*1001- 27*

My EQUIFAX credit report dated 10/14/94 (**SEE EXHIBIT C**, attached hereto) showed the lease with $220 a month payments with a "**Balance**" of "**$3,961**" reflecting 19 remaining payments.

When FMCC found out that the Federal Trade Commission would be changing its policy reversing its decision to require credit reporting agencies to disclose FICO credit scores and methods of computations, FMCC purposely changed its BALANCE reporting to credit reporting agencies. To wit, on my 7/7/95 EXPERIAN report (**SEE EXHIBIT D**, attached hereto) FMCC changed my "ORIGINAL AMOUNT OF THIS ACCOUNT" from $5,304" to "15,709". Moreover, despite the fact that I made timely payments from 5/94 to early lease termination in 1996 on all 24 monthly payments of $220, my FMCC account went from a BALANCE of $3,752 as of 10/31/94 to a BALANCE of $12,835 as of 5/30/95. As of 5/30/95, I had no mpore than 11 remaining payments of $220. I DID NOT OWE $12,835 as of 5/30/95 and I NEVER OWED $15,709. In 1 day, FMCC's top managment decided to inflate its ACCOUNTS RECEIVABLES and to DEFRAUD CONSUMERS through FALSE and INACCURATE reporting of BALANCES which were known to be INFLATED. FMCC's past reporting of lower balances constitutes a prima facie showing that FMCC has wilfully reported false and unexplanable balances to DEFRAUD the public for a sinister purpose to lower FICO scores to damage customers. When the Federal Trade Commission reversed its position on 9/1/95 [16 CFR part 600] so that credit reporting agencies need not disclose "risk scores" to consumers, FMCC was given the tools to conceal the impact of its RACKETEERING SCHEME of reporting INFLATED BALANCES on credit reports. Since consumers cannot see FICO scores and the manner computed, the SIGNIFICANT NEGATIVE impact of FICO scores has not been discovered by anyone EXCEPT me.

As enforcement arms of state and federal government, this INTENTIONAL and DELIBERATE FRAUD by FMCC cannot be tolerated. I will not tolerate this systematic fraud on my 4 of my FMCC leases. I demand that FMCC and EXPERIAN correct my credit report. I will consider each and every inaccurate and uncorrected number or entry on my credit report to constitute a separate and distinct violation of the FCRA for each day reported inaccurately.

I have communicated regarding this matter with Staff Attorney, SALLY PITOFSKY [who works for David Medine at the FTC on matters relating to auto leases], and she has asked that I send her a copy of this letter with exhibits for investigation.

The facts and policies of FMCC in reporting inflated balances cannot be concealed or disputed. It is fact in BLACK and WHITE. I have 4 reported FMCC leases and all have inflated balances. Talk about an easy case for summary judgment under FRCP 56. This is it. TALK about invalidating of debt under State and Federal Racketeering statutes including Florida Statutes 687, 772 and 895 with multifold damages (about $200,000 per lease) computed on illegal debt claimed. Take it and run.

-4-

*1001- 27*

If FMCC, EXPERIAN and other credit reporting agencies FOREVER
delete all my LEASE entries involving FMCC within 30 days from my
credit report, inferring ZERO BALANCES.  I will deem this matter
resolved.  At a minimum, I am entitled to deletion of all FMCC
LEASE accounts as compensation for the false reporting by FMCC
which has resulted in my likelihood of filing a Chapter 7 bankruptcy.

If FMCC and EXPERIAN do not amicably resolve the matter by deleting
my FMCC accounts, I will have no other choice but to file a U.S.
District Court Complaint against FMCC, EXPERIAN with the above
governmental agencies/individuals named as co-Defedants
to enforce my rights under, inter alia, the FCRA.  If such
litigation is filed, it will certainly get your immediate
attention.

FMCC and EXPERIAN are given a SAFE HARBOUR to avoid any such action
by me.  Any retaliatory acts by FMCC for my filing this letter
shall be dealt with severe legal action.  EXPERIAN must report
the lease accounts as DISPUTED and until deleted, EXPERIAN must
summarize my dispute with a 100 word consumer statement [for each
item] summarized to include all points made herein.  EXPERIAN cannot
rely solely on any reply of FMCC but it must make its own DE NOVO
DETERMINATION to ascertain whether the data supplied by FMCC is
accurate and reasonable.

State and Federal agencies have a fiduciary responsibility to
protect the public and inform them of the inflated balances on
credit reports so that the poublic can steer clear of doing
business with FMCC.

I look forward to a prompt written response by all of you.


Sincerely,

Thomas Bronkovic



*1001- 27*

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 14, 1999

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949

SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747

Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 10 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
6/24/96] **inaccurately** reports the following:
   (1) an original amount of $19,076 constituting Federal and
       State USURY violations;
   (2) all balances reported including the balance due of
       $15,636 on 9/16/98 are FRIVOLOUS and USURIOUS;
   (3) a "REPOSSESSION"; There was no repossession rather
       I returned the vehicle in perfect condition
       before the lease expiration date;

It is appropriate to delete this USURIOUS INVALID DEBT from
my credit report as null and void ab initio.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.

Sincerely,

Thomas Bronkovic

1001- 27

A

42

...

| ACCOUNT | DESCRIPTION |
|---|---|

8    * FIRST USA BANK N A            THIS CREDIT CARD ACCOUNT WAS OPENED 10/27/95 AND HAS
       1523 CONCORD PK               REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL
       WILMINGTON DE 19803           RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY
       BANKING                       RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $11,526.
       ACCT #
       441712237755XXXX

AS OF 08/15/98, THIS ACCOUNT IS SERIOUSLY PAST DUE AND WRITTEN OFF AS A LOSS. PREVIOUSLY
WAS 180 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 12/07/97. BALANCE UNKNOWN ON
10/31/98. MONTHS REVIEWED: 35.
PAYMENT HISTORY: 9-9654321CCCC CCCCCCCCCCCC CCCCCCCCCC
TIMES LATE: 30=1, 60=1, 90+=4, DEROG=2.
** TRANSFERRED TO OTHER LENDER OR CLAIM PURCHASED **
Balance History: Between 10-96 and 07-98 your credit limit/high balance was $10000. Your
balance was:
07/31/98 - $11497, 06/30/98 - $11229, 05/31/98 - $10952, 04/30/98 - $10694,
03/31/98 - $10445, 02/28/98 - $10214, 01/31/98 - $10066, 12/31/97 - $9935,
09/30/97 - $9600, 07/31/97 - $9539, 04/30/97 - $9483, 02/28/97 - $9713, 01/31/97 - $961
12/31/96 - $9637, 11/30/96 - $9358, 10/31/96 - $9438.


9    * FLEET CC                      THIS CREDIT CARD ACCOUNT WAS OPENED 08/06/96 AND HAS
       PO BOX 35837                  REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL
       COLORADO SPRINGS CO 80935     RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY
       BANKING                       RESPONSIBLE FOR ITS PAYMENT. CREDIT LIMIT: $4,500. 
       ACCT #                        BALANCE: $5,521. CHARGE OFF: $5,521.
       432682014706XXXX

AS OF 08/15/98, THIS ACCOUNT IS SERIOUSLY PAST DUE AND WRITTEN OFF AS A LOSS. PREVIOUSLY
WAS 150 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 12/03/97. BALANCE $5,521 ON
08/31/98. MONTHS REVIEWED: 14.
PAYMENT HISTORY: 9-54321CCCCCC C
TIMES LATE: 30=1, 60=1, 90+=3, DEROG=1.
Balance History: In 06-98 your credit limit/high balance was $4500. Your balance was:
06/30/98 - $5347.


10   * FORD MOTOR CREDIT CORP        THIS AUTO LEASE WAS OPENED 06/24/97 AND HAS 24 MONTH
       PO BOX 60279                  REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILIT
       FORT MYERS FL 33906           FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR
       FINANCE                       PAYMENT. ORIGINAL AMOUNT: $19,076.
       ACCT #
       TFN160XXXX

AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE DU
PREVIOUSLY WAS 60 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 04/25/98. BALANCE
$15,636 ON 09/16/98. PAST DUE: $1,001. MONTHS REVIEWED: 14.
PAYMENT HISTORY: 81CCCCCCCCCCCC C
TIMES LATE: 30=1, 60=1, 90+=0, DEROG=1.
Balance History: The original amount of this account was $19076. Your balance was:
07/31/98 - $15889, 06/30/98 - $15889, 05/31/98 - $11427, 04/30/98 - $15889,
03/31/98 - $16207, 02/28/98 - $16526, 01/31/98 - $16526, 12/31/97 - $16845,
11/30/97 - $17482, 10/31/97 - $17482, 09/30/97 - $17801, 08/31/97 - $18120,
07/31/97 - $18438.

1001- 27

A

UMER CREDIT REPORT (CDF) P-144492209            12/09/98 12:02:00            Page

43

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 17, 1999

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949

SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747

Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 11 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
1/5/98] **inaccurately** reports the following:
  (1) an original amount of $30,000 constituting Federal and
      State USURY violations;
  (2) all balances reported including the balance due of
      $27,490 on 9/11/98 are FRIVOLOUS and USURIOUS;
  (3) a "REPOSSESSION"; There was no repossession rather
      the lease was terminated before the lease expiration.

It is appropriate to delete this USURIOUS INVALID DEBT from
my credit report as null and void ab initio.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.

Sincerely,

Thomas Bronkovic

1001 - 27

A



experian

his is your consumer identification number. Please refer to this number when you call or write us.

ID# 1097740343F

**THOMAS BRONKOVIC**
12179 S APOPKA-VINELAND RD #604
ORLANDO, FL 32836

| ACCOUNT | DESCRIPTION |
|---|---|

1 * FORD MOTOR CREDIT CORP
  PO BOX 60279
  FORT MYERS FL 33906
  FINANCE
  ACCT #
  TFN160XXXX

THIS AUTO LEASE WAS OPENED 01/05/98 AND HAS 24 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $30,000.

AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE DUE. PREVIOUSLY WAS CURRENT BUT HAD BEEN 30 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 05/12/98. BALANCE $27,490 ON 09/11/98. PAST DUE: $1,277. MONTHS REVIEWED: 7.
PAYMENT HISTORY: 8CCCCCC
TIMES LATE: 30=1, 60=0, 90+=0, DEROG=1.
Balance History: The original amount of this account was $30000. Your balance was:
07/31/98 - $27934, 06/30/98 - $27934, 05/31/98 - $27934, 04/30/98 - $28347,
03/31/98 - $28760, 02/28/98 - $29173.

12 * FORD MOTOR CREDIT CORP
   PO BOX 60279
   FORT MYERS FL 33906
   FINANCE
   ACCT #
   TFN160XXXX

THIS AUTO LEASE WAS OPENED 09/30/96 AND HAS 24 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $28,657.

AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE DUE. PREVIOUSLY WAS 90 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 05/12/98. BALANCE $22,183 ON 09/16/98. PAST DUE: $1,421. MONTHS REVIEWED: 23.
PAYMENT HISTORY: 821CCCCCCCCCC CCCCCCCCCC
TIMES LATE: 30=1, 60=1, 90+=1, DEROG=1.
Balance History: The original amount of this account was $28657. Your balance was:
07/31/98 - $22278, 06/30/98 - $22278, 05/31/98 - $22278, 04/30/98 - $22614,
03/31/98 - $22949, 02/28/98 - $23285, 01/31/98 - $23285, 12/31/97 - $23285,
11/30/97 - $23957, 10/31/97 - $24292, 09/30/97 - $24628, 08/31/97 - $24964,
07/31/97 - $20599, 06/30/97 - $25635, 05/31/97 - $25971, 04/30/97 - $26307,
03/31/97 - $26642, 02/28/97 - $26978, 01/31/97 - $27314, 12/31/96 - $27649.

1001- 27

A

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836


February 13, 1999


EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949


SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747


Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 12 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
9/30/96] **inaccurately** reports the following:
   (1) an original amount of $28,657 constituting Federal and
      State USURY violations;
   (2) all balances reported including the balance due of
      $22,183 on 9/18/98 are FRIVOLOUS and USURIOUS;
   (3) a "REPOSSESSION"; There was no repossession rather
      I returned the vehicle in perfect condition 15 days
      before the lease expiration date;

It is appropriate to delete this USURIOUS INVALID DEBT from
my credit report as null and void ab initio.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.


Sincerely,

Thomas Bronkovic

1001- 27

A

THOMAS BRONKOVIC
12179 S APOPKA-VINELAND RD #604
ORLANDO, FL 32836

| ACCOUNT | DESCRIPTION |
|---------|-------------|

11  * FORD MOTOR CREDIT CORP
    PO BOX 60279
    FORT MYERS FL 33906
    FINANCE
    ACCT #
    TFN160XXXX

THIS AUTO LEASE WAS OPENED 01/05/98 AND HAS 24 MONTH
REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS
PAYMENT. ORIGINAL AMOUNT: $30,000.

AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE DUE
PREVIOUSLY WAS CURRENT BUT HAD BEEN 30 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN:
05/12/98. BALANCE $27,490 ON 09/11/98. PAST DUE: $1,277. MONTHS REVIEWED: 7.
PAYMENT HISTORY: 8CCCCCC
TIMES LATE: 30=1, 60=0, 90+=0, DEROG=1.
Balance History: The original amount of this account was $30000. Your balance was:
07/31/98 - $27934, 06/30/98 - $27934, 05/31/98 - $27934, 04/30/98 - $28347,
03/31/98 - $28760, 02/28/98 - $29173.

12  * FORD MOTOR CREDIT CORP
    PO BOX 60279
    FORT MYERS FL 33906
    FINANCE
    ACCT #
    TFN160XXXX

THIS AUTO LEASE WAS OPENED 09/30/96 AND HAS 24 MONTH
REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR IT
PAYMENT. ORIGINAL AMOUNT: $28,657.

AS OF 09/15/98, THIS ACCOUNT IS A REPOSSESSION OF MERCHANDISE. THERE MAY BE A BALANCE DUE
PREVIOUSLY WAS 90 DAYS PAST DUE. LAST PAYMENT REPORTED TO EXPERIAN: 05/12/98. BALANCE
$22,183 ON 09/16/98. PAST DUE: $1,421. MONTHS REVIEWED: 23.
PAYMENT HISTORY: 821CCCCCCCCCC CCCCCCCCCC
TIMES LATE: 30=1, 60=1, 90+=1, DEROG=1.
Balance History: The original amount of this account was $28657. Your balance was:
07/31/98 - $22278, 06/30/98 - $22278, 05/31/98 - $22278, 04/30/98 - $22614,
03/31/98 - $22949, 02/28/98 - $23285, 01/31/98 - $23285, 12/31/97 - $23285,
11/30/97 - $23957, 10/31/97 - $24292, 09/30/97 - $24628, 08/31/97 - $24964,
07/31/97 - $20599, 06/30/97 - $25635, 05/31/97 - $25971, 04/30/97 - $26307,
03/31/97 - $26642, 02/28/97 - $26978, 01/31/97 - $27314, 12/31/96 - $27649.

1001- 27

SUMER CREDIT REPORT (CDF) P-144492209          12/09/98 12:02:00          Page

**Thomas Bronkovic**
**12179 S. Apopka-Vineland Rd # 604**
**Orlando, Florida  32836**

**February 19, 1999**

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949

SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747

Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated therein.

To wit, item 25 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
5/18/94] **inaccurately** reports the following:
  (1) an original amount of $15,702 constituting Federal and
      State USURY violations;
  (2) report fails to disclose the monthly payment;
  (3) the report fails to disclose my OVERPAYMENT and amounts
      due to me by FORD.

It is appropriate to accurately report this item or delete
it.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.

Sincerely,

Thomas Bronkovic

1001- 27



| ACCOUNT | DESCRIPTIO? |
|---|---|

23   CHEVRON U S A
     PO BOX 5010
     CONCORD CA 94524
     OIL COMPANIES
     ACCT #
     121652XXXX

THIS CREDIT CARD ACCOUNT WAS OPENED 05/01/97 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE USE OF THIS ACCOUNT. HIGH BALANCE: $134.

AS OF 06/15/97, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $43 ON 10/30/98. MONTHS REVIEWED: 17.
Balance History: Between 07-98 and 09-98 your credit limit/high balance was $134. In 06-9 your credit limit/high balance was $112. In 04-98 your credit limit/high balance was $84 In 04-98 your credit limit/high balance was $57. In 02-98 your credit limit/high balance was $54. Between 06-97 and 01-98 your credit limit/high balance was $47. Your balance was 09/30/98 - $64, 08/31/98 - $85, 07/31/98 - $106, 07/01/98 - $134, 06/02/98 - $112, 04/30/98 - $84, 04/02/98 - $57, 02/28/98 - $54, 01/31/98 - $36, 07/31/97 - $0, 06/30/97 - $20.

24   FORD MOTOR CREDIT CORP
     PO BOX 60279
     FORT MYERS FL 33906
     FINANCE
     ACCT #
     TFA124XXXX

THIS AUTO LOAN WAS OPENED 05/02/94 AND HAS 60 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR I' PAYMENT. ORIGINAL AMOUNT: $22,421.

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ( TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 22.

25   FORD MOTOR CREDIT CORP
     PO BOX 60279
     FORT MYERS FL 33906
     FINANCE
     ACCT #
     TFN160XXXX

THIS LEASE WAS OPENED 05/18/94 AND HAS 24 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR I' PAYMENT. ORIGINAL AMOUNT: $15,702.

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ( TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 21.

26   FORD MOTOR CREDIT CORP
     PO BOX 60279
     FORT MYERS FL 33906
     FINANCE
     ACCT # .
     TFN160XXXX

THIS AUTO LEASE WAS OPENED 01/13/96 AND HAS 24 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR I' PAYMENT. ORIGINAL AMOUNT: $38,953.

AS OF 12/15/97, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ( TIME. MONTHS REVIEWED: 24.
Balance History: The original amount of this account was $38953. Your balance was: 11/30/97 - $24417, 10/31/97 - $25049, 09/30/97 - $25681, 08/31/97 - $23786, 07/31/97 - $23786, 06/30/97 - $27577, 05/31/97 - $28209, 04/30/97 - $28841, 03/31/97 - $29473, 02/28/97 - $30105, 01/31/97 - $30737, 12/31/96 - $31369.

*1001- 27*



Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 20, 1999

EXPERIAN
701 Experian Pkwy  P.O. Box 949
Allen, Texas  75013-0949

SS # 115 60 7508
Birth Date  2/28/49
Previous address: 3034 Parkway Bl  Kissimmee, Fl 34747

Attached is a copy of my credit report with a MARKED item
which should be deleted or otherwise corrected for the
reasons stated herein.

To wit, item 26 FORD MOTOR CREDIT CORP [AUTO LEASE - OPENED
1/13/96] inaccurately reports the following:
  (1) an original amount of $38,953 constituting Federal and
      State USURY violations;
  (2) report fails to disclose the monthly payment;
  (3) the report fails to disclose my OVERPAYMENT and amounts
      due to me by FORD.

