

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 00-6199-CIV-GRAHAM/TURNOFF

FORD MOTOR CREDIT COMPANY,

    Plaintiff,

vs.

THOMAS BRONKOVIC,

    Defendant.
_____/



## ORDER

**THIS CAUSE** came before the Court on Thomas Bronkovic's Motion to Transfer Case to the Middle District of Florida (D.E. #2).

**THE COURT** has considered the Motion, Plaintiff's lack of opposition to the Motion, and the pertinent portions of the record. Being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby GRANTED. 28 U.S.C. §1404(a) provides that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division in which it might have been brought."

It has come to the Court's attention that there is a related case pending in the Orlando Division of the Middle District of Florida styled *Thomas Bronkovic v. Ford Motor Credit Company*, Case No.: 6:00-CV-151-ORL-19-C. Bronkovic alleges -- and Plaintiff does not dispute -- that Orlando provides a more

convenient forum for resolution of this case because the Orlando action encompasses the claims in this action and because most of the witnesses in this case are located in the Middle District of Florida. Accordingly, pursuant to 28 U.S.C. §1404(a), it is

**ORDERED** that the Clerk of Courts is directed to transfer this case to the Orlando Division of the Middle District of Florida as it is related to the case styled *Thomas Bronkovic v. Ford Motor Credit Company*, Case No.: 6:00-CV-151-ORL-19-C. It is further

**ORDERED** that this case is CLOSED for administrative purposes in the Southern District of Florida and that any pending motions are DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of ~~April~~ May, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Thomas Bronkovic
    William Ingraham, Esquire