**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



May 11, 2000

United States District Court
Middle District of Florida
Jacksonville Division
P.O. Box 53558
Jacksonville, Florida 32201-3558


RE: *Ford Motor Credit Company v. Thomas Bronkovic*
00-6199-CV-GRAHAM

Dear Sir:

In compliance with the Order of Transfer of the Honorable Donald L. Graham, U.S. District Judge of 5/2/00, we are forwarding herewith the court file together with certified copies of the docket sheet and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.


CLARENCE MADDOX
Clerk of Court


by: _____
      Deputy Clerk

Encl.

---

☒301 N. Miami Avenue    ☐299 E. Broward Boulevard    ☐701 Clematis Street    ☐301 Simonton Street    ☐300 South Sixth Street
Miami, FL 33128-7788    Ft. Lauderdale, FL 33301      W. Palm Beach, FL 33401  Key West, FL 33040     Ft. Pierce, FL 34950
(305) 523-5100          (954) 769-5400                (561) 803-3400           (305) 295-8100         (561) 595-9691