# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT





May 11, 2000

United States District Court
Middle District of Florida
Jacksonville Division
P.O. Box 53558
Jacksonville, Florida 32201-3558

RE: *Ford Motor Credit Company v. Thomas Bronkovic*
00-6199-CV-GRAHAM

Dear Sir:

In compliance with the Order of Transfer of the Honorable Donald L. Graham, U.S. District Judge, of 5/2/00, we are forwarding herewith the court file together with certified copies of the docket sheet and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: _____
Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

Receipt of: 1) court file
2) Certified copy of Transfer Order
3) Certified copy of Docket sheet

is hereby acknowledged. This case has been assigned our case number:

6:00-cv-611-Orl-99B

by: A. Hendrickson, Deputy Clerk

on: 5-16-00



---

301 N. Miami Avenue      299 E. Broward Boulevard      701 Clematis Street      301 Simonton Street      300 South Sixth Street
Miami, FL 33128-7788     Ft. Lauderdale, FL 33301      W. Palm Beach, FL 33401   Key West, FL 33040       Ft. Pierce, FL 34950
(305) 523-5100           (954) 769-5400                (561) 803-3400            (305) 295-8100           (561) 595-9691