It is appropriate to accurately report this item or delete
it.

Please send me an updated copy of my credit report after
the requisite deletion/changes are made.

Sincerely,

Thomas Bronkovic

1001- 27

A

| ACCOUNT | DESCRIPTION |
|---|---|

23  CHEVRON U S A          THIS CREDIT CARD ACCOUNT WAS OPENED 05/01/97 AND HA
    PO BOX 5010            REVOLVING REPAYMENT TERMS. YOU HAVE USE OF THIS
    CONCORD CA 94524       ACCOUNT. HIGH BALANCE: $134.
    OIL COMPANIES
    ACCT #
    121652XXXX

AS OF 06/15/97, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME.
BALANCE $43 ON 10/30/98. MONTHS REVIEWED: 17.
Balance History: Between 07-98 and 09-98 your credit limit/high balance was $134. In 06-
your credit limit/high balance was $112. In 04-98 your credit limit/high balance was $8
In 04-98 your credit limit/high balance was $57. In 02-98 your credit limit/high balance
was $54. Between 06-97 and 01-98 your credit limit/high balance was $47. Your balance w
09/30/98 - $64, 08/31/98 - $85, 07/31/98 - $106, 07/01/98 - $134, 06/02/98 - $112,
04/30/98 - $84, 04/02/98 - $57, 02/28/98 - $54, 01/31/98 - $36, 07/31/97 - $0,
06/30/97 - $20.

24  FORD MOTOR CREDIT CORP    THIS AUTO LOAN WAS OPENED 05/02/94 AND HAS 60 MONTH
    PO BOX 60279              REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
    FORT MYERS FL 33906       FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR
    FINANCE                   PAYMENT. ORIGINAL AMOUNT: $22,421.
    ACCT #
    TFA124XXXX

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE
TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 22.

25  FORD MOTOR CREDIT CORP    THIS LEASE WAS OPENED 05/18/94 AND HAS 24 MONTH
    PO BOX 60279              REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
    FORT MYERS FL 33906       FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR I
    FINANCE                   PAYMENT. ORIGINAL AMOUNT: $15,702.
    ACCT #
    TFN160XXXX

AS OF 01/15/96, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE
TIME. BALANCE $0 ON 01/31/96. MONTHS REVIEWED: 21.

26  FORD MOTOR CREDIT CORP    THIS AUTO LEASE WAS OPENED 01/13/96 AND HAS 24 MONTH
    PO BOX 60279              REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY
    FORT MYERS FL 33906       FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR I
    FINANCE                   PAYMENT. ORIGINAL AMOUNT: $38,953.
    ACCT #
    TFN160XXXX

AS OF 12/15/97, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE
TIME. MONTHS REVIEWED: 24.
Balance History: The original amount of this account was $38953. Your balance was:
11/30/97 - $24417, 10/31/97 - $25049, 09/30/97 - $25681, 08/31/97 - $23786,
07/31/97 - $23786, 06/30/97 - $27577, 05/31/97 - $28209, 04/30/97 - $28841,
03/31/97 - $29473, 02/28/97 - $30105, 01/31/97 - $30737, 12/31/96 - $31369.

*1001- 27*



| ITEM | ACCOUNT NAME | DESCRIPTION | STATUS/PAYMENTS |
|------|--------------|-------------|-----------------|
| 9 | FORD MOTOR CREDIT CORP<br>4410 NORTH STATE ROAD 7<br>FORT LAUDERDALE,FL 33319<br>FINANCE<br>ACCT #<br>TFN160Y65F0594 | THIS LEASE WAS OPENED<br>05/94 AND HAS 24 MONTH<br>REPAYMENT TERMS. YOU HAVE<br>CONTRACTUAL RESPONSIBILITY<br>FOR THIS ACCOUNT AND ARE<br>PRIMARILY RESPONSIBLE FOR<br>ITS PAYMENT. THE ORIGINAL<br>AMOUNT OF THIS ACCOUNT IS<br>$5,304. | AS OF 10/94 THIS ACCOUNT<br>IS CURRENT AND ALL<br>PAYMENTS HAVE BEEN PAID ON<br>TIME. YOUR BALANCE AS OF<br>10/31/94 IS $3,752. YOUR<br>SCHEDULED MONTHLY PAYMENT<br>IS $220. THE LAST PAYMENT<br>REPORTED TO TRW WAS MADE<br>ON 10/11/94.    PAYMENT<br>HISTORY:<br>CC-CC |

CONSUMER CREDIT REPORT (CDI)                    11 30 94 22:48    PAGE  4

1001- 27

B

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |
| FMC        LEASE | TFN160Y65F | I | 05/94 | 04 | 09/94 | 5304 | 220 | 3961 | | I 1 | 09/94 |

1001 - 27

C

| ITEM | ACCOUNT NAME | DESCRIPTION | STATUS/PAYMENTS |
|------|--------------|-------------|-----------------|
| 0 | FORD MOTOR CREDIT CORP<br>4410 NORTH STATE ROAD 7<br>FORT LAUDERDALE,FL 33319<br>FINANCE<br>ACCT #<br>TFN160Y65F0594 | THIS LEASE WAS OPENED<br>05/94 AND HAS 24 MONTH<br>REPAYMENT TERMS. YOU HAVE<br>CONTRACTUAL RESPONSIBILITY<br>FOR THIS ACCOUNT AND ARE<br>PRIMARILY RESPONSIBLE FOR<br>ITS PAYMENT. THE ORIGINAL<br>AMOUNT OF THIS ACCOUNT IS<br>$15,709. | AS OF 05/95 THIS ACCOUNT<br>IS CURRENT AND ALL<br>PAYMENTS HAVE BEEN PAID ON<br>TIME. YOUR BALANCE AS OF<br>05/30/95 IS $12,835. YOUR<br>SCHEDULED MONTHLY PAYMENT<br>IS $220. THE LAST PAYMENT<br>REPORTED TO TRW WAS MADE<br>ON 05/14/95.   PAYMENT<br>HISTORY:<br>CCCCC-CCC-CC |

CONSUMER CREDIT REPORT (CDI)                    07 07 95 16:11    PAGE  4

D                    1001- 27

# experian

## Correction Summary

THOMAS BRONKOVIC
**Report number**
0161720005-0144492209

**Page 1 of 22**

**Credit Data
Services, Inc.**
850 N. Magnolia Ave. Ste 200
Orlando FL 32803

### About our verification process

The following shows the revision(s) made to your file as a result of our verification.

If you still question an item, then you may want to contact the source of the information personally.

The federal Fair Credit Reporting Act states that you may:

-- request a description of how we verified the information, including the business name and address contacted and the telephone number, if reasonably available;

-- add a statement disputing the accuracy or completeness of the information; and

-- request that we send these results to organizations who have reviewed your report in the past two years for employment purposes or six months for any other purpose (twelve months for residents of Colorado, Maryland, and New York).

### Items we reinvestigated

| Items | |
| --- | --- |
| Credit information about you | Outcome |
| FORD CRED TFN1604... | Remains |
| FORD CRED TFN160H... | Remains |
| FORD CRED TFN160I... | Remains |

### If you have questions

For all questions about this report, please call
**407 246-7620**

To learn more about Experian and/or other helpful information, including tips on how to improve your credit-worthiness, visit our web site:
http://www.experian.com

*************** 3-DIGIT 328
1152 3 AF 0.664 F 135
THOMAS BRONKOVIC
12179 S APOPKA VINELAND RD # 604
ORLANDO FL 32836-6802

**SOCIATION**
**REDIT BUREAU, INC.**
ING FLORIDA'S CREDIT INDUSTRY SINCE 1916

*PLEASE INVESTIGATE + MAKE THE*
*Appropriate Deletions AND SEND ME*
*AN updated copy of my CREDIT Report.*

**April 07, 1999**
**File Number: 597047**
**Clerk: MNP**

*Thomas Bronkovic 5/1/99*

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

*SS# 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*
*BIRth DATE 2/49*

Dear ~~Consumer:~~

---

...RT ON: BRONKOVIC, THOMAS  S.      PAGE   7 OF  9
.IAL SECURITY NUMBER: 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

ACCOUNT INFORMATION, CONT.

QA3796701        *INACCURATE : AS ACCOUNT PAID/CLOSED with $0 BALANCE*
FRD MOTOR CR            # TFN1601F5M        INSTALLMENT ACCOUNT
                                            AUTO LEASE
   VERIF'D  07/1997    BALANCE:      $23786    INDIVIDUAL ACCOUNT
   OPENED   01/1996    MOST OWED:    $23786    PAY TERMS: 24 MONTHLY
   STATUS AS OF 07/1997: PAID OR PAYING AS AGREED    *most owed is not*
   IN PRIOR 19 MONTHS FROM DATE VERIF'D NEVER LATE    *$23,786*

QA3796701
FRD MOTOR CR            # TFA124Y09N        INSTALLMENT ACCOUNT
                                            AUTOMOBILE
   VERIF'D  04/1996    BALANCE:       $0     INDIVIDUAL ACCOUNT
   OPENED   05/1994    MOST OWED:    $22421    PAY TERMS: 60 MONTHLY $373
   CLOSED   01/1996    *INACCURATE AS MOST OWED IS INCORRECT:*
   STATUS AS OF 01/1996: PAID OR PAYING AS AGREED    *MOST OWED is Amount*
   IN PRIOR 22 MONTHS FROM DATE CLOSED NEVER LATE    *BORROWED FAR BELOW $22,4*

QA3796701
FRD MOTOR CR            # TFN160PP7Y        INSTALLMENT ACCOUNT
                                            AUTOMOBILE
   VERIF'D  11/1995                           INDIVIDUAL ACCOUNT
   OPENED   09/1995    MOST OWED:    $19087    PAY TERMS: 24 MONTHLY $350
   STATUS AS OF 11/1995: NO RATING
   IN PRIOR 02 MONTHS FROM DATE VERIF'D NEVER LATE

*INACCURATE AS ACCOUNT PAID/CLOSED*
*With $0 BALANCE; most owed is INCORRECT; 24 payments of $350 is FAR BeLow $19087*

*1001- 29*

56

QA3796701       *INACCURATE; BALANCE + MOST OWED ARE INCORRECT*
FRD MOTOR CR          # TFN16045JP              INSTALLMENT ACCOUNT
>REPOSSESSION<                                  AUTO LEASE
   VERIF'D  10/1998   BALANCE:      $22183      INDIVIDUAL ACCOUNT
   OPENED   09/1996   MOST OWED:    $23925      PAY TERMS: MONTHLY $335
                      >PAST DUE:     $1421<                 24
>STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 11 MONTHS

QA3796701       *INACCURATE; BALANCE + MOST OWED ARE INCORRECT*
FRD MOTOR CR          # TFN160TYH8             INSTALLMENT ACCOUNT
>REPOSSESSION<                                 AUTO LEASE
   VERIF'D  10/1998   BALANCE:      $15636     INDIVIDUAL ACCOUNT
   OPENED   06/1997   MOST OWED:    $16104     PAY TERMS: 24 MONTHLY $318
                      >PAST DUE:     $1001<

QA3796701       *INACCURATE; BALANCE + MOST OWED ARE INCORRECT*
FRD MOTOR CR          # TFN160HJ67             INSTALLMENT ACCOUNT
>REPOSSESSION<                                 AUTO LEASE
   VERIF'D  09/1998   BALANCE:      $27490     INDIVIDUAL ACCOUNT
   OPENED   01/1998   MOST OWED:    $26113     PAY TERMS: 24 MONTHLY $412
   CLOSED   09/1998   >PAST DUE:     $1277<
>STATUS AS OF 09/1998: REPOSSESSION<
   IN PRIOR 07 MONTHS

1001- 29

**MERCHANTS
ASSOCIATION
CREDIT BUREAU, INC.** SM
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

                                                    May 06, 1999
                                                    File Number: 597047
                                                    Clerk: KLP


        Thomas    Bronkovic
        12179 S Apopka Vineland RD 604
        Orlando, FL   32836


        Dear Consumer:

        We have completed our reinvestigation of the following account:

                FORD MOTOR CR   Acct No: TFN160TYH8

        Please be advised that we contacted this company they report:

        THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
        PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


        You may contact this firm directly at:

                Telephone: (800)-727-7000
                  Address: PO BOX 8448
                           CORAL SPRINGS, FL   33065

        A copy of your updated Trans Union report is being forwarded to
        you under seperate cover for your review.

        If we can be of further assistance, please contact us.



        Sincerely,


        Consumer Relations Department



                        *1001- 30*



MERCHANTS ASSOCIATION CREDIT BUREAU, INC.
A TRANS UNION SERVICED BUREAU
134 SOUTH TAMPA STREET · POST OFFICE BOX 3307 · TAMPA, FLORIDA  33601-3301 · (813) 273 - 7833

**MERCHANTS
ASSOCIATION
CREDIT BUREAU, INC.** sm

SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

                                          May 06, 1999
                                          File Number: 597047
                                          Clerk: KLP


Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836


Dear Consumer:

We have completed our reinvestigation of the following account:

        FORD MOTOR CR   Acct No: TFN16045JP

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


You may contact this firm directly at:

        Telephone: (800)-727-7000
          Address: PO BOX 8448
                   CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.



Sincerely,


Consumer Relations Department




*1001- 31*


MERCHANTS ASSOCIATION CREDIT BUREAU, INC.
A TRANS UNION SERVICED BUREAU
134 SOUTH TAMPA STREET · POST OFFICE BOX 3307 · TAMPA, FLORIDA  33601-3301 · (813) 273 - 7833



**MERCHANTS**
**ASSOCIATION**
**CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

        FORD MOTOR CR   Acct No: TFN160HJ67

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.   FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


You may contact this firm directly at:

        Telephone: (800)-727-7000
         Address: PO BOX 8448
                  CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.


Sincerely,


Consumer Relations Department



*1001 - 32*



# Office of the Attorney General
## State of Texas

**JOHN CORNYN**
ATTORNEY GENERAL

May 14, 1999

Thomas Bronkovic
12179 S. Apopka-Vineland Road #604
Orlando, FL 32836

Re: Experian    D9905-0342   101 JEF1

Dear Thomas Bronkovic,

We have received your complaint and we are processing it through our informal mediation service.

Informal mediation of consumer complaints is only one of several functions performed by the Office of the Attorney General Consumer Protection Division. Please understand that the Office of the Attorney General mediates only those complaints which fall under the Deceptive Trade Practices-Consumer Protection Act, the Home Solicitation Transaction Act, the Debt Collection Act, the Business Opportunity Act, the Health Spa Act, and the Timeshare Act.

The process is offered as a public service, and we must rely on the voluntary cooperation of both parties to resolve disputes. This service should not be confused with an arbitration process. Arbitration results in a binding decision. In the mediation process, the staff of the Consumer Protection Division acts as an objective third party which attempts to resolve disputes between parties. We make no final decision regarding your complaint. In many disputes, however, the involvement of the Office of the Attorney General promotes a settlement between the parties.

Thank you for bringing your complaint to our attention. It is through the efforts of individual citizens that our office is able to monitor continually the businesses across the State and bring appropriate enforcement action when necessary. Please be advised that the mediation process may take up to 45 days to complete. Although in most cases, the process takes less than 45 days, we ask that you wait 45 days after the postmark of this letter before contacting us to inquire into the status of your case. Please do not telephone us regarding your case. Any additional information you wish to add to your file must be in writing. Please use your file number when sending in additional information. We will contact you when we have any results to report to you. If you reach a settlement with the business, please write so that an appropriate entry may be made in the file.

Sincerely,

JOANN FARRIS
Consumer Analyst
Consumer Protection Division

*1001- 33*

LAW OFFICE OF

# WILLIAM A. INGRAHAM, JR.
### AND ASSOCIATES, P.A.
SUITE 400

3050 BISCAYNE BOULEVARD

MIAMI, FLORIDA 33137

TELEPHONE - 305 – 576-5840                                                    FAX NUMBER - 305 – 576-6174

THOMAS BRONKOVIC
12179 S. APOPKA VINELAND                              MAY 1 4 1999
ROAD #640
ORLANDO  FL 32836


- - - -

RE: FORD MOTOR CREDIT COMPANY; TFN160TYH8; FILE #3524010.00
     BALANCE $5674.11 + INTEREST

Your account has been referred to us. Our client advises us that you are
indebted to them in the above amount. We are sure you are most anxious
to    settle your account and protect your credit.

Please contact  ANN JONES at 305-576-5840 Monday -Friday, 9:00am-5:00pm.
If you fail to do so legal action may be brought against you.

Unless you dispute the validity of this debt in writing within thirty
days (30) after receipt of this Notice, we will assume the debt is
valid.

If you notify us within thirty days (30) from receipt of this letter
that the debt or any portion thereof is disputed, we will obtain
verification of the debt and furnish you with a copy of such
verification. If appropriate and upon your written request, we will
furnish you with name and address of the original creditor if different
from the current creditor.

If you notify us in writing within (30) days from receipt of this letter
that the debt is disputed or that you request the name and address
of the original creditor, we will cease collection of that debt or any
disputed portion thereof until we obtain verification of the debt of the
name and address of the original creditor and such is mailed to you.
Your    failure to dispute the validity of a debt under this section
may not be construed by a Court as an admission of your liability.

Yours Truly,

William A. Ingraham, Jr., P.A.                 *1001- 34*
Attorney for FORD MOTOR CREDIT COMPANY

THIS IS AN ATTEMPT TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE
**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**



# Office of the Attorney General
## State of Texas

**JOHN CORNYN**
ATTORNEY GENERAL

June 01, 1999

Thomas Bronkovic
12179 S. Apopka-Vineland Road #604
Orlando, FL 32836

Re: Experian    D9905-0342   104A JEFI

Dear Thomas Bronkovic,

We received the enclosed response from the above-named party concerning the complaint you filed with this office.

Please review it, and inform us in writing of any comments you wish to make regarding the response so that we may make them a part of your file. Please refer to your file number when responding.

We look forward to hearing from you within the next two weeks.  However, if we do not receive a response within that time, we will assume that your complaint has been satisfactorily resolved and close your file.

Sincerely,

JOANN FARRIS
Consumer Analyst
Consumer Protection Division

*1001- 35*

PRINTED ON RECYCLED PAPER                                          AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER



May 20, 1999

Experian
P.O. Box 1240
Allen, TX 75013

Joann Farris
Office of the Attorney General
State of Texas
1600 Pacific Ave., Suite 1700
Dallas, TX 75201

1 888 EXPERIAN Toll Free
972 390 1680 Facsimile
www.experian.com

TEXAS ATTORNEY GENERAL

MAY 2 1 1999

RE  Thomas Bronkovic   D9905-0342 201 JEF1

Dear Ms. Farris:

This is in response to your correspondence regarding the credit report of the above named consumer.

We would like to assist you, however, our records indicate that this consumer does not reside in an area that is serviced by Experian. Credit Data Services, Inc. has the responsibility for handling any issues for consumers residing in that area, so I have forwarded all correspondence to them for research and handling. You may contact them at:

> Credit Data Services, Inc.
> 800 N. Magnolia Ave., Ste 200
> Orlando, FL 32803
> 407-246-7620
> 800-329-9200

If you have further questions, please do not hesitate to contact them directly for assistance.

Sincerely,

Lisa Hause, Specialist
Consumer Affairs Special Services
972 390 4015

cc  Credit Data Services, Inc.

*1001- 35*



# OFFICE OF THE ATTORNEY GENERAL

DEPARTMENT OF LEGAL AFFAIRS
THE CAPITOL
TALLAHASSEE, FLORIDA 32399-1050

Please Reply to:
Office of the Attorney General
Multi-State Litigation
10th Floor
110 S.E. 6th Street
Ft. Lauderdale, Florida 33301-5000
(954) 712-4600; FAX (954) 712-4706

ROBERT A. BUTTERWORTH
Attorney General
*State of Florida*

June 3, 1999

Mr. Thomas Bronkovic
12179 S. Apopka-Vineland Road #604
Orlando, FL 32836

Re:   Mullinax Ford South/Ford Motor Credit Company/Experian

Dear Mr. Bronkovic:

Thank you for considering the Office of the Attorney General as a source of assistance in this matter. We have received your complaint and are in the process of reviewing it. If this office takes any official action on this matter, you will be notified.

Thank you for your cooperation.

Sincerely,

Terrence J. O'Loughlin, J.D., M.B.A.
Financial Investigator

TJO:ck

1001 - 36



# Office of the Attorney General
## State of Texas

**JOHN CORNYN**
ATTORNEY GENERAL

June 15, 1999

Thomas Bronkovic
12179 S. Apopka-Vineland Road #604
Orlando, FL 32836

Re: Experian      D9905-0342   104A JEF1

Dear Thomas Bronkovic,

We received the enclosed response from the above-named party concerning the complaint you filed with this office.

Please review it, and inform us in writing of any comments you wish to make regarding the response so that we may make them a part of your file. Please refer to your file number when responding.

We look forward to hearing from you within the next two weeks. However, if we do not receive a response within that time, we will assume that your complaint has been satisfactorily resolved and close your file.

Sincerely,

*Joan Farris by JD*

JOANN FARRIS
Consumer Analyst
Consumer Protection Division

1001- 37

**CREL DATA SERVICES, INC**

AN INFORMATION COMPAN

June 2, 1999

Joann Farris, Consumer Analyst
Consumer Protection Division
State of Texas
1600 Pacific Avenue, Suite 1700
Dallas, Texas 75201

     Re: Thomas Bronkovic D9905-0342 201 JEF1

Dear Ms. Farris:

I am in receipt of your correspondence regarding the above named
consumer.

A review of Mr. Bronkovic's credit file disclosed we verified Ford
Motor Credit accounts in March of 1998 and then again verified one
of the Ford Motor Credit accounts in May of 1998.

As a result of your inquiry I have again initiated reinvestigation
of the Ford Motor Credit accounts. Upon completion of the most
recent reinvestigation Mr. Bronkovic may choose to add a consumer
statement of 100 words (or less) if the reinvestigation results
are still disputed by him.

Should you have any questions, please contact me at your
convenience.

Sincerely,

Kim Reese
Operations Manager
Consumer Assistance

*1001- 37*

# experian

## Correction Summary

### About our verification process

The following shows the revision(s) made to your file as a result of our verification.

If you still question an item; then you may want to contact the source of the information personally.

The federal Fair Credit Reporting Act states that you may:

-- request a description of how we verified the information, including the business name and address contacted and the telephone number, if reasonably available;

-- add a statement disputing the accuracy or completeness of the information, and

-- request that we send these results to organizations who have reviewed your report in the past two years for employment purposes or six months for any other purpose (twelve months for residents of Colorado, Maryland, and New York).

If no information follows, our response appeared on the previous page.

```
||l.|l..||l..||..|.|..||.....|||||...|||...|l..||.l.|||||.|
**************** MIXED AADC 683
5022  I AB 0.270 L 186
THOMAS  BRONKOVIC
12179 S APOPKA VINELAND RD # 604
ORLANDO FL 32836-6802
|.|l..|l..|l..|l..||.|..l.|.|l.....||...|..||l..|l..|l..|l
```

Report date
June 04, 1999

Questions?
Call 407 246-7620

Page 1 of 2

Prepared for
THOMAS  BRONKOVIC

Report number
392.1660266-01.44492209

### Items we reinvestigated

Items

#### Credit information about you

| | Outcome |
|---|---|
| FORD CRED | Remains |
| TFN/1604... | |

#### Still Pending

| | Projected completion date |
|---|---|
| FORD MOTOR CREDIT CORP | 6-25-1999 |
| TFN/1604... | |
| FORD MOTOR CREDIT CORP | 6-25-1999 |
| TFN/1604T.... | |

### Credit Data Services, Inc.
800 N. Magnolia Ave
Ste 200
Orlando FL 32803

### If you have questions
For all questions about this report, please call
**407 246-7620**
To learn more about Experian or for other helpful information, including tips on how to improve your credit-worthiness, visit our web site:
http://www.experian.com

1001-38

**Prepared for**
THOMAS BRONKOVIC
**Report number**
338209443-014492209

**Report date**
June 21, 1999
**Questions?**
Call 407 246-7620

**Page 18 of 18**

FL

TO: EXPERIAN

PLEASE investigate the items
MARKED + highlighted on
my credit report + Send
me an updated copy of
my credit report thereafter

*Thomas Bronkovic* 7/16/99

Thomas Bronkovic
12179 S. Apopka-Vineland RD #604
Orlando, Florida 32836

1001- 39

# experian

**Prepared for**
THOMAS BRONKOVIC
**Report number**
3382099443-014492209

**Report date**
June 21, 1999
**Questions?**
Call 407 246 7620

**Credit information about you** continued

| Source/ Account number (except last few digits) | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Comments |
|---|---|---|---|---|---|---|---|
| 11-FORD MOTOR CREDIT CORP TFNI60T... | 6-1997/ 10-1998 | 9-1998/ 10-1998 | Installment/ 24 Months/ $0 | Individual | $19,076/ NA | $5,449 as of 10-1998/ | Status: repossession/past due 30 days. Account history: Repossession as of 10-1998, 9-1998 60 days as of 8-1998 30 days as of 7-1998 This account is scheduled to continue on record until 7-2005. This item was verified on 6-1999 and remained unchanged. |
| 12-FORD MOTOR CREDIT CORP TFNI604... | 9-1996/ 10-1998 | 9-1998/ 10-1998 | Installment/ 24 Months/ $0 | Individual | $28,657/ NA | $5,035 as of 10-1998/ | Status: repossession/past due 60 days. Account history: Repossession as of 10-1998, 9-1998 90 days as of 8-1998 60 days as of 7-1998 30 days as of 6-1998 This account is scheduled to continue on record until 6-2005. This item was verified on 6-1999 and remained unchanged |
| 10-FORD MOTOR CREDIT CORP PO BOX 60279 FORT MYERS FL 33906 TFNI60H... | 1-1998/ 10-1998 | 9-1998/ 10-1998 | Installment/ 24 Months/ $0 | Individual | $30,000/ NA | $6,178 as of 10-1998/ | Status: repossession/past due 30 days. Account history: Repossession as of 10-1998, 9-1998 30 days as of 8-1998 This account is scheduled to continue on record until 8-2005. This item was verified on 6-1999 and remained unchanged. |

*(handwritten)* DELETE AS PAID, with NO REPOSSESSION

*(handwritten)* DELETE AS PAID with NO REPOSSESSION

*(handwritten)* DELETE AS PAID with NO REPOSSESSION

1001·39

.8

```
         ...SOCIATION CREDIT BURE        PAGE   1 OF   8
         ...PA: P.O.BOX 3307             DATE THIS REPORT PRINTED: 06/02/1999
         . FL. 33601
         273-7155                        SOCIAL SECURITY NUMBER: 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
                                         BIRTH DATE:        02/1949
TO: MERCHants:                           YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
                                         PHONE:     397-0099
PLEASE INVESTIGATE the Below disputes + SenD
ME AN UPDATED copy OF my Credit report
ONSUMER REPORT FOR:     AFTERWARDS.
Thoms Bronn    7/16/99
BRONKOVIC, THOMAS S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836
```

```
QA3796701        BALANCE is INACCURATE! BALANCE is $0
FRD MOTOR CR       # TFN16045JP        INSTALLMENT ACCOUNT
>REPOSSESSION<                         AUTO LEASE
   VERIF'D 10/1998   BALANCE:   $22183  INDIVIDUAL ACCOUNT
   OPENED  09/1996   MOST OWED: $23925  PAY TERMS: MONTHLY $335
                     >PAST DUE:     $1421<
   >STATUS AS OF 10/1998: REPOSSESSION<
    IN PRIOR 11 MONTHS

QA3796701        BALANCE is INACCURATE! BALANCE is $0
FRD MOTOR CR       # TFN160TYH8        INSTALLMENT ACCOUNT
>REPOSSESSION<                         AUTO LEASE
   VERIF'D 10/1998   BALANCE:   $15636  INDIVIDUAL ACCOUNT
   OPENED  06/1997   MOST OWED: $16104  PAY TERMS: 24 MONTHLY $318
                     >PAST DUE:     $1001<
   >STATUS AS OF 10/1998: REPOSSESSION<
    IN PRIOR 03 MONTHS

BC1597029
MBNA AMERICA         # 4800125999191801  REVOLVING ACCOUNT
PURCHASED BY ANOTHER LENDER            CREDIT CARD
   VERIF'D 09/1998   BALANCE:      $0  INDIVIDUAL ACCOUNT
   OPENED  02/1994   MOST OWED: $10390  CREDIT LIMIT:      $8900
   CLOSED  02/1998
   >STATUS AS OF 02/1998: CHARGED OFF AS BAD DEBT<

QA3796701        BALANCE is INACCURATE! BALANCE is $0
FRD MOTOR CR       # TFN160HJ67        INSTALLMENT ACCOUNT
>REPOSSESSION<                         AUTO LEASE
   VERIF'D 09/1998   BALANCE:   $27490  INDIVIDUAL ACCOUNT
   OPENED  01/1998   MOST OWED: $26113  PAY TERMS: 24 MONTHLY $412
   CLOSED  09/1998   >PAST DUE:     $1277<
   >STATUS AS OF 09/1998: REPOSSESSION<
    IN PRIOR 07 MONTHS
```

1001 - 40

SSOCIATION CREDIT BURE

MPA, P.O.BOX 3307

, FL. 33601

273-7555

PAGE    1 OF    8
DATE THIS REPORT PRINTED: 06/02/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:        02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:      397-0099

*TO: MERCHANTS:*

*PLEASE INVESTIGATE the BeLow disputes + SenD*
*ME AN UPDATED Copy OF my Credit report*
*AFTERWARDS.*

ONSUMER REPORT FOR:

*Thomas Bronkovic  7/16/99*

BRONKOVIC, THOMAS S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836

*BALANCE is INACCURATE: BALANCE is $0*

QA3796701
FRD MOTOR CR        # TFN160TYH8        INSTALLMENT ACCOUNT
>REPOSSESSION<                          AUTO LEASE
  VERIF'D  10/1998    BALANCE:      $15636    INDIVIDUAL ACCOUNT
  OPENED   06/1997    MOST OWED:    $16104    PAY TERMS: 24 MONTHLY $318
                      >PAST DUE:     $1001<
  >STATUS AS OF 10/1998: REPOSSESSION<
  IN PRIOR 03 MONTHS

*BALANCE is INACCURATE: BALANCE is $0*

QA3796701
FRD MOTOR CR        # TFN160HJ67        INSTALLMENT ACCOUNT
>REPOSSESSION<                          AUTO LEASE
  VERIF'D  09/1998    BALANCE:      $27490    INDIVIDUAL ACCOUNT
  OPENED   01/1998    MOST OWED:    $26113    PAY TERMS: 24 MONTHLY $412
  CLOSED   09/1998    >PAST DUE:     $1277<
  >STATUS AS OF 09/1998: REPOSSESSION<
  IN PRIOR 07 MONTHS

*1001 - 41*

**EQUIFAX**

*Please address all future correspondence to:*

Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 882-0648

TO: EQUIFAX
PLEASE MAKE the Below Deletions +
SEND me An updated copy oF my Credit report

*Thomas Bronko ?*
*Thomas Bronkov,*

## CREDIT FILE - Confirmation Number:

---

*Personal Identification Information*                              *June 2, 1999*

Thomas Bronkovic
12179 S Apopka Vineland Rd Apt 604
Orlando, FL 32836

Social Security #: 115-60-750
Date of Birth: February 28th, 1'

---

| Ford Motor Credit | TFN160**** | I | 06/97 | 14 | 04/98 | $19K | 318 | $5834 | 18 |

INVOLUNTARY REPOSSESSION    *DELETE AS PAID / with NO REPOSSESSION*

1001 - 42

**MERCHANTS
ASSOCIATION
CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

July 26, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL   32836

Dear Consumer:


This will acknowledge receipt of your recent letter.

The items you are disputing have previously been verified as being correct.
No further verifications will be conducted at this time unless new or
additional information is furnished about the disputed item. You should
contact the credit grantor directly to resolve your dispute.

You may wish to contact our office by phone during normal business hours to
have specific questions or definitions answered.  The telephone number is
813-273-7833.


Sincerely,


Consumer Relations Department


1001- 43

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida   32836

July 30, 1999

Honorable Bob Butterworth, Attorney General of State of Florida
Office of Attorney General
The Capital   Tallahassee, Florida   32399-1050

Office of Attorney General of State of Florida
110 S.E. 6th Street   9th Floor
Fort Lauderdale, Fl   33301
Attn: Jack Norris, Chief of Multi-State Litigation

Federal Trade Commission
600 Pennsylvania Ave NW   Washington, DC   20580
Attn:  Sally Pitofsky, Staff Attorney
       Division of Financial Practices

Ford Motor Credit Company      ("FMCC")
P.O. Box 1732   Drop # 7420
Dearborn, MI   48121-1732
Attn:  Phillipe Paillart, Chairman & CEO

MERCHANTS ASSOCIATION CREDIT BUREAU, INC. ("MERCHANTS")
134 South Tampa Street    P.O. Box 3307
Tampa, Florida   33601-33301

RE:  COMPLAINT AGAINST FORD MOTOR CREDIT AND MERCHANTS FOR
     SYSTEMATIC WILLFUL NON-COMPLIANCE WITH THE FAIR CREDIT
     REPORTING ACT ("FCRA") WITH DEMAND FOR IMMEDIATE
     GOVERNMENTAL INTERVENTION

Gentlemen:

On April 30, 1999, I wrote you regarding the FRAUDULENT and
DECEPTIVE activity of FMCC in willful violation of the FCRA.

My 4/30/99 Complaint did not address nor consider the reporting
by FMCC on my TRANS UNION CORP credit report serviced by
MERCHANTS.

Data on my MERCHANTS' report has been disputed yet FMCC has
maliciously continued to report innaccurate data while also
verifying to MERCHANTS that the data is accurate (SEE ATTACHED).

I am again making the same allegations to MERCHANTS and FMCC
that their reporting of balances of $27,490. 15636 and $22,183
and other data is substantially inaccurate and USURIOUS.  I
attach several statements from FMCC about amounts alleged due.
of less than $1,000 per account for your consideration.
                        -1-

*1001- 44*

My Complaint therefore cannot be considered frivolous since it is impossible that I could owe $60,000 to FMC.

I request that MERCHANTS and FMCC re-investigate the facts and correct the reporting on my credit report.

The annexed documents prove that FMCC has guaranteed the accuracy of the reported items to MERCHANTS. However, MERCHANTS has an obligation to CORRECT or DELETE inaccurate data having a frivolous pretense to validity. Further, MERCHANTS is required to continue to report the FMCC items as disputed.

I request that FMCC provide MERCHANTS and all of us with an detailed accounting setting forth the computations to substantiate the amounts reported to MERCHANTS.

The purpose of this letter is to also protect MERCHANTS from any future claim or counterclaim from FMCC that MERCHANTS made the mistake. The record is clear that MERCHANTS is reporting what FMCC is telling it to report. We must ascertain with certainty that there is no mistake by FMCC or MERCHANTS in the reporting. Notwithstanding FMCC or its agents have reviewed my credit report various times and it is aware of the inaccurate reporting.

MERCHANTS is not aware of my April 30, 1999 Complaint since said Complaint was not made against it but rather the Complaint was made against FMCC regarding matters not involved in my MERCHANTS report.

This letter is intended to supplement my April 30, 1999 Complaint with additional and more damaging FCRA violations by FMCC as part of FMCC's systematic pattern of criminal activity, including violations of Florida Statutes 687, 772 and 895.

Since a prior dispute has been filed, FMCC and MERCHANTS are in willful and negligent violation of the FCRA for each day that the disputed inaccurate data remains on my credit report.

I have recourse against FMCC and MERCHANTS in the U.S. District Court for willful and negligent noncompliance with the FCRA but the most likely or prime Defendant in any action I commence there (or in its bankruptcy court) will be against FMCC.

Any other governmental agency named in any action would be named as a defendant to obtain complete relief and for their refusal to enforce state and federal law.

I am acting in good faith to again request that MERCHANTS reinvestigate and delete the frivolous FMCC's data. I thank MERCHANTS for documenting its past communications with FMCC per the annexed documents and I am sure that MERCHANTS will

-2-

*1001- 44*

again reinvestigate the matter with FMCC.

I request that you supplement your ongoing FRAUDULENT investigations of FMCC and direct FMCC to respond in writing to my allegations of reporting substantially inaccurate data to MERCHANTS.

I have extensive documentation and I have attached some data from FMCC disclosing conflicting data which proves that FMCC has over reported balances by about $60,000.

I turned in vehicles voluntarily and terminated leases (in 1 case only about 30 days before the lease expiration).  I do not owe any of the frivolous and USURIOUS amounts reported by FMCC on my MERCHANTS credit report.

This is a factual matter which can be resolved only in my favor.

I trust that MERCHANTS will DELETE the reported items or accurately report the items positively with a $0 balance.  Moreover, FMCC and MERCHANTS, while refusing to correct or delete inaccurate data, have DELETED one of my 1994 FMCC accounts which was paid off on or about 1/6/96.  I consider this a malicious retaliation to delete positive data while retaining adverse inaccurate data.

I am prepared to litigate this matter in the U.S District Court and appeal any Order that does not fully compensate me for the total injunctive, monetary and other relief sought.

You should not treat my Complaint as an individual Complaint but rather a Complaint against FMCC for systematic violations against all consumers similarly situated.  I can litigate and protect my statuatory rights all by myself.  But other victims of FMCC are no so fortunate as evidenced by the ongoing fraudulent investigations against FMCC by Bob Butterworth and Jack Norris.

FMCC and MERCHANTS have been given multiple chances to correct the frivolous reported matters.  This is done to (1) cut off any defenses they may interpose in any required actions, and (2) to increase jury or non-jury awards for SYSTEMATIC WILLFUL and NEGLIGENT NONCOMPLIANCE wit the FCRA and other state and federal statutes.

I trust that this matter will be given your immediate attention.

Sincerely,

Thomas Bronkovic

-3-    *1001- 44*



ASSOCIATION CREDIT BURE
TAMPA, P.O.BOX 3307
FL. 33601
873-7855

PAGE    1 OF    8
DATE THIS REPORT PRINTED: 07/26/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:              02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:      397-0099


CONSUMER REPORT FOR:


  BRONKOVIC, THOMAS  S.
  12179 S. APOPKA VINELAND RD., #604.
  ORLANDO FL. 32836

ADVERSE ACCOUNTS,

 QA3796701
 FRD MOTOR CR              # TFN16045JP      INSTALLMENT ACCOUNT
 >REPOSSESSION<                              AUTO LEASE
   VERIF'D  10/1998   BALANCE:     $22183    INDIVIDUAL ACCOUNT
   OPENED   09/1996   MOST OWED:   $23925    PAY TERMS: MONTHLY $335
                      >PAST DUE:      $1421<
 >STATUS AS OF 10/1998: REPOSSESSION<
  IN PRIOR 11 MONTHS

 QA3796701
 FRD MOTOR CR              # TFN160TYH8      INSTALLMENT ACCOUNT
 REPOSSESSION<                              AUTO LEASE
   VERIF'D  10/1998   BALANCE:     $15636    INDIVIDUAL ACCOUNT
   OPENED   06/1997   MOST OWED:   $16104    PAY TERMS: 24 MONTHLY $318
                      >PAST DUE:      $1001<
 >STATUS AS OF 10/1998: REPOSSESSION<
  IN PRIOR 03 MONTHS

 QA3796701
 FRD MOTOR CR              # TFN160HJ67      INSTALLMENT ACCOUNT
 REPOSSESSION<                              AUTO LEASE
   VERIF'D  09/1998   BALANCE:     $27490    INDIVIDUAL ACCOUNT
   OPENED   01/1998   MOST OWED:   $26113    PAY TERMS: 24 MONTHLY $412
   CLOSED   09/1998   >PAST DUE:      $1277<
 >STATUS AS OF 09/1998: REPOSSESSION<
  IN PRIOR 07 MONTHS

*1001- 44*

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida   32836

February 16, 1999

Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida   33601-3301

Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) inaccurately reporting the following  on
Ford Motor Cr account  # TFN16045JP at Page 3:
    (1) REPOSSESSION -  I turned in the vehicle and terminated
        the lease 15 days before the end of the lease.  Please
        delete any reference to REPOSSESSION.
    (2) BALANCE: $22183 is inaccurate;
    (3) MOST OWED: $23925 is inaccurate;
    (4) TERM OF LEASE NOT SPECIFIED.

Please send me an updated copy of my credit report after
the requisite changes are made.

Sincerely,

Thomas Bronkovic

1001- 44

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida   32836

February 17, 1999

Merchant Association Credit Bureau, Inc.
134 South Tampa Street   P.O. Box 3307
Tampa, Florida   33601-3301

Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) and page 3 of my report **inaccurately**
reporting the following on Ford Motor Cr account  # TFN160TYH8
   (1) REPOSSESSION -  I turned in the vehicle and terminated
       the lease earlier.  Please delete any reference to
       REPOSSESSION.
   (2) BALANCE: $15636 is inaccurate;
   (3) MOST OWED: $16104 is inaccurate;

Please send me an updated copy of my credit report after
the requisite changes are made.


Sincerely,

Thomas Bronkovic

1001- 44

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 18, 1999

Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida  33601-3301

Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) and page 3 of my report **inaccurately**
reporting the following on Ford Motor Cr account  # TFN160HJ67
     (1) BALANCE: $27490 is inaccurate;
     (2) MOST OWED: $26113 is inaccurate;

Please send me an updated copy of my credit report after
the requisite changes are made.

Sincerely,

Thomas Bronkovic

*1001 - 44*

**RCHANTS**
**ASSOCIATION**
**CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas   Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

FORD MOTOR CR   Acct No: TFN160TYH8

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


You may contact this firm directly at:

Telephone: (800)-727-7000
Address: PO BOX 8448
CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.



Sincerely,


Consumer Relations Department



*1001- 44*

**RCHANTS
.SSOCIATION
CREDIT BUREAU, INC.** ₅ₘ

SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

        FORD MOTOR CR   Acct No: TFN16045JP

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


You may contact this firm directly at:

        Telephone: (800)-727-7000
        Address: PO BOX 8448
                 CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.



Sincerely,


Consumer Relations Department




*1001- 44*

**ERCHANTS
ASSOCIATION
CREDIT BUREAU, INC. SM**
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

FORD MOTOR CR   Acct No: TFN160HJ67

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.   FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.

You may contact this firm directly at:

Telephone: (800)-727-7000
Address: PO BOX 8448
         CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.

Sincerely,

Consumer Relations Department

*1001- 44*

MERCHANTS ASSOCIATION CREDIT BUREAU, INC.
A TRANS UNION SERVICED BUREAU
134 SOUTH TAMPA STREET · POST OFFICE BOX 3307 · TAMPA, FLORIDA 33601-3301 · (813) 273 - 7833

# FORD MOTOR CREDIT COMPANY
PO BOX 105332 TF
ATLANTA GA 30353-5332

036870-B183

Red Carpet Lease
Vehicle Leasing Plan

| Area Code: | 800 | Telephone No.: | 727-7000 |
|---|---|---|---|

**LEASE-END DATE: 07/24/99**

If you have any questions on your account, contact the above office

Account No.:   TF N160 TYH8

THOMAS  BRONKOVIC
12179 #604 S APOPKA VINEL
ORLANDO  FL  32836

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 97 | TARUS | 1FALP51UXVA223113 |

| Billing Date | DUE DATE |
|---|---|
| 07/01/98 | 07/20/98 |

### ADJUSTMENTS SINCE LAST BILLING

| Date | Amount | Code |
|---|---|---|
| 07 01 98 | 15.03 | LC |

### CURRENT CHARGES

| Description | Amount |
|---|---|
| PAST DUE AMOUNT | 318.72 |
| LATE CHARGES | 15.03 |
| LEASE PAYMENT | 300.68 |
| TAX | 18.04 |

$652.47

WE HAVE NOT RECEIVED YOUR LAST PAYMENT DUE. IF YOU HAVE NOT ALREADY MAILED
YOUR PAYMENT, PLEASE SEND IT IMMEDIATELY OR CALL US AT THE NUMBER
INDICATED ABOVE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
▼ PLEASE DETACH AND RETURN THIS STUB FOR EACH ACCOUNT ▼

Please make your check payable to:                    P0031872L001503



**FORD MOTOR CREDIT COMPANY**
PO BOX 105332
ATLANTA GA 30353

*1001-44*

Please allow 7 days ans mail plus days to reach us

| Date Due |
|---|
| 07/20/98 |

| TOTAL DUE |
|---|
| $652.47 |

| Lessee Name | THOMAS  BRONKOVIC |
|---|---|
| Account Number | TF N160 TYH8 | Total Paid (If different) |

420634655717670636848780006524720 4

# FORD MOTOR CREDIT COMPANY

PO BOX 105332
ATLANTA GA 30353-5332

www.fordcredit.com



039720-B167

Area Code: 800   Telephone No.: 727-7000

**LEASE-END DATE: 02/05/00**

If you have any questions on your account, contact the above office.

Account No.: TF N160 HJ67

THOMAS BRONKOVIC
12179 S APOPKA VNLD#604
ORLANDO FL 32836-6802

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 98 | EXPLR | 1FMZU32E3WZA22449 |

| Billing Date | DUE DATE |
|---|---|
| 06/15/98 | 07/04/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | | CURRENT CHARGES | |
|---|---|---|---|---|---|
| Date | Amount | Code | | Description | Amount |
| | | | | LEASE PAYMENT | 389.60 |
| | | | | TAX | 23.38 |

*All Past Due Amounts and Late Charges are Due Immediately.
Codes, explanations and other information are on reverse side.

$412.98

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

▼ **PLEASE DETACH AND RETURN THIS STUB FOR EACH ACCOUNT** ▼

Please make your check payable to:

P0041298L000000

## FORD MOTOR CREDIT COMPANY

*1001-.44*

Please allow 7 days for your payment to reach us

**Date Due**
07/04/98

| TOTAL DUE |
|---|
| $412.98 |

| Lessee Name | THOMAS BRONKOVIC |
|---|---|
| Account Number | TF N160 HJ67 |

**Total Paid** (If different)

b206346557176704851767700041298206

**MERCHANTS**
**ASSOCIATION**
**CREDIT BUREAU, INC.** ℠

SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

July 26, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

This will acknowledge receipt of your recent letter.

The items you are disputing have previously been verified as being correct.
No further verifications will be conducted at this time unless new or
additional information is furnished about the disputed item. You should
contact the credit grantor directly to resolve your dispute.

You may wish to contact our office by phone during normal business hours to
have specific questions or definitions answered.  The telephone number is
813-273-7833.

Sincerely,

Consumer Relations Department

1001 - 45



MERCHANTS ASSOCIATION CREDIT BUREAU, INC.
A TRANS UNION SERVICED BUREAU
134 SOUTH TAMPA STREET · POST OFFICE BOX 3307 · TAMPA, FLORIDA  33601-3301 · (813) 273 - 7833

 SSOCIATION CREDIT PURE
PA, P.O.BOX 3307
FL. 33601
73-7855

PAGE   1 OF   8
DATE THIS REPORT PRINTED: 07/26/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:          02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:    397-0099

CONSUMER REPORT FOR:

    BRONKOVIC, THOMAS  S.
    12179 S. APOPKA VINELAND RD., #604.
    ORLANDO FL. 32836

ADVERSE ACCOUNTS:

  QA3796701
  FRD MOTOR CR              # TFN16045JP          INSTALLMENT ACCOUNT
  >REPOSSESSION<                                  AUTO LEASE
     VERIF'D  10/1998    BALANCE:      $22183     INDIVIDUAL ACCOUNT
     OPENED   09/1996    MOST OWED:    $23925     PAY TERMS: MONTHLY $335
                         >PAST DUE:       $1421<
  >STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 11 MONTHS

  QA3796701
  FRD MOTOR CR              # TFN160TYH8          INSTALLMENT ACCOUNT
  >REPOSSESSION<                                  AUTO LEASE
     VERIF'D  10/1998    BALANCE:      $15636     INDIVIDUAL ACCOUNT
     OPENED   06/1997    MOST OWED:    $16104     PAY TERMS: 24 MONTHLY $318
                         >PAST DUE:       $1001<
  >STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 03 MONTHS

  QA3796701
  FRD MOTOR CR              # TFN160HJ67          INSTALLMENT ACCOUNT
  >REPOSSESSION<                                  AUTO LEASE
     VERIF'D  09/1998    BALANCE:      $27490     INDIVIDUAL ACCOUNT
     OPENED   01/1998    MOST OWED:    $26113     PAY TERMS: 24 MONTHLY $412
     CLOSED   09/1998    >PAST DUE:       $1277<
  >STATUS AS OF 09/1998: REPOSSESSION<
   IN PRIOR 07 MONTHS

1001- 45

other accounts, the spirit of the FCRA requires that you report
my 5/94 lease.

Failure to report the 5/94 paid lease while reporting other
adverse data shall be deemed a willful and intentional
violation of the FCRA.

Again, I dispute FMCC's reporting on my TRANS UNION/MERCHANTS
credit report of the following balances:
    Account # TFN16045JP    Balance $22,183
    Account # TFN160TYH8    Balance $15,636
    Account # TFN160HJ67    Balance $27,490

My position is that balances of all FMCC accounts must be $0 when
considering my statuatory rights to relief for past WILLFUL
FCRA violations and USURY violations.  I request a written response
so that the issue of computer and employee errors and disputes
betweeen FMCC and MERCHANTS are never raised and litigated.

MERCHANTS deserves an accurate reportiong of balances from FMCC
of how it came up with the reported balances.  I have extensive
documentation from FMCC to prove that the reported balances
are inaccurate and have a frivolous pretense to validity.  FMCC
knows I have the proof.

I trust that I will receive a prompt response from you with an
updated copy of my credit report from MERCHANTS disclosing
reporting of the 5/94 lease with all other acccounts disclosing
$0 balances, or, in the alternative, the DELETION of all such FMCC
accounts

What do you think a U.S. Magistrate's Report would contain if
one is called upon to issue a report containing proposed findings
of fact and recommendations for DE NOVO disposition by a U.S.
District Judge ????  You know the facts and you know the answer.

MERCHANTS is also demanded to clearly and unambiguously report
my FMCC disputed accounts as DISPUTED BY CONSUMER.  Moreover, such
accounts should not be disclosed to those who review my report
during the reinvestigation.

I propose that FMCC and I exchange general releases requiring the
DISPUTED items to be permanently DELETED from my credit reports.
This should effectively resolve this and any other matter.

I look forward to receiving your written responses and an updated
copy of my TRANS UNION/MERCHANTS credit report.

Sincerely,

Thomas Bronkovic                    -2-        1001- 45

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

July 31, 1999

Ford Motor Credit Company      ("FMCC")
P.O. Box 1732  Drop # 7420
Dearborn, MI  48121-1732
Attn:  Phillipe Paillart, Chairman & CEO

Ford Motor Credit Company      ("FMCC")
P.O. Box 8448
Coral Springs, Fl   33065

MERCHANTS ASSOCIATION CREDIT BUREAU, INC. ("MERCHANTS")
134 South Tampa Street    P.O. Box 3307
Tampa, Florida  33601-33301

RE:  DEMAND TO REPORT PAID FMCC LEASE ACCOUNT # TFN160Y65F
     ON MY TRANS UNION CREDIT REPORT SERVICED BY MERCHANTS

     DEMAND TO CORRECT REPORTING TO TRANS UNION OF 3 OTHER
     FMCC ACCOUNTS REPORTED WITH ADVERSE DATA

Gentlemen:

I write to demand that FMCC report to TRANS UNION/MERCHANTS my 5/94
lease that was paid off on 1/96.  This was a 24 month lease at $220
per month.  The lease was paid off about 4 months early without
ever being late.  I am owed money from FMCC due to FMCC's
overcharge.

FMCC has falsely reported adverse data on other FMCC acccounts.
(SEE EXHIBIT A, attached hereto).  I write to again demand that
the inaccurate data on such accounts be corrected or preferably,
DELETED IN THEIR ENTIRETY.  I have made repeated demands to
MERCHANTS to DELETE such inaccurate data but FMCC has consistently
and maliciously reported the inaccurate without inquiry and
without investigation of the facts.  I have again recently
disputed the inaccurate reported FMCC accounts and MERCHANTS,
on July 26, 1999, stated that it will **NOT** reinvestigate.
(SEE EXHIBIT B, attached hereto).  The frivolously reported lease
balances for 24 month lease have a frivolous pretense to validity
and MERCHANTS has absolutely no basis to refuse to reinvestigate
the inaccurate data on my report.  While MERCHANTS may have
recourse against FMCC when I file my US District Court lawsuit,
such recourse will not shield MERCHANTS for its own FCRA
violations and refusal to reinvestigate.

If FMCC continues to falsely report other negative data on
                          -1-

*1001- 45*

**91**

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332  TF
ATLANTA GA  30353-5332

039720-B167



Area Code:    800    Telephone No.:    727-7000

**LEASE-END DATE: 02/05/00**

If you have any questions on your account, contact the above office.

Account No.:    TF N160 HJ67

THOMAS  BRONKOVIC
12179 S APOPKA VNLD#604
ORLANDO  FL  32836-6802

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 98 | EXPLR | 1FMZU32E3WZA22449 |

| Billing Date | DUE DATE |
|---|---|
| 06/15/98 | 07/04/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | | CURRENT CHARGES | |
|---|---|---|---|---|---|
| Date | Amount | Code | | Description | Amount |
| | | | | LEASE PAYMENT | 389.60 |
| | | | | TAX | 23.38 |

Total Payment Due Amounts and Late Charges are Due Immediately
Code explanations and other information on reverse side.

---

▼ **PLEASE DETACH AND RETURN THIS STUB FOR EACH ACCOUNT** ▼

Please make your check payable to:

P0041298L000000

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332
ATLANTA GA  30353-53

*1001-46*

Please allow 7 days minimum for your payment to reach us

**Date Due**
07/04/98

| TOTAL DUE |
|---|
| $412.98 |

Total Paid (If different)

Lessee Name    THOMAS  BRONKOVIC

Account Number    TF N160 HJ67

620634655717670485176770004129820b

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332  TF
ATLANTA GA  30353-5332

036870-B183

Red Carpet Lease
Vehicle Leasing Plan

| Area Code: | 800 | Telephone No.: | 727-7000 | **LEASE-END DATE: 07/24/99** |

If you have any questions on your account, contact the above office

Account No.:  TF N160 TYH8

THOMAS  BRONKOVIC
12179 #604 S APOPKA VINEL
ORLANDO  FL  32836

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 97 | TARUS | 1FALP51UXVA223113 |

| Billing Date | DUE DATE |
|---|---|
| 07/01/98 | 07/20/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | | CURRENT CHARGES | |
|---|---|---|---|---|---|
| Date | Amount | | Code | Description | Amount |
| 07 01 98 | 15.03 | | LC | PAST DUE AMOUNT | 318.72 |
| | | | | LATE CHARGES | 15.03 |
| | | | | LEASE PAYMENT | 300.68 |
| | | | | TAX | 18.04 |
| | | | | | $652.47 |

WE HAVE NOT RECEIVED YOUR LAST PAYMENT DUE. IF YOU HAVE NOT ALREADY MAILED
YOUR PAYMENT, PLEASE SEND IT IMMEDIATELY OR CALL US AT THE NUMBER
INDICATED ABOVE.

- - - - - - - - - - - - - - - ▼ PLEASE DETACH AND RETURN THIS STUB FOR EACH ACCOUNT ▼ - - - - - - - - - - - - - - -

Please make your check payable to:    P0031872L001503

Red Carpet Lease
Vehicle Leasing Plan

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332
ATLANTA GA  30353

*1001-46*

Please allow 7 days mailing time for your payment to reach us

| Date Due | 07/20/98 |
|---|---|
| **TOTAL DUE** | |
| $652.47 | |

| Lessee Name | THOMAS  BRONKOVIC |
|---|---|
| Account Number | TF N160 TYH8 |

Total Paid (If different)

**MERCHANTS**
**ASSOCIATION**
**CREDIT BUREAU, INC.** sm

SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1918

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

          FORD MOTOR CR    Acct No: TFN160HJ67

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


You may contact this firm directly at:

          Telephone: (800)-727-7000
           Address: PO BOX 8448
                    CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.



Sincerely,


Consumer Relations Department



*1001- 46*

**RCHANTS**
**.SSOCIATION**
**CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

FORD MOTOR CR   Acct No: TFN16045JP

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


You may contact this firm directly at:

Telephone: (800)-727-7000
Address: PO BOX 8448
         CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.



Sincerely,


Consumer Relations Department



*1001 - 46*

**RCHANTS**
**SSOCIATION**
**CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1918

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

FORD MOTOR CR  Acct No: TFN160TYH8

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.

You may contact this firm directly at:

Telephone: (800)-727-7000
Address: PO BOX 8448
CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.

Sincerely,

Consumer Relations Department

*1001 - 46*

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida   32836


February 18, 1999


Merchant Association Credit Bureau, Inc.
134 South Tampa Street   P.O. Box 3307
Tampa, Florida   33601-3301


Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) and page 3 of my report **inaccurately**
reporting the following on Ford Motor Cr account  # TFN160HJ67
    (1) BALANCE: $27490 is inaccurate;
    (2) MOST OWED: $26113 is inaccurate;

Please send me an updated copy of my credit report after
the requisite changes are made.


Sincerely,

Thomas Bronkovic


1001- 46

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836

February 17, 1999

Merchant Association Credit Bureau, Inc.
134 South Tampa Street  P.O. Box 3307
Tampa, Florida  33601-3301

Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) and page 3 of my report _inaccurately_
reporting the following on Ford Motor Cr account  # TFN160TYH8
    (1) REPOSSESSION -  I turned in the vehicle and terminated
        the lease earlier.  Please delete any reference to
        REPOSSESSION.
    (2) BALANCE: $15636 is inaccurate;
    (3) MOST OWED: $16104 is inaccurate;

Please send me an updated copy of my credit report after
the requisite changes are made.

Sincerely,

Thomas Bronkovic

1001- 46

Thomas Bronkovic
12179 S. Apopka-Vineland Rd # 604
Orlando, Florida  32836


February 16, 1999


Merchant Association Credit Bureau, Inc.
134 South Tampa Street   P.O. Box 3307
Tampa, Florida  33601-3301


Attached is a copy of my credit report cover page dated 12/23/98
(with identity data) **inaccurately** reporting the following  on
Ford Motor Cr account  # TFN16045JP at Page 3:
    (1) REPOSSESSION -  I turned in the vehicle and terminated
       the lease 15 days before the end of the lease.  Please
       delete any reference to REPOSSESSION.
    (2) BALANCE: $22183 is inaccurate;
    (3) MOST OWED: $23925 is inaccurate;
    (4) TERM OF LEASE NOT SPECIFIED.

Please send me an updated copy of my credit report after
the requisite changes are made.


Sincerely,

Thomas Bronkovic


1001- 46



SOCIATION CREDIT PURE
FA, P.O. BOX 3307
FL. 33601
73-7855

PAGE    1 OF    8
DATE THIS REPORT PRINTED: 07/26/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:        02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:     397-0099

CONSUMER REPORT FOR:

BRONKOVIC, THOMAS   S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836

ADVERSE ACCOUNTS:

QA3796701
FRD MOTOR CR          # TFN16045JP          INSTALLMENT ACCOUNT
>REPOSSESSION<                           AUTO LEASE
   VERIF'D   10/1998    BALANCE:       $22183      INDIVIDUAL ACCOUNT
   OPENED    09/1996    MOST OWED:     $23925      PAY TERMS: MONTHLY $335
                    >PAST DUE:      $1421<
>STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 11 MONTHS

QA3796701
FRD MOTOR CR          # TFN160TYH8          INSTALLMENT ACCOUNT
REPOSSESSION<                            AUTO LEASE
   VERIF'D   10/1998    BALANCE:       $15636      INDIVIDUAL ACCOUNT
   OPENED    06/1997    MOST OWED:     $16104      PAY TERMS: 24 MONTHLY $318
                    >PAST DUE:      $1001<
>STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 03 MONTHS

QA3796701
FRD MOTOR CR          # TFN160HJ67          INSTALLMENT ACCOUNT
REPOSSESSION<                            AUTO LEASE
   VERIF'D   09/1998    BALANCE:       $27490      INDIVIDUAL ACCOUNT
   OPENED    01/1998    MOST OWED:     $26113      PAY TERMS: 24 MONTHLY $412
   CLOSED    09/1998   >PAST DUE:      $1277<
>STATUS AS OF 09/1998: REPOSSESSION<
   IN PRIOR 07 MONTHS

*1001 - 46*

again reinvestigate the matter with FMCC.

I request that you supplement your ongoing FRAUDULENT investigations of FMCC and direct FMCC to respond in writing to my allegations of reporting substantially inaccurate data to MERCHANTS.

I have extensive documentation and I have attached some data from FMCC disclosing conflicting data which proves that FMCC has over reported balances by about $60,000.

I turned in vehicles voluntarily and terminated leases (in 1 case only about 30 days before the lease expiration).  I do not owe any of the frivolous and USURIOUS amounts reported by FMCC on my MERCHANTS credit report.

This is a factual matter which can be resolved only in my favor.

I trust that MERCHANTS will DELETE the reported items or accurately report the items positively with a $0 balance.  Moreover, FMCC and MERCHANTS, while refusing to correct or delete inaccurate data, have DELETED one of my 1994 FMCC accounts which was paid off on or about 1/6/96.  I consider this a malicious retaliation to delete positive data while retaining adverse inaccurate data.

I am prepared to litigate this matter in the U.S District Court and appeal any Order that does not fully compensate me for the total injunctive, monetary and other relief sought.

You should not treat my Complaint as an individual Complaint but rather a Complaint against FMCC for systematic violations against all consumers similarly situated.  I can litigate and protect my statuatory rights all by myself.  But other victims of FMCC are no so fortunate as evidenced by the ongoing fraudulent investigations against FMCC by Bob Butterworth and Jack Norris.

FMCC and MERCHANTS have been given multiple chances to correct the frivolous reported matters.  This is done to (1) cut off any defenses they may interpose in any required actions, and (2) to increase jury or non-jury awards for SYSTEMATIC WILLFUL and NEGLIGENT NONCOMPLIANCE wit the FCRA and other state and federal statutes.

I trust that this matter will be given your immediate attention.

Sincerely,

Thomas Bronkovic

1001- 46

-3-

My Complaint therefore cannot be considered frivolous since it
is impossible that I could owe $60,000 to FMC.

I request that MERCHANTS and FMCC re-investigate the facts and
correct the reporting on my credit report.

The annexed documents prove that FMCC has guaranteed the
accuracy of the reported items to MERCHANTS.  However,
MERCHANTS has an obligation to CORRECT or DELETE inaccurate
data having a frivolous pretense to validity.  Further,
MERCHANTS is required to continue to report the FMCC items
as disputed.

I request that FMCC provide MERCHANTS and all of us with an
detailed accounting setting forth the computations to
substantiate the amounts reported to MERCHANTS.

The purpose of this letter is to also protect MERCHANTS from any
future claim or counterclaim from FMCC that MERCHANTS made the
mistake.  The record is clear that MERCHANTS is reporting what
FMCC is telling it to report.  We must ascertain with certainty
that there is no mistake by FMCC or MERCHANTS in the reporting.
Notwithstanding FMCC or its agents have reviewed my credit report
various times and it is aware of the inaccurate reporting.

MERCHANTS is not aware of my April 30, 1999 Complaint since said
Complaint was not made against it but rather the Complaint was
made against FMCC regarding matters not involved in my MERCHANTS
report.

This letter is intended to supplement my April 30, 1999 Complaint
with additional and more damaging FCRA violations by FMCC as part
of FMCC's systematic pattern of criminal activity, including
violations of Florida Statutes 687, 772 and 895.

Since a prior dispute has been filed, FMCC and MERCHANTS are in
willful and negligent violation of the FCRA for each day that the
disputed inaccurate data remains on my credit report.

I have recourse against FMCC and MERCHANTS in the U.S. District
Court for willful and negligent noncompliance with the FCRA but
the most likely or prime Defendant in any action I commence
there (or in its bankruptcy court) will be against FMCC.

Any other governmental agency named in any action would be named
as a defendant to obtain complete relief and for their refusal to
enforce state and federal law.

I am acting in good faith to again request that MERCHANTS
reinvestigate and delete the frivolous FMCC's data.  I thank
MERCHANTS for documenting its past communications with FMCC
per the annexed documents and I am sure that MERCHANTS will
-2-

1001- 46

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

July 30, 1999

Honorable Bob Butterworth, Attorney General of State of Florida
Office of Attorney General
The Capital  Tallahassee, Florida  32399-1050

Office of Attorney General of State of Florida
110 S.E. 6th Street  9th Floor
Fort Lauderborn, Fl  33301
Attn:  Jack Norris, Chief of Multi-State Litigation

Federal Trade Commission
600 Pennsylvania Ave NW   Washington, DC  20580
Attn:  Sally Pitofsky, Staff Attorney
       Division of Financial Practices

Ford Motor Credit Company     ("FMCC")
P.O. Box 1732  Drop # 7420
Dearborn, MI  48121-1732
Attn:  Phillipe Paillart, Chairman & CEO

MERCHANTS ASSOCIATION CREDIT BUREAU, INC. ("MERCHANTS")
134 South Tampa Street    P.O. Box 3307
Tampa, Florida  33601-33301

RE:  COMPLAINT AGAINST FORD MOTOR CREDIT AND MERCHANTS FOR
     SYSTEMATIC WILLFUL NON-COMPLIANCE WITH THE FAIR CREDIT
     REPORTING ACT ("FCRA") WITH DEMAND FOR IMMEDIATE
     GOVERNMENTAL INTERVENTION

Gentlemen:

On April 30, 1999, I wrote you regarding the FRAUDULENT and
DECEPTIVE activity of FMCC in willful violation of the FCRA.

My 4/30/99 Complaint did not address nor consider the reporting
by FMCC on my TRANS UNION CORP credit report serviced by
MERCHANTS.

Data on my MERCHANTS' report has been disputed yet FMCC has
maliciously continued to report innaccurate data while also
verifying to MERCHANTS that the data is accurate (SEE ATTACHED).

I am again making the same allegations to MERCHANTS and FMCC
that their reporting of balances of $27,490. 15636 and $22,183
and other data is substantially inaccurate and USURIOUS.  I
attach several statements from FMCC about amounts alleged due.
of less than $1,000 per account for your consideration.

-1-

1001- 46

provide me with proof or an accounting which discloses why the balances are correct and not frivolous.

It is obvious that my previous letters to FMCC and MERCHANTS have been intended to set a foundation for awards to me for relief under the FCRA. Cut off my future claims by DELETING ADVERSE ITEMS or accurately reporting data.

Absent a sworn declaration from FMCC of the accounting and history of the reported accounts, I would block further reporting unless and until FMCC reasonably demonstrates that the data is well founded in fact and law.

If I was in Federal Court, I would consistently file RULE 11 motions for sanctions for every false statement or other violation. You can investigate the facts now or investigate them after Federal Court action is instituted. Investigation and representation of the factual truth is imminent.

Why not dispose of this matter now. You have an obligation to your shareholders to operate your firm for their benefit and in compliance with applicable statutes. Now is the time to exercise your authority. In order to obtain complete relief, I need TRANS UNION's intervention. I am providing you this letter in a good faith effort to resolve the matter and to provide you a reasonable opportunity to correct the matter. Please do not write me refusing to intervene by stating that the matter is under the exclusive responsibility of MERCHANTS, as servicer.

I trust that the appropriate action will be taken and I will receive a response with an updated copy of my credit report which includes the action taken.

Sincerely,

Thomas Bronkovic

-2-    *1001- 46*

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

August 1, 1999

Trans Union Corporation      ("TRANS UNION")
555 W Adams St, 7th Floor
Chicago, Ill  60661
Attn: Harry Gambill, President & CEO

cc:  MERCHANTS ASSOCIATION CREDIT BUREAU, INC. ("MERCHANTS")
     134 South Tampa Street    P.O. Box 3307
     Tampa, Florida  33601-33301

RE:  NOTICE OF INTENT TO SUE TRANS UNION AND DEMAND TO COMPLY
     WITH FAIR CREDIT REPORTING ACT ("FCRA")


Dear Mr. Gambill:

I write to demand that TRANS UNION accurately report items on my
credit report which MERCHANTS and FMCC refuse to correct.

Annexed you will find a July 30, 1999 Complaint which is realleged
by reference as if specifically set forth at length above.

I trust that you will intervene to mitigate damages against
TRANS UNION in imminent litigation.

If you want to avoid or reduce the litigation potential, TRANS
UNION should DELETE the disputed items from the computer
system of TRANS UNION.  FMCC and MERCHANTS have demonstrated
their incompetence.  You must exercise your authority to
litigate damages since you have the control and authority to
do so since I have shown the reported balances to be frivolous.

I trust that I will receive a personal written response from you
or a high level member of your staff documenting your factual
findings and your action taken.  Here, we have a factual dispute
which threatens to unreasonably multiply into multijurisdictional
litigation in Federal Courts to enforce my rights under the FCRA.

Despite errors and differences, all disputes should be amicably
resolved without judicial intervention.  I need an intelligent
business man like yourself to act prudently.  I would hate for
TRANS UNION, MERCHANTS and FORD MOTOR CREDIT Co to incur
sizeable attorneys fees in U.S. District Courts and their U.S.
Court of Appeals due to your refusal to accurately investigate
and report data on my credit report.

If I am wrong and the reported balances are correct, please

-1-

*1001- 46*

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

August 1, 1999

MERCHANTS ASSOCIATION CREDIT BUREAU, INC. ("MERCHANTS")
134 South Tampa Street    P.O. Box 3307
Tampa, Florida  33601-33301

Trans Union Corporation    ("TRANS UNION")
555 W Adams St, 7th Floor
Chicago, Ill  60661
Attn: Harry Gambill, President & CEO

RE:   DEMAND TO REINVESTIGATED FRIVOLOUS BALANCES OF
      FORD MOTOR CREDIT COMPANY

Gentlemen:

On 7/16/99, I requested that MERCHANTS investigate 3 frivolous
lease account balances reported by Ford Motor Credit Company
("FMCC") having a frivolous pretense to validity.  (**SEE EXHIBIT A**,
attached hereto).

On July 26, 1999, MERCHANTS wrote me (**SEE EXHIBIT B**, attached
hereto) stating that it would not reinvesitgate as FMCC has
already verified the accuracy.

Annexed you will find 2 statements from FMCC (**SEE EXHIBIT C**,
documenting that that the balances reported by FMCC on my
TRANS UNION/MERCHANTS report are frivolous and have a
frivolous pretense to validity.  How did balances get
from $300 or so to $60,000 ????  Where is proof from FMCC ???
Are balances reasonable or even possible ????

These 3 leases of 24 months each have been early and voluntarily
terminated by the return of the vehicle by me in perfect condition
with the agreement that the voluntarily early lease termination
was in full and complete satisfaction of any and all claims of
FMCC, if any.  If a vehicle was turned in and a lease terminated
1 month early, how could $60,000 be owed.  IMPOSSIBLE.

Your continued failure to reinvestigate shall constitute a separate
and distinct additional violation of the FCRA for each day that
the violation goes uncured.

Please reinvestigate and send me an updated copy of my credit report
NOW and AFTER you reinvestigate.

Sincerely,

Thomas Bronkovic

*1001-47*

MPA, P.O.BOX 330
, FL. 33601
273-7555

DATE THIS REPOR. PRINTED: 06/02/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:          02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:      397-0099

*TO: MERchants!*

*PLEASE INVESTIGATE the BeLow disputes + SenD ME AN UPDATED Copy of my Credit report AFTERWARDS.*

ONSUMER REPORT FOR:

*Thoms Bronk  7/16/99*

BRONKOVIC, THOMAS  S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836

---

QA3796701          *BALANCE is INACCURATE! BALANCE is $0*
FRD MOTOR CR          # TFN16045JP          INSTALLMENT ACCOUNT
>REPOSSESSION<                               AUTO LEASE
  VERIF'D  10/1998    BALANCE:     $22183    INDIVIDUAL ACCOUNT
  OPENED   09/1996    MOST OWED:   $23925    PAY TERMS: MONTHLY $335
                      >PAST DUE:    $1421<
  >STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 11 MONTHS

QA3796701          *BALANCE is INACCURATE! BALANCE is $0*
FRD MOTOR CR          # TFN160TYH8          INSTALLMENT ACCOUNT
>REPOSSESSION<                               AUTO LEASE
  VERIF'D  10/1998    BALANCE:     $15636    INDIVIDUAL ACCOUNT
  OPENED   06/1997    MOST OWED:   $16104    PAY TERMS: 24 MONTHLY $318
                      >PAST DUE:    $1001<
  >STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 03 MONTHS

BC1597029
MBNA AMERICA          # 4800125999191801    REVOLVING ACCOUNT
PURCHASED BY ANOTHER LENDER                  CREDIT CARD
  VERIF'D  09/1998    BALANCE:        $0     INDIVIDUAL ACCOUNT
  OPENED   02/1994    MOST OWED:   $10390    CREDIT LIMIT:      $8900
  CLOSED   02/1998
  >STATUS AS OF 02/1998: CHARGED OFF AS BAD DEBT<

QA3796701          *BALANCE is INACCURATE! BALANCE is $0*
FRD MOTOR CR          # TFN160HJ67          INSTALLMENT ACCOUNT
>REPOSSESSION<                               AUTO LEASE
  VERIF'D  09/1998    BALANCE:     $27490    INDIVIDUAL ACCOUNT
  OPENED   01/1998    MOST OWED:   $26113    PAY TERMS: 24 MONTHLY $412
  CLOSED   09/1998   >PAST DUE:    $1277<
  >STATUS AS OF 09/1998: REPOSSESSION<
   IN PRIOR 07 MONTHS

*1001-47*

**MERCHANTS
ASSOCIATION
CREDIT BUREAU, INC.** SM
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

July 26, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

This will acknowledge receipt of your recent letter.

The items you are disputing have previously been verified as being correct.
No further verifications will be conducted at this time unless new or
additional information is furnished about the disputed item. You should
contact the credit grantor directly to resolve your dispute.

You may wish to contact our office by phone during normal business hours to
have specific questions or definitions answered.  The telephone number is
813-273-7833.

Sincerely,

Consumer Relations Department





## FORD MOTOR CREDIT COMPANY
PO BOX 105332
ATLANTA GA  30353-5332

036870-B183

| Area Code: | 800 | Telephone No.: | 727-7000 |
|---|---|---|---|

LEASE-END DATE: 07/24/99

If you have any questions on your account, contact the above office

Account No.:    TF N160 TYH8

THOMAS  BRONKOVIC
12179 #604 S APOPKA VINEL
ORLANDO  FL  32836

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 97 | TARUS | 1FALP51UXVA223113 |

| Billing Date | DUE DATE |
|---|---|
| 07/01/98 | 07/20/98 |

### ADJUSTMENTS SINCE LAST BILLING

| Date | Amount | Code |
|---|---|---|
| 07 01 98 | 15.03 | LC |

### CURRENT CHARGES

| Description | Amount |
|---|---|
| PAST DUE AMOUNT | 318.72 |
| LATE CHARGES | 15.03 |
| LEASE PAYMENT | 300.68 |
| TAX | 18.04 |

$652.47

WE HAVE NOT RECEIVED YOUR LAST PAYMENT DUE. IF YOU HAVE NOT ALREADY MAILED
YOUR PAYMENT, PLEASE SEND IT IMMEDIATELY OR CALL US AT THE NUMBER
INDICATED ABOVE.

---

▼ PLEASE DETACH AND RETURN THIS STUB FOR EACH ACCOUNT ▼

Please make your check payable to:

P0031872L001503



**FORD MOTOR CREDIT COMPANY**
PO BOX 105332
ATLANTA GA  30353-5332

**Date Due**
07/20/98

| TOTAL DUE |
|---|
| $652.47 |

Total Paid (If different)

| Lessee Name | THOMAS  BRONKOVIC |
|---|---|
| Account Number | TF N160 |

*1001-47*

420634655717670636848780006524720 4

# FORD MOTOR CREDIT COMPANY
PO BOX 105332
ATLANTA GA 30353-5332



039720-8187

| Area Code: | 800 | Telephone No.: | 727-7000 |
|---|---|---|---|

If you have any questions on your account, contact the above office.

**LEASE-END DATE: 02/05/00**

Account No.: **TF N160 HJ67**

THOMAS BRONKOVIC
12179 S APOPKA VNLD#604
ORLANDO FL 32836-6802

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr. | Make | Vehicle ID |
| 98 | EXPLR | 1FMZU32E3WZA22449 |

| Billing Date | DUE DATE |
|---|---|
| 06/15/98 | 07/04/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | | CURRENT CHARGES | |
|---|---|---|---|---|---|
| Date | Amount | | Code | Description | Amount |
| | | | | LEASE PAYMENT | 389.60 |
| | | | | TAX | 23.38 |

**All Past Due Amounts and Late Charges are Due Immediately**
**Codes, explanations and other information are on reverse side.**

---

▼ PLEASE DETACH AND RETURN THIS STUB FOR EACH ACCOUNT ▼

Please make your check payable to:

P0041298L000000

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332
ATLANTA GA 30353-53

*1001-47*

Please allow 7 days mail time for your payment to reach us

**Date Due**
07/04/98

| Lessee Name | THOMAS BRONKOVIC |
|---|---|
| Account Number | TF N160 HJ67 |

**TOTAL DUE**
$412.98

**Total Paid (If different)**

6206346557176704851767700041298206

**MERCHANTS
ASSOCIATION
CREDIT BUREAU, INC.** SM

SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

August 12, 1999
File Number: 597047
Clerk: ERM

Thomas   Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL   32836

Dear Consumer:

We have completed our reinvestigation of the following account:

        FORD MOTOR CR   Acct No: TFN160HJ67
                                 TFN16045JP
                                 TFN160TYH8

Please be advised that we contacted this company they report:

    ACCOUNT BALANCES HAVE BEEN UPDATED PER RECOVERY DEPARTMENT. THEY
    REQUEST YOU CONTACT THEM DIRECTLY AT 800 732-2664.

You may contact this firm directly at:

        Telephone: (800)-727-7000
          Address: PO BOX 8448
                   CORAL SPRINGS, FL   33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.

Sincerely,

Consumer Relations Department

# 1001-48

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

August 15, 1999

MERCHANTS ASSOCIATION CREDIT BUREAU, INC. ("MERCHANTS")
134 South Tampa Street    P.O. Box 3307
Tampa, Florida  33601-33301

Trans Union Corporation      ("TRANS UNION")
555 W Adams St, 7th Floor
Chicago, Ill  60661
Attn: Harry Gambill, President & CEO

RE:  DEMAND TO REINVESTIGATE AND CORRECT REPORTED STATUS
     AND INSERT REQUISITE DATE OF LAST PAYMENT REGARDING
     THREE FORD MOTOR CREDIT COMPANY ACCOUNTS

Gentlemen:

Annexed you will find a copy of 3 frivolous entries reported
by Ford Motor Credit Company ("FMCC") on my credit report.
(**SEE EXHIBIT A**, attached hereto).

MERCHANTS, TRANS UNION and FMCC are in WILLFUL non-compliance
with the Fair Credit Reporting Act ("FCRA") by failing to state
the dates of my last payments or the dates the accounts became
delinquent.  Obviously, from my annexed documentation, if
REPOSSESSION is accurate, the date of last payments were well
before the purported REPOSSESSION DATES which are not specific.

The reported status for the 3 FMCC accounts is as follows:
     STATUS AS OF 10/1998: REPOSSESSION IN PRIOR 11 MONTHS
     STATUS AS OF 10/1998: REPOSSESSION IN PRIOR 03 MONTHS
     STATUS AS OF 09/1998: REPOSSESSION IN PRIOR 07 MONTHS

The reported STATUS does not state the date of the purported
REPOSSESSION dates.  The literal reading infers that REPOSSESSION
happened sometime in 11, 3 or 7 months before 10/98 or 9/98.
A literal reading infers that the REPOSSESSION could have happened
in 1997 or 11 months prior to 10/1998.  This would mean that
probably the date of last payment was earlier in 1997.

The implementation of the FCRA requires FMCC to report the actual
date of last payment so that MERCHANTS and TRANS UNION will have
an absolutely certain fixed date to insure compliance with the
7 year time period for reporting derogatory data.

The data, as reported, fails to comply with the reporting
requirements of the FCRA.  Moreover, 2 of the 3 accounts are
documented as open while 1 is listed as closed.  WHY ??????
-1-

1001- 49

If CLOSED is the date the account first became delinquent, ALL 3 accounts are inaccurately reported.

Moreover, if MERCHANTS and TRANS UNION have verified the reported data after 10/1998, it should be so indicated as the date VERIF'D.

I DEMAND that you reinvestigate the facts and DELETE the accounts in the interim or document the accounts as DISPUTED BY CONSUMER in the interim.

I have pending DISPUTES regarding the frivolous reporting of inacurrate BALANCES and MOST OWED of the 3 FMCC accounts where litigation in Federal Court is imminent (my Complaint has already been typed).

Under the circumstances, I trust that you will request and receive a formal written certification of the relevant facts from FMCC to mitigate damages.

If you continue to report inaccurate BALANCE, MOST OWED, STATUS and other data relying solely on E-MAIL verifications of FMCC, you will be seriously punished in Federal Court when it is proven the reported data has had a frivolous pretense to validity.

You can simply and accurately report the correct facts now or have a federal court appointed Special Master looking over your shoulder and operations for years to come.

Kindly DELETE the FMCC accounts or accurately report them in full and absolute compliance with the FCRA.

Please send me an updated copy of my credit report after you complete your reinvestigation.

Sincerely,

Thomas Bronkovic

1001 - 49

-2-



ASSOCIATION CREDIT PURE
PA, P.O.BOX 3307
FL. 33601
73-7855

PAGE    1 OF    8
DATE THIS REPORT PRINTED: 07/26/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:              02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:       397-0099

CONSUMER REPORT FOR:

BRONKOVIC, THOMAS  S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836

ADVERSE ACCOUNTS,

```
QA3796701
FRD MOTOR CR                # TFN16045JP        INSTALLMENT ACCOUNT
>REPOSSESSION<                                   AUTO LEASE
   VERIF'D  10/1998   BALANCE:      $22183      INDIVIDUAL ACCOUNT
   OPENED   09/1996   MOST OWED:    $23925      PAY TERMS: MONTHLY $335
                      >PAST DUE:     $1421<
>STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 11 MONTHS


QA3796701
FRD MOTOR CR                # TFN16OTYH8        INSTALLMENT ACCOUNT
>REPOSSESSION<                                   AUTO LEASE
   VERIF'D  10/1998   BALANCE:      $15636      INDIVIDUAL ACCOUNT
   OPENED   06/1997   MOST OWED:    $16104      PAY TERMS: 24 MONTHLY $318
                      >PAST DUE:     $1001<
>STATUS AS OF 10/1998: REPOSSESSION<
   IN PRIOR 03 MONTHS


QA3796701
FRD MOTOR CR                # TFN160HJ67        INSTALLMENT ACCOUNT
>REPOSSESSION<                                   AUTO LEASE
   VERIF'D  09/1998   BALANCE:      $27490      INDIVIDUAL ACCOUNT
   OPENED   01/1998   MOST OWED:    $26113      PAY TERMS: 24 MONTHLY $412
   CLOSED   09/1998   >PAST DUE:     $1277<
>STATUS AS OF 09/1998: REPOSSESSION<
   IN PRIOR 07 MONTHS
```

*A*



*1001- 49*

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

August 16, 1999

Merchants Association Credit Bureau, Inc. ("MERCHANTS")
134 South Tampa Street    P.O. Box 3307
Tampa, Florida  33601-33301

Trans Union Corporation      ("TRANS UNION")
555 W Adams St, 7th Floor
Chicago, Ill  60661
Attn: Harry Gambill, President & CEO

Ford Motor Credit Company    ("FMCC")
P.O. Box 1732    Drop # 7420
Dearborn, MI  48121-1732
Attn:  Phillipe Paillart, Chairman & CEO


RE:   SUPPLEMENTAL DATA FROM FMCC SUPPORTING WILLFUL NON-COMPLIANCE
      WITH THE FAIR CREDIT REPORTING ACT ("FCRA")


Gentlemen:

I write to provide you with additional documentary evidence
which documents that FMCC has MALICIOUSLY and FALSELY reported
and CERTIFIED data on my credit report.

Annexed you will find a copy of 3 frivolous entries reported
by FMCC on my credit report which I have disputed many times
including my 7/16/99 DISPUTE request.  (**SEE EXHIBIT A**, attached
hereto).

MERCHANTS, TRANS UNION and FMCC are in WILLFUL non-compliance
with the FCRA by failing to reinvestigate a bona-fide dispute
which could not be considered frivolous under any senario.
(**SEE EXHIBIT B**, attached hereto for MERCHANTS' 7/26/99 letter
refusing to reinvestigate stating, inter alia:
    "The items you are disputing have previously been verified
    as being correct.  No further verifications will be
    conducted at this time..."

In fact, on 5/6/99, MERCHANTS wrote stating that FMCC had
verified the 3 accounts as reported.  (**SEE EXHIBIT C**, attached
hereto)

The burden is not on me to prove that I do not owe the previously
amounts of $60,000 under 3 separate 24 month leases.  The reported
BALANCES of over $60,000 have a frivolous pretense to validity
                          -1-

1001- 50

no matter how many times I file the same BONA FIDE DISPUTE.

Notwithstanding, annexed you will find a 2/3/99 letter from FMCC's collection agency [AMERICAN ROAD RECOVERY, LLC] claiming a Balance of **$6,178.68** on FMCC account # TFN160HJ67. (**SEE EXHIBIT D**, attached hereto).

Clearly, the frivolously reported USURIOUS balances are inaccurate and constitute a CONSPIRACY TO DEFRAUD and USURY VIOLATIONS by FMCC, MERCHANTS and TRANS UNION.

I DEMAND that these 3 FMCC entries be FORTHWITH and PERMANENTLY DELETED from my credit report to mitigate damages.

I will not tolerate your further MALICIOUS WILLFUL VIOLATIONS of the FCRA and Federal and State USURY Staututes, which invalidates any debt to FMCC under any senario.

The U.S. District Court has subject matter jurisdiction under 15 U.S.C. § 1681p and I intend to litigate if the 3 FMCC accounts are not forthwith DELETED.  No defenses exist to your FCRA violations.  FMCC has obviously been caught in its FCRA violations mandatting summarily DELETING the FMCC entries in their entirety without further review or investigation of the underlying facts.  Anything that FMCC tells credit reporting agencies cannot be considered accurate in light of the foregoing facts.  I have lots of more proof and evidence to demonstrate the frivolous reporting by FMCC but, as a litigation strategy, such proof will be saved for litigation.

Please send me an updated copy of my credit report after this BONA FIDE DISPUTE is processed and completed.

Sincerely,

Thomas Bronkovic

-2-   *1001 - 50*

SSOCIATION CREDIT BURE
MPA, P.O.BOX 3307
, FL. 33601
273-7355

PAGE  1 OF  8
DATE THIS REPORT PRINTED: 06/02/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:        02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:   397-0099

TO: MERCHANTS!

PLEASE INVESTIGATE the BeLow disputes + SenD
ME AN UPDATED Copy oF my Credit report
AFTERWARDS.

ONSUMER REPORT FOR:

Thons Bronbin  7/16/99

BRONKOVIC, THOMAS S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836

QA3796701                          BALANCE is INACCURATE! BALANCE is $0
FRD MOTOR CR          # TFN16045JP        INSTALLMENT ACCOUNT
>REPOSSESSION<                            AUTO LEASE
    VERIF'D  10/1998    BALANCE:    $22183    INDIVIDUAL ACCOUNT
    OPENED   09/1996    MOST OWED:  $23925    PAY TERMS: MONTHLY $335
                        >PAST DUE:   $1421<
    >STATUS AS OF 10/1998: REPOSSESSION<
    IN PRIOR 11 MONTHS

QA3796701          BALANCE is INACCURATE! BALANCE is $0
FRD MOTOR CR          # TFN160TYH8        INSTALLMENT ACCOUNT
>REPOSSESSION<                            AUTO LEASE
    VERIF'D  10/1998    BALANCE:    $15636    INDIVIDUAL ACCOUNT
    OPENED   06/1997    MOST OWED:  $16104    PAY TERMS: 24 MONTHLY $318
                        >PAST DUE:   $1001<
    >STATUS AS OF 10/1998: REPOSSESSION<
    IN PRIOR 03 MONTHS

BC1597029
MBNA AMERICA          # 4800125999191801    REVOLVING ACCOUNT
PURCHASED BY ANOTHER LENDER               CREDIT CARD
    VERIF'D  09/1998    BALANCE:      $0    INDIVIDUAL ACCOUNT
    OPENED   02/1994    MOST OWED:  $10390    CREDIT LIMIT:     $8900
    CLOSED   02/1998
    >STATUS AS OF 02/1998: CHARGED OFF AS BAD DEBT<

QA3796701          BALANCE is INACCURATE! BALANCE is $C
FRD MOTOR CR          # TFN160HJ67        INSTALLMENT ACCOUNT
>REPOSSESSION<                            AUTO LEASE
    VERIF'D  09/1998    BALANCE:    $27490    INDIVIDUAL ACCOUNT
    OPENED   01/1998    MOST OWED:  $26113    PAY TERMS: 24 MONTHLY $412
    CLOSED   09/1998  >PAST DUE:    $1277<
    >STATUS AS OF 09/1998: REPOSSESSION<
    IN PRIOR 07 MONTHS

A                    1001-50

**ERCHANTS**
**ASSOCIATION**
**CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

July 26, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:


This will acknowledge receipt of your recent letter.

The items you are disputing have previously been verified as being correct.
No further verifications will be conducted at this time unless new or
additional information is furnished about the disputed item. You should
contact the credit grantor directly to resolve your dispute.

You may wish to contact our office by phone during normal business hours to
have specific questions or definitions answered.  The telephone number is
813-273-7833.



Sincerely,


Consumer Relations Department



MERCHANTS ASSOCIATION CREDIT BUREAU, INC.
A TRANS UNION SERVICED BUREAU
134 SOUTH TAMPA STREET • POST OFFICE BOX 3307 • TAMPA, FLORIDA 33601-3301 • (813) 273 - 7833

**ᴇRCHANTS**
**ᴀSSOCIATION**
**CREDIT BUREAU, INC.** ꜱᴍ
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1918

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

FORD MOTOR CR  Acct No: TFN160HJ67

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.

You may contact this firm directly at:

Telephone: (800)-727-7000
Address: PO BOX 8448
         CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.

Sincerely,

Consumer Relations Department





**ERCHANTS**
**ASSOCIATION**
**CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

                                        May 06, 1999
                                        File Number: 597047
                                        Clerk: KLP

Thomas   Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

        FORD MOTOR CR   Acct No: TFN16045JP

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.


You may contact this firm directly at:

            Telephone: (800)-727-7000
              Address: PO BOX 8448
                       CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.



Sincerely,


Consumer Relations Department



*1001-50*



MERCHANTS ASSOCIATION CREDIT BUREAU, INC.
A TRANS UNION SERVICED BUREAU
134 SOUTH TAMPA STREET • POST OFFICE BOX 3307 • TAMPA, FLORIDA  33601-3301 • (813) 273 - 7833

**ERCHANTS
ASSOCIATION
CREDIT BUREAU, INC. ℠**
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

May 06, 1999
File Number: 597047
Clerk: KLP

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

Dear Consumer:

We have completed our reinvestigation of the following account:

    FORD MOTOR CR   Acct No: TFN160TYH8

Please be advised that we contacted this company they report:

THIS ACCOUNT HAS BEEN VERIFIED AS REPORTED.  FOR FURTHER ASSISTANCE
PLEASE CONTACT THE CREDITOR AT THE ADDRESS OR PHONE NUMBER LISTED BELOW.

You may contact this firm directly at:

        Telephone: (800)-727-7000
        Address: PO BOX 8448
                 CORAL SPRINGS, FL  33065

A copy of your updated Trans Union report is being forwarded to
you under seperate cover for your review.

If we can be of further assistance, please contact us.

Sincerely,

Consumer Relations Department

*1001- 50*

MERCHANTS ASSOCIATION CREDIT BUREAU, INC.
A TRANS UNION SERVICED BUREAU
134 SOUTH TAMPA STREET · POST OFFICE BOX 3307 · TAMPA, FLORIDA 33601-3301 · (813) 273 - 7833

P O Box 6508
Mesa, AZ 85216-6508
(800) 732-2264

FEBRUARY 03, 1999

BRONKOVIC          THOMAS
12179 S APOPKA VNLD#604
ORLANDO          FL 32836

RE:  Account With: Ford Motor Credit Company
     Outstanding Account Balance  $6,178 68
     60% Settlement Offer: $3,707 21
     Account No: TFN160HJ67

Dear Sir or Madam,

We would like to provide you with an opportunity to bring this matter to conclusion at a significant savings.

If you will remit to American Road Recovery, L. L. C., within 5 days of receipt of this letter, the settlement amount indicated above, the creditor on your account will consider the debt satisfied and will notify the major credit bureaus that $0 balance is owed on this account  Please note that this represents a saving to you of 40%.

If however you are unable to take advantage of this offer, please contact us immediately so that we may find a satisfactory arrangement to conclude this account.

Failure to either remit the settlement amount or contact us may result in further collection activity.

American Road Recovery, L.L.C., is a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.

                    Sincerely,
                    American Road Recovery
                    Account Representative
                    1-800-732-2264 EXT. 240

Hours of Operation
Monday - Friday
8:00 am - 5:00 pm MST
7318AR60

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

******Detach and Return This Stub In The Enclosed Envelope******

Current Address_____

Current Phone#_____          Account Number:  TFN160HJ67

                                             BRONKOVIC          THOMAS

AMERICAN ROAD RECOVERY, LLC
DEPT 140201
PO BOX 55000                                 Total Paid  $_____
DETROIT MI 48255-1402
lllllllllllllllllllllllllllllllllllllllll

DO NOT WRITE BELOW THIS LINE          1001 - 50 _____

D

222634655717670485176770061786b222

August 17, 1999

P. O. Box 105518
Atlanta, GA 30348

hlhuhllhlulhlhulllhlllllulhlllllll
000126311-1086 8    36
Thomas Bronkovic
12179 S Apopka Vineland Rd Apt 604
Orlando FL 32836-6802

Dear Thomas Bronkovic:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. Enclosed is an updated copy of your credit file.

**We have researched the credit account.  The results are:**

Ford Motor Credit              Account Number:       TFN160*
44410 N State Rd #7
Ft Lauderdale, FL 33311

THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THE BALANCE IS BEING REPORTED CORRECTLY. THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THE PRIOR PAYING HISTORY IS BEING REPORTED CORRECTLY.

1001- 51

...TS ASSOCIATION CREDIT BURE
.S. TAMPA, P.O.BOX 3307
PA, FL. 33601
-273-7855

PAGE   1 OF   8
DATE THIS REPORT PRINTED: 08/11/1999

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:          02/1949
YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
PHONE:      397-0099

*Tro MERCHANTS:*
*BELOW IS DISPUTED DATA. PLEASE*
*INVESTIGATE + UPDATE MY REPORT.*

SUMER REPORT FOR:

BRONKOVIC, THOMAS  S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836

*Thomas Bronkovic*
*8/17/99*

JA3796701
RD MOTOR CR
REPOSSESSION<
VERIF'D  08/1999
OPENED   09/1996

# TFN16045JP

BALANCE:        $5336
MOST OWED:     $23925
>PAST DUE:      $1421<
STATUS AS OF 08/1999: REPOSSESSION<
IN PRIOR 11 MONTHS

INSTALLMENT ACCOUNT
AUTO LEASE —
INDIVIDUAL ACCOUNT
PAY TERMS: MONTHLY $335

*NO DATE OF LAST ACTIVITY/NO DATE CLO*
*24 MONTH*

*24↑*

*INACCURATE STATUS*
*INACCURATE BALANCE*
*INACCURATE MOST OWED/PAST DUE*
*NOT A REPOSSESSION - 1001 - 5 ...*

JN: BRONKOVIC, THOMAS S.      PAGE   2 OF   8
SECURITY NUMBER: 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

ACCOUNTS, CONT.

*SAME DISPUTE AS Previous Acct on Page 1* (handwritten)

JA3796701
RD MOTOR CR                 # TFN160TYH8          INSTALLMENT ACCOUNT
REPOSSESSION<                                     AUTO LEASE
 VERIF'D   08/1999    BALANCE:      $5834         INDIVIDUAL ACCOUNT
 OPENED    06/1997    MOST OWED:   $16104         PAY TERMS: 24 MONTHLY $318
                      >PAST DUE:    $1001<
STATUS AS OF 08/1999: REPOSSESSION<
IN PRIOR 03 MONTHS

*SAME DISPUTE AS Acct on Page 1* (handwritten)

JA3796701
RD MOTOR CR                 # TFN160HJ67          INSTALLMENT ACCOUNT
REPOSSESSION<                                     AUTO LEASE
 VERIF'D   08/1999    BALANCE:      $6179         INDIVIDUAL ACCOUNT
 OPENED    01/1998    MOST OWED:   $26113         PAY TERMS: 24 MONTHLY $412
 CLOSED    09/1998    >PAST DUE:    $1277<
STATUS AS OF 09/1998: REPOSSESSION<
IN PRIOR 07 MONTHS

3796701
D MOTOR CR                  # TFN160PP7Y          INSTALLMENT ACCOUNT
OSED                                              AUTOMOBILE   *LEASE* (handwritten)
ERIF'D   11/1995    BALANCE:         $0           INDIVIDUAL ACCOUNT
PENED    09/1995    MOST OWED:   $19087           PAY TERMS: 24 MONTHLY $350
TATUS AS OF 11/1995: NO RATING
N PRIOR 02 MONTHS FROM DATE VERIF'D NEVER LATE

*INSERT TO Designate "LEASE"* (handwritten)

*1001-52* (handwritten)

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida  32836

August 19, 1999

Credit Data Services, Inc.    ("CREDIT DATA")
800 N. Magnolia Ave.  Ste. 200
Orlando, Florida  32803

EXPERIAN
701 Experian Pkwy;  P.O. Box 949
Allen, Texas    75013-0949

Ford Motor Credit Company    ("FMCC")
P.O. Box 1732    Drop # 7420
Dearborn, MI   48121-1732
Attn:  Phillipe Paillart, Chairman & CEO

Florida Department of Agriculture & Consumer Services
Bob Crawford, COMMISSIONER
Division of Consumer Services; Mayo Building
Tallahassee, Florida  32399-0800

RE:  COMPLAINT FOR REFUSAL TO CORRECT INACCURATE DATA
     ON MY CREDIT REPORT IN WILLFUL VIOLATION OF THE
     FAIR CREDIT REPORTING ACT ("FCRA") REGARDING FMCC
     24 MONTH LEASE ACCOUNT # TFN160Y65F

Gentlemen:

I write to provide you with documentary evidence which documents
that FMCC, CREDIT DATA and EXPERIAN have MALICIOUSLY and FALSELY
reported and CERTIFIED **inaccurate** data on my credit report.

Annexed you will find a copy of my 6/21/99 EXPERIAN credit report
(serviced by CREDIT DATA) which discloses a 24 month lease with
FMCC with a correct $0 balance with an INCORRECT "Credit Limit or
original amount" of $15,702.  (**SEE EXHIBIT A**, attached hereto for
copy of entry from my 6/21/99 credit report).

On 1/11/95, my EXPERIAN/CREDIT DATA credit report disclosed the 24
month FMCC lease with montly payments of $220 stating the following
conflicting data:  "THE ORIGINAL AMOUNT OF THIS ACCOUNT IS $5,304."
(**SEE EXHIBIT B**, attached hereto).  The $5,304 ORIGINAL AMOUNT is
approximately obtained by multiplying 24 times $220.

It is impossible for the original amount of the account to go from
$5,304 as of 1994/1995 to $15,702 as of 6/21/99.

My previous requests to correct the obvious inaccurate data have
either been FALSELY CERTIFIED by FMCC.  EXPERIAN/CREDIT DATA

-1-

1001-53

improperly accepted FMCC's UNREASONABLE reporting without inquiry and without investigation of the simple underlying facts.  I have never been provided an explantion of my bona fide dispute of obvious inaccurate data.  I never authorized FMCC to increase the original amount from $5,304 to $15,702 and no legal basis or law change authorized such frivolous reporting change.

I object to the reporting of $15,702 when the monthly payments were only $220 for 24 months making $15,702 frivolous.

My 6/21/99 report is also inaccurate since it discloses the montly payment on the 24 month lease as $0 when the monthly payment was $220.  This correction is also necessary and demanded.

Moreover, the policy and legal position of EXPERIAN/CREDIT DATA is to leave positive data on credit reports indefinitely.  Thus, the notation that this account shall be deleted on 1-2003 must be OMITTED to prevent deletion of the paid lease.

The records of EXPERIAN/CREDIT DATA constitute a prima facie showing that the ORIGINAL AMOUNT of $15,702 is NOW inaccurately reported.

I trust that this matter will be reinvestigated and FMCC, EXPERIAN and CREDIT DATA will report the simple facts to the COMMISSIONER and correct my credit report to include an ORIGINAL AMOUNT which cannot exceed $5,304.

Failure to promptly reinvestigate and reduce the ORIGINAL AMOUNT shall constitute separate and distinct additional violations of the FCRA subjecting violators to mandatory damages in the U.S. District Court.

If my analysis is wrong, please enlighten me !!!!!!

Sincerely,

Thomas Bronkovic

1001- 53

-2-

# experian

Prepared for
THOMAS BRONKOVIC
Report number
3382099443-0144492209

Report date
June 21, 1999
Questions?
Call 407-246-7620

**Social Security numbers**
15-60-7508

**Date of birth**
02-28-1949

## Credit information about you *continued*

| Source/ Account number (except last few digits) | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Comments |
|---|---|---|---|---|---|---|---|
| **FORD MOTOR CREDIT CORP**<br>TFN160Y... | 5-1994/<br>1-1996 | 1-1996/<br>1-1996 | Installment/<br>24 Months/<br>$0 | Individual | $15,702 /<br>NA | $0 as of<br>1-1996/ | Status: paid/never late.<br>This account is scheduled to continue on record until 1-2003. |

1001-53



FORD MOTOR CREDIT CORP
4410 NORTH STATE ROAD 7
FORT LAUDERDALE, FL 33319
FINANCE
ACCT #
TFN160Y65FO594

THIS LEASE WAS OPENED 05/01/94
AND HAS 24 MONTH REPAYMENT
TERMS. YOU HAVE CONTRACTUAL
RESPONSIBILITY FOR THIS
ACCOUNT AND ARE PRIMARILY
RESPONSIBLE FOR ITS PAYMENT.
THE ORIGINAL AMOUNT OF THIS
ACCOUNT IS $5,304.

AS OF 10/01/94 THIS ACCOUNT IS
CURRENT AND ALL PAYMENTS
HAVE BEEN PAID ON TIME. YOUR
BALANCE AS OF 10/31/94 IS
$3,752. YOUR SCHEDULED
MONTHLY PAYMENT IS $220. THE
LAST PAYMENT REPORTED TO
TRW WAS MADE ON 10/11/94.
PAYMENT HISTORY:
CC-CC

1001 - 53

B

Thomas Bronkovic
12179 S Apopka-Vineland Rd # 604
Orlando, Florida   32836

August 19, 1999

Equifax Credit Information Services    ("EQUIFAX")
P.O. Box 105518
Atlanta, GA  30348

Ford Motor Credit Company    ("FMCC")
P.O. Box 1732    Drop # 7420
Dearborn, MI  48121-1732
Attn:  Phillipe Paillart, Chairman & CEO

Florida Department of Agriculture & Consumer Services
Bob Crawford, COMMISSIONER
Division of Consumer Services; Mayo Building
Tallahassee, Florida   32399-0800

RE:  COMPLAINT FOR REFUSAL TO CORRECT INACCURATE DATA
     ON MY CREDIT REPORT IN WILLFUL VIOLATION OF THE
     FAIR CREDIT REPORTING ACT ("FCRA") REGARDING FMCC
     24 MONTH LEASE ACCOUNT # TFN160Y65F

Gentlemen:

I write to provide you with documentary evidence which documents
that FMCC and EQUIFAX have MALICIOUSLY and FALSELY reported and
CERTIFIED **inaccurate** data on my credit report.

Annexed you will find a copy of my 6/2/99 EQUIFAX credit report
discloses (24 month lease) a paid account with FMCC with a correct
$0 balance with an INCORRECT "HIGH CREDIT" of $15,702. The credit
report is also is inaccurate ask it fails to disclose that the
account is a 24 MONTH LEASE as distinguished from a LOAN.
(**SEE EXHIBIT A**, attached hereto for copy of entry from my 6/2/99
credit report).

On 10/14/94, my EQUIFAX credit report disclosed the FMCC lease with
montly payments of $220 listing the conflicting "High Credit" as
"$5,304" as of "9/94", the "Date Reported". (**SEE EXHIBIT B**,
attached hereto).  The $5,304 HIGH CREDIT is approximately
obtained by multiplying 24 times $220.

It is impossible for the HIGH CREDIT of the account to go from
$5,304 as of 1994 to $15,702 as of 6/2/99.

My previous requests to correct the obvious inaccurate data have
either been FALSELY CERTIFIED by FMCC.  EQUIFAX improperly accepted
FMCC's UNREASONABLE reporting without inquiry and without
investigation of the simple underlying facts.  FMCC DELETED the word
-1-

*1001-54*

LEASE to conceal its fraud and mislead EQUIFAX. I have never been provided an explanation of my bona fide dispute of obvious inaccurate data. I never authorized FMCC to increase the HIGH CREDIT from $5,304 to $15,702 and no legal basis or law change authorized such frivolous reporting change.

I object to the reporting of $15,702 when the monthly payments were only $220 for 24 months making $15,702 frivolous.

The records of EQUIFAX constitute a prima facie showing that the HIGH CREDIT of $15,702 is NOW inaccurately reported and the account must also be reported as a PAID 24 MONTH LEASE.

I trust that this matter will be reinvestigated and FMCC, and EQUIFAX will report the simple facts to the COMMISSIONER and correct my credit report to include a HIGH CREDIT which cannot exceed $5,304.

Failure to promptly reinvestigate and disclose the account as a 24 month lease and reduce the HIGH CREDIT shall constitute separate and distinct additional violations of the FCRA subjecting violators to mandatory damages in the U.S. District Court.

If my analysis is wrong, please enlighten me !!!!!!

Sincerely,

Thomas Bronkovic

-2-

-2-    1001-54



# EQUIFAX

## CREDIT FILE - Confirmation Number: [illegible]

Please address all future
correspondence to:

Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 882-0648

### Personal Identification Information

June 2, 1999

Thomas Bronkovic
12179 S Apopka Vineland Rd Apt 604
Orlando, FL 32836

Social Security #: 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
Date of Birth: February 28th, 1949

### Credit Account Information    (For your security, the last 4 digits of your account number(s) have been replaced by "—")

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Items as of Date Reported |  |  | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | Balance | Past Due | Status |  |
| Ford Motor Credit | TFN160"···· | I | 05/94 | 20 | 01/96 | $15702 | 220 | $0 |  | I1 | 01/96 |
| PAID ACCOUNT/ZERO BALANCE |  |  |  |  |  |  |  |  |  |  |  |
| AUTO |  |  |  |  |  |  |  |  |  |  |  |

— 24 month LEASE

A    1001-54



1001-54



**MERCHANTS
ASSOCIATION
CREDIT BUREAU, INC.** SM
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

                                              August 26, 1999
                                              File Number: 597047
                                              Clerk: BJB


        Thomas    Bronkovic
        12179 S Apopka Vineland RD 604
        Orlando, FL  32836


        Dear Consumer:


        This will acknowledge receipt of your recent letter.

        The items you are disputing have previously been verified as being correct.
        No further verifications will be conducted at this time unless new or
        additional information is furnished about the disputed item. You should
        contact the credit grantor directly to resolve your dispute.

        You may wish to contact our office by phone during normal business hours to
        have specific questions or definitions answered.  The telephone number is
        813-273-7833.



        Sincerely,


        Consumer Relations Department



*1001- 55*



Florida Department of Agriculture & Consumer Services
BOB CRAWFORD, Commissioner
The Capitol • Tallahassee, Florida

August 31, 1999

Division of Consumer Services
Second Floor, Mayo Building
Tallahassee, Florida 32399-0800
1-800-HELP-FLA

In Reply Refer To:

EXPERIAN
701 EXPERIAN PARKWAY                          99-08-21047 / LB
POST OFFICE BOX 949
ALLEN, TX 75013-0949

Subject:  MR. THOMAS BRONKOVIC

The Division of Consumer Services has received a complaint involving your business and is required by law to review it for possible violations of state consumer protection laws.

After reading the complaint, please state your position by completing and returning the enclosed Business Reply Form. Additional pages may be attached if needed.

It is the policy of this office to protect consumers from unfair and deceptive trade practices as well as to protect businesses from groundless complaints.

Your cooperation will be appreciated.

Sincerely,

BOB CRAWFORD
COMMISSIONER OF AGRICULTURE

*Linda Butler*

Linda Butler
Senior Consumer Complaint Analyst
850-922-2766/1-800-435-7352 (Florida Only)
E-Mail: butlerl@doacs.state.fl.us

Enclosure
cc: MR. THOMAS BRONKOVIC
    12179 S. APOPKA-VINELAND ROAD
    ORLANDO, FL 32836



August 30, 1999                                    PMB #761    Thomas Bronkovic

'S ASSOCIATION CREDIT BURE          PAGE   1 OF   8
\MPA, P.O. BOX 3307                 DATE THIS REPORT PRINTED: 08/11/1999
ℒ. 33601
/3-7855                             SOCIAL SECURITY NUMBER: 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
                                    BIRTH DATE:         02/1949
                                    YOU HAVE BEEN IN OUR FILES SINCE: 11/1991
                                    PHONE:      397-0099

NSUMER REPORT FOR:

TO MERCHANTS:
PLEASE Change INACCURATE
DATA + Send me an
updated Credit
REPORT.

BRONKOVIC, THOMAS S.
12179 S. APOPKA VINELAND RD., #604.
ORLANDO FL. 32836

*[signature]* 9/14/9
Thomas BRonkovic

QA3796701                  # TFN16045JP       AS OF 9/30/98
FRD MOTOR CR                                  INSTALLMENT ACCOUNT
REPOSSESSION<                                 AUTO LEASE - 24 months
  VERIF'D  03/1999    BALANCE:     $5336      INDIVIDUAL ACCOUNT
  OPENED   09/1996    MOST OWED:   $23925     PAY TERMS: MONTHLY $335
                      >PAST DUE:   $1421<     124 month
-STATUS AS OF 03/1999: REPOSSESSION<
  IN PRIOR 11 MONTHS

CORRECT INACCURATE DATA PER ATTACHed
LEASE EXPIRED 9/30/98.
DATE of LAST Activity 6/98.
  EARLY LEASE TERMination ON 9/13/

1001- 57

## FORD MOTOR CREDIT COMPANY

PO BOX 105332  TF
ATLANTA GA  30353-5332

024509-B254

*(handwritten)* LEASE EXPIRATION 9/30/98

**LEASE-END DATE: 10/30/98**

ea Code:    800    Telephone No.:    727-7000

~~you~~ have any questions on your ~~account~~, contact the above office.

Account No.:    TF N160 45JP

THOMAS  BRONKOVIC
12179 #604 S APOPKA VINEL
ORLANDO  FL  32836

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Yr | Make | Vehicle ID |
| 97 | EXPLR | 1FMDU32X4VZA18646 |

| Billing Date | DUE DATE |
|---|---|
| 09/10/98 | 09/30/98 |

| ADJUSTMENTS SINCE LAST BILLING | | | |
|---|---|---|---|
| Date | Amount | Code | |
| 09 10 98 | 15.83 | LC | |

*(handwritten)* DATE OF LAST ACTIVITY IS 6/98

| CURRENT CHARGES | |
|---|---|
| Description | Amount |
| PAST DUE AMOUNT | 1,342.84 |
| LATE CHARGES | 79.15 |
| LEASE PAYMENT | 316.71 |
| TAX | 19.00 |

*(handwritten)* 1421  Thru 9/30/98

• All Past Due Amounts and Late Charges are Due Immediately
• Codes, explanations and other information are on reverse side.

$1,757.70

VISIT US ON THE WEB WWW.FORDCREDIT.COM AND SELECT YOUR ACCOUNT TO
REVIEW YOUR RED CARPET LEASE ACCOUNT. YOU CAN VERIFY YOUR LAST
PAYMENT, 12 MONTHS ACCOUNT ACTIVITY , OR UPDATE YOUR PHONE AND ADDRESS

WE HAVE NOT RECEIVED YOUR LAST PAYMENT DUE. IF YOU HAVE NOT ALREADY MAILED
YOUR PAYMENT, PLEASE SEND IT IMMEDIATELY OR CALL US AT THE NUMBER
INDICATED ABOVE.

------------------------------------------------------------------

▼ **PLEASE DETACH AND RETURN THIS STUB FOR EACH ACCOUNT** ▼

Please make your check payable to:

**FORD MOTOR CREDIT COMPANY**
PO BOX 105332
ATLANTA GA  30353-

P0033571L007915



*(handwritten)* 1001 - 57

Please allow 7 days mail time for your payment to reach us

Date Due

09/30/98

| TOTAL DUE | |
|---|---|
| $1,757.70 | |
| Total Paid (If different) | |

Lessee Name    THOMAS  BRONKOVIC

Account Number    TF N160 45JP

TO: EQUIFAX

LEASE DELETE the BeLow
iSPUTED ACCOUNTS. + Send my AN
PDATED CREDIT REPRT    Thomas BRONKovic    9/14/99

Please address all future
correspondence to:
Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 882-0648

## CREDIT FILE - Confirmation Number:

When calling for assistance, please have a copy of this file for reference.

---

*Personal Identification Information*                                   *August 30, 1999*

Thomas  Bronkovic                                    Social Security #: 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
12179 S Apopka Vineland Rd Apt 604                   Date of Birth: February 28, 1949
Orlando, FL 32836

---

edit Account Information - Continued        DELETE AS NOT my CREDITOR

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |
| Ford Motor Credit | TFN160* | I | 09/96 | 23 | 05/98 | $29K | 335 | $5035 | | 18 | 10/98 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ford Motor Credit | TFN160* | I | 06/97 | 14 | 04/98 | $19K | 318 | $5834 | | 18 | 07/99 |
| INVOLUNTARY REPOSSESSION | | | | | | | | | | | |

DELETE AS NOT my CREDITOR

1001- 58

239 E. Virginia Street
Tallahassee, Florida 32301
(904) 893-5041

Orlando, Florida
(407) 894-3794

Miami, Florida
(305) 945-7737

# BRAY & SINGLETARY, P.A.

### ATTORNEYS AT LAW

421 W. CHURCH STREET
P.O. BOX 53197
JACKSONVILLE, FL 32201-3197
(904) 355-9921
1-800-749-9921
Please Respond To:
P.O. Box 53197, Jacksonville, FL 32201-3197

FACSIMILE (904) 358-3069

2641 East Atlantic Blvd.
Suite 307
Pompano Beach, Florida 33062
(954) 527-1440

191 Imperial Southgate
Lakeland, Florida 33803
(941) 665-6591

```
000045900
THOMAS BRONKOVIC              13  SEPTEMBER 23, 1999
12179 S. APOPKA VINELAND
RD #604
ORLANDO, FL          32836
```

RE:   FORD MOTOR CREDIT COMPANY
      ACCOUNT NUMBER: TFN16045JP          (000045900)

      BALANCE DUE:      $5,260.63

        Your account has been referred for collection by the above
client. We would like to work with you in resolving this matter.

        Unless you dispute the validity of this debt within thirty (30)
days after receipt of this Notice, we will assume the debt is
valid. If you notify us in writing within thirty (30) days of the
receipt of this Notice that the debt or any portion thereof is
disputed, we will obtain verification of the debt (or a copy of the
judgement, if there is one) and mail you a copy of such verification
or judgment. If you make a request to this office in writing within
thirty (30) days after receiving this Notice, this office will provide
you with the name and address of the original creditor, if different
from the current creditor.

        This letter is an attempt to collect a debt and any information
obtained will be used for that purpose.

                            Sincerely,
                            James C. Bray
                            James C. Bray
                            Attorney at Law

# 1001- 59

---

*This communication is from a debt collector.*



# OFFICE OF THE ATTORNEY GENERAL

**DEPARTMENT OF LEGAL AFFAIRS**
**THE CAPITOL**
TALLAHASSEE, FLORIDA 32399-1050

Please Reply to:
Office of the Attorney General
Multi-State Litigation
9th Floor
110 S.E. 6th Street
Ft. Lauderdale, Florida 33301-5000
(954) 712-4600; FAX (954) 712-4706

**ROBERT A. BUTTERWORTH**
*Attorney General*
*State of Florida*

September 30, 1999

Mr. Thomas Bronkovic
12179 South Apopka-Vineland Road, #604
Orlando, Florida 32836

Re:   Ford Motor Credit

Dear Mr. Bronkovic:

Thank you for considering the Office of the Attorney General as a source of assistance in this matter. We have received your complaint and are in the process of reviewing it. If this office takes any official action on this matter, you will be notified. You may also wish to contact a private attorney to determine any legal rights or claims you may have in this matter.

Thank you for your cooperation.

Sincerely,

Terrence J. O'Loughlin, J.D., M.B.A.
Financial Investigator
Multi-State Litigation Unit
Economic Crimes Division

TJO:ck

*1001- 60*

**MERCHANTS
ASSOCIATION
CREDIT BUREAU, INC.** sm
SERVING FLORIDA'S CREDIT INDUSTRY SINCE 1916

October 04, 1999
File Number: 597047
Clerk: LAM

Thomas    Bronkovic
12179 S Apopka Vineland RD 604
Orlando, FL  32836

FINAL NOTICE/ FINAL NOTICE/ FINAL NOTICE/ FINAL NOTICE/ FINAL NOTICE

Dear Consumer:

RE: FORD MOTOR/ ACCT# TFN16045JP  & ACCT# TFN1601F5M

This will acknowledge receipt of your recent letter.

The items you are disputing have previously been verified as being correct.
No further verifications will be conducted at this time unless new or
additional information is furnished about the disputed item. You should
contact the credit grantor directly to resolve your dispute.

If you have any further questions you may contact us directly at
813-273-7833.


Sincerely,


Consumer Relations Department





Florida Department of Agriculture & Consumer Services
BOB CRAWFORD, Commissioner
The Capitol • Tallahassee, Florida

October 5, 1999

Division of Consumer Services
Second Floor, Mayo Building
Tallahassee, Florida 32399-0800
1-800-HELP-FLA

MR THOMAS BRONKOVIC
12179 S. APOPKA-VINELAND ROAD           99-08-21047 : LB
   APARTMENT 604
ORLANDO, FL 32836

Subject:  EXPERIAN

Dear  MR. BRONKOVIC:

The enclosed reply states the position of the business in response to your complaint.

The authority of the Department in this matter is limited to informal mediation of disputes.  Florida law does not authorize this agency to order refunds or reimbursements for damages, force a settlement, or provide legal services.

The exchange of information between you and the business has been made in an effort to assist you in reaching an agreement.

Your complaint is important to us, and hopefully we may assist you in the future.

Sincerely,

*Linda Butler*

Linda Butler
Senior Consumer Complaint Analyst
850-410-3693/1-800-435-7352 (Florida Only)
E-Mail: butlerl@doacs.state.fl.us

Enclosure

cc: EXPERIAN
   701 EXPERIAN PARKWAY  POST OFFICE BOX 949
   ALLEN, TX 75013-0949

1001 - 62



**CREDIT DATA SERVICES, INC.**

AN INFORMATION COMPANY

DIVISION OF
CONSUMER SERVICES

September 23, 1999

99 SEP 29  AM 11: 34

**CORPORATE OFFICE**
Suite 400
1901 S. Harbor City Blvd.
Melbourne, Florida 32901
407 984 2820

**ORLANDO**
Suite 200
800 N. Magnolia Ave.
Orlando, FL 32803
407 246 7600

**ROCKLEDGE**
Suite 201
1802 S. Fiske Ave.
Rockledge, FL 32955
407 632 3365

**TAMPA**
Suite 500
2002 N. Lois Avenue
Tampa, FL 33607
813 877 8007

**FT. MYERS**
Suite 307
1685 Medical Lane
Ft. Myers, FL 33907
941 275 9904

**BOCA RATON**
Suite 107
6421 Congress Ave.
Boca Raton, FL 33487
561 241 1888

Linda Butler
Florida Department of Agriculture
And Consumer Services
Division of Consumer Services
Second Floor, Mayo Building
Tallahassee, Florida 32399-0800

RE:  THOMAS BRONKOVIC
      99-08-21047/LB

Dear Ms. Butler:

I am in receipt of your correspondence regarding the above
named consumer.

A review of Mr. Bronkovic's credit file disclosed no record of
Ford Motor Credit account #TFN160Y65F.  In addition, we
verified other Ford Motor accounts in March, May, June and
August of 1999.  Upon completion of those previous
reinvestigations Mr. Bronkovic was mailed updated credit files.

I have initiated another credit file to be mailed to Mr. Bronkovic
for his review.

Should you have any questions, please contact our office.

Sincerely,

Kim Reese
Operations Manager
Consumer Assistance
407-246-7622

KR/djp

*1001 - 62*



# CREDIT DATA SERVICES, INC.

### AN INFORMATION COMPANY



June 2, 1999

Joann Farris, Consumer Analyst
Consumer Protection Division
State of Texas
1600 Pacific Avenue, Suite 1700
Dallas, Texas 75201

    Re: Thomas Bronkovic D9905-0342 201 JEF1

Dear Ms. Farris:

I am in receipt of your correspondence regarding the above named
consumer.

A review of Mr. Bronkovic's credit file disclosed we verified Ford
Motor Credit accounts in March of 1998 and then again verified one
of the Ford Motor Credit accounts in May of 1998.

As a result of your inquiry I have again initiated reinvestigation
of the Ford Motor Credit accounts. Upon completion of the most
recent reinvestigation Mr. Bronkovic may choose to add a consumer
statement of 100 words (or less) if the reinvestigation results
are still disputed by him.

Should you have any questions, please contact me at your
convenience.

Sincerely,

Kim Reese
Operations Manager
Consumer Assistance

**1001 - 62**

ord unit overcharging? - Nov. 20, 1998 · Saturday, April 24, 1999 8:35 AM · Page 1 of 2
http://www.cnnfn.com/hotstories/companies/9811/20/ford/





# Ford unit overcharging?

Ford's credit division under investigation by 22 states for evasive lease practices

NEW YORK (CNNfn) - A division of Ford Motor Co. is under investigation by at least 21 states for allegedly withholding information from lease holders, a policy that paved the way for dealers to overcharge them, according to reports.

Ford Motor Credit, the auto company's credit arm, allegedly refused to disclose the cost of breaking a lease early and instead referred customers to their dealers.

The fees for early lease cancellation were not clearly spelled out in the lease documents either.

Ford has since changed its policy, said company spokeswoman Kristen Kinley, allowing customers to retrieve their balance information by phone.

But before those changes were implemented, Florida's Attorney General Bob Butterworth, representing one of the states in the investigation, reportedly said some dealers told customers they owed thousands more than they actually did and pocketed the difference.

Ford Credit is the world's largest automotive finance company, providing vehicle financing for more than 8.5 million customers and 11,200 automotive dealers in 36 countries.

"We are aware that Florida and Illinois have been investigating early lease termination practices and we have cooperated fully in those investigations," Ford Credit said in a statement. "We do not believe we violated any laws in those two states or any of the other [involved in the investigation]."

It further stated that the early termination of a lease

## related stories

Autos retail in high gear
May ...

Ford '99 results
...



/002



## related sites

Ford Motor Co.

is a private transaction between the customer and the dealer, just as the initiation of the lease. All contracts, it noted, inform the customer of penalties for early termination.

Shares of Ford (F) were up 1-1/16 at 55-7/16 on the New York Stock Exchange.

home | companies | hot stories | contents | search | stock quotes | help

*Copyright © 1998 Cable News Network, Inc.*
**ALL RIGHTS RESERVED.**

*1002*

Attorney General's Office · Saturday, April 24, 199.    3 AM · Page 1 of 1
ttp://legal1.firn.edu/newsrel.nsf/h57e80h88fccbfad85256403005cbc7a/17c63427c507af33852566c2004bf700?OpenDocument



# Florida Attorney General

### Attorney General Bob Butterworth

# *News Release*

November 20, 1998

# STATES INVESTIGATE FORD MOTOR CREDIT COMPANY PRACTICES

TALLAHASSEE -- Consumers may have been deceived into paying thousands of dollars too much for vehicles they purchased under a Ford Motor Credit Company leasing program, Attorney General Bob Butterworth said today.

Florida and 21 other states are investigating allegedly deceptive practices engaged in under Ford Motor Credit's Red Carpet leasing program, Butterworth said. It is through that program that the company provides leasing services and products to its Ford and Lincoln Mercury dealers.

The attorney general said the states are looking into such practices as "payoff packing," under which dealers inflate the amount consumers must pay if they wish to terminate their leases before the leases expire and purchase the vehicles.

"Some dealers are telling consumers they owe Ford Motor Credit hundreds, if not thousands, of dollars more than they actually do," Butterworth said. "They then pocket the difference between the amount charged and the outstanding lease obligation. We believe this blatantly deceptive practice is being carried out possibly with Ford Motor Credit's knowledge."

The attorney general said investigators believe Ford Motor Credit may have provided training and materials to Ford and Lincoln Mercury sales employees to help them exploit consumers.

In addition, Butterworth said, the states are investigating such dealer practices as failing to properly credit trade-ins and cash payments, instituting secret price increases and misrepresenting the cost of lease transactions.

The investigation is being handled for Florida by Chief of Multi-State Litigation Jack Norris and Investigator Terry O'Loughlin.

*1002*

# INDUSTRY NEWS

## Fla. accuses Ford Credit of cheating customers

*November 21, 1998*

**BY JENNIFER BOTT**
Detroit Free Press Automotive Writer

Ford Credit not only may have known about it, but it may have helped its dealerships cheat customers out of money when they terminated their auto leases early, the Florida Attorney General charges.

Florida's investigation of Ford Credit has prompted 21 other states to look into the leasing practices of the financing arm of the world's second-largest automaker.

Michigan is not participating in the investigation but is taking another look, said Stanley Pruss of the Michigan Attorney General's Office.

The practice under investigation is referred to as "payoff packing." Dealers inflate the amount consumers must pay if they want to terminate a vehicle lease before it expires.

"Some dealers are telling consumers they owe Ford Motor Credit hundreds, if not thousands, of dollars more than they actually do," said Bob Butterworth, attorney general for Florida, which started investigating the leasing company in 1996.

"They then pocket the difference between the amount charged and the outstanding lease obligation.

"We believe this blatantly deceptive practice is being carried out possibly with Ford Motor Credit's knowledge."

Butterworth said investigators believe Ford Credit may have provided training and materials to Ford and Lincoln Mercury sales employees to help them exploit consumers.

In addition, they say Ford Credit withheld information from consumers about the amounts they owed.

But Ford Credit officials say they haven't violated any laws.

"We're obviously concerned with any suggestion that customers were deliberately confused or misled because Ford never has condoned mistreatment of customers," said Della DiPietro, a



spokeswoman for Ford Credit, based in Dearborn.

The early termination of a lease is a private transaction between the customer and the dealer and it has always been Ford Credit's policy to give customers current balance information upon request, she said.

But Florida's attorney general claims that Ford Credit's practice of requiring customers to get the information strictly in writing meant that many people simply never knew what their balances were.

Jack Norris, assistant attorney general in Florida, said Ford Credit made phone balances available only after his office initiated its investigation.

Ford Credit officials say they are aware only of investigations in Florida and Illinois and are cooperating with both.

Norris declined to identify the other states.

In Michigan, 31 complaints about Ford Credit have been filed with the attorney general's office since 1992, none of which appears linked to the states' probe, Pruss said.

But he said the office will review all complaints.

*Jennifer Bott can be reached by E-mail at bott@freepress.com or by phone at 1-313-222-6159.*

**For complete information on cars and trucks, motor sports and the auto industry, visit auto.com.**

All content © copyright 1998 Knight-Ridder Inc. and may not be republished without permission.



*1002*

*ORIGINAL*

# CIVIL COVER SHEET 00-6199

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United Sta~~...~~ ~~...~~ed for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE

**CIV - GRAHAM**

## I (a) PLAINTIFFS

FORD MOTOR CREDIT Company

## DEFENDANTS

Thomas BRONKOVIC, PRO Se

MAGISTRATE JUDGE ~~TURNOFF~~

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ORANGE County FLORIDA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ORANGE County FLORIDA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A: Broward 10:00 cv 6199 DLG

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
WILLIAM A. INGRAHAM, JR., ESQ.
3050 BISCAYNE BLVD., Suite 400
MIAMI, FLORIDA 33137 Tel: 305 576 5840

ATTORNEYS (IF KNOWN)
Thomas BRONKOVIC, PRO Se
12179 S. APOPKA-Vineland RD #604
ORLANDO, FLORIDA 32836
TEL: 407: 226 9768

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only)

(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) This CONTRACT Dispute is BROUGHT PURSUANT TO
15 U.S.C. 1681 et Seq., 15 USC 1692, 15 USC 1601 et Seq + 28 USC 1331
+ the ACTION is REMOVABLE UNDER 28 USC 1441. SEE ANNexed RELATED

**IVa.** 5 days estimated (for both sides) to try entire case CASE IN ORLANDO WHICH WILL Dispose OF
this Removed case

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | ☒ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor/Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment |  | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * |  |  | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights * A or B |  |  |  |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. Original Proceeding
- ☒ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $** INDETERMINATE

Check YES only if demanded in complaint

**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See Instructions): BRONKOVIC V. FMCC JUDGE FAWSETT U.S.D.C. MIDDLE DISTRICT OF FLORIDA-ORLANDO DOCKET NUMBER 6:00-CV-151-ORL-19-C

DATE 2-8-2000

SIGNATURE OF ATTORNEY OF RECORD
Thomas Bronk PRO Se Defendant

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 81673C    Amount: 152.0

Date Paid: 2/9/00    M/fp